IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIPS-VAN HEUSEN CORP.,** | **CIVIL ACTION NO. 1:CV-00-0665** |
| **Plaintiff** | |
| v. | |
| **MITSUI O.S.K. LINES LTD., et al,** | |
| **Defendants** | |



FILED

JAN 0 8 2002

PER _____ *MA*

HARRISBURG, PA  DEPUTY CLERK

## O R D E R

On January 8, 2001, the court held a pretrial conference in the captioned matter.  In accordance with the issues discussed during that meeting, **IT IS HEREBY ORDERED THAT**:

(1) The matter will be removed from the January 2002 trial list and will be placed on the February 2002 trial list.

(2) Plaintiff Phillips-Van Huesen Corporation ("PVC") shall file a stipulation dismissing Defendant J.V.E. Company, Inc. from the suit.

(3) Third Party Defendant Kellaway Transportation, Inc., et al ("Kellaway") shall produce to the court, for *in camera* review, the investigation report that was attached to its insurance audit and loss report, but was not produced to the other parties.

(4) By January 31, 2001, the parties shall complete additional discovery which will include:

(A) Deposition(s) of appropriate person(s) having knowledge of the Intermodal Association of North America's custody of records regarding the authenticity of the UIIA contract at issue in this case.

(B) Deposition(s) of appropriate person(s) at PVC with knowledge of the increase in damages that PVC now claims.

(C) Deposition(s) of appropriate foreign witness(es) regarding the initial loading of the cargo at its point of export.

(5) Counsel for all parties shall meet and exchange exhibits and shall advise the court of any objections at least three days in advance of the first day of trial.

(6) This will be a non-jury trial.

(7) Mitsui O.S.K. Lines, Ltd. ("Mitsui") reserves the right to object to non-production of exhibits pertaining to Kellaway's production on December 28, 2001.

SYLVIA H. RAMBO
United States District Judge

Dated:  January    8  , 2002.

2