IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIPS-VAN HEUSEN CORP.,** | **CIVIL ACTION NO. 1:CV-00-0665** |
| Plaintiff | |
| v. | |
| **MITSUI O.S.K. LINES LTD.,** *et al.*, | |
| Defendants | |



## O R D E R

This court has been advised that the settlement conference before the magistrate judge did not result in a settlement. Accordingly, **IT IS HEREBY ORDERED THAT** a non-jury trial in the captioned case will commence at 9:30 a.m. on Tuesday, February 12, 2002, and will conclude no later than 4:30 p.m. on Wednesday, February 13, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: January 30, 2002.