IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYVANIA

PHILLIPS - VAN HEUSEN CORP.           :    CIVIL ACTION
                                      :    No. ~~3:00-cv-691~~
        v.                            :
                                      :    00-CV-665
DAMPSKIBSSELSKABET AF 1912            :
AKTIESELSKAB AND AKTIESELSKABET       :
50 Esplanaden DK-1908                 :
Copenhagen K., Denmark                :
trading as Maersk Line and Maersk Line, Inc.  :
(DFT)

FILED
FEB 0 8 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

### PLAINTIFF MAERSK LINE OBJECTIONS TO PLAINTIFF'S EXHIBITS

| | |
|---|---|
| P-1  | Objection. Never produced or exchanged prior to trial. |
| P-2  | None |
| P-3  | None |
| P-4  | None |
| P-5  | Objection. Authenticity and admissibility never produced or exchanged prior to trial. |
| P-6  | Objection. Authenticity and admissibility never produced or exchanged. |
| P-7  | None |
| P-8  | Objection. Authenticity and admissibility not exchanged as an Exhibit. |
| P-9  | Objection. Authenticity and admissibility not exchanged as an Exhibit. |
| P-10 | None |
| P-11 | None |
| P-12 | None |
| P-13 | None |
| P-14 | None |
| P-15 | None |
| P-16 | None |
| P-17 | None |

PBH: 147167.1

| | |
|---|---|
| P-18 | None |
| P-19 | None |
| P-20 | None |
| P-21 | None |
| P-22 | None |
| P-23 | None |
| P-24 | None |
| P-24 | None |
| P-25 | None |
| P-26 | None |
| P-27 | None |
| P-28 | None |
| P-29 | None |
| P-30 | None |
| P-31 | None |
| P-32 | None |
| P-33 | None |
| P-34 | None |
| P-35 | None |
| P-36 | None |
| P-37 | None |
| P-38 | None |
| P-39 | None |
| P-40 | None |
| P-41 | None |
| P-41 | None |
| P-42 | None |
| P-43 | None |

PBH: 147167.1

| | |
|---|---|
| P-44 | None |
| P-45 | None |
| P-46 | None |
| P-47 | None |
| P-48 | Objection. Authenticity, Relevance, FRE 403 and Hearsay |
| P-49 | Objection. Authenticity, Relevance, FRE 403 and Hearsay |
| P-50 | Objection. Authenticity, Relevance, FRE 403 and Hearsay |
| P-51 | Objection. Authenticity, Relevance, FRE 403 and Hearsay |
| P-52 | Objection. Authenticity, Relevance, FRE 403 and Hearsay |
| P-53 | Objection. Authenticity, Relevance, FRE 403 and Hearsay |
| P-54 | Objection. Authenticity, Relevance, FRE 403 and Hearsay |
| P-55 | Objection. Authenticity, Relevance, FRE 403 and Hearsay |
| P-56 | None |
| P-57 | None |
| P-58 | None |
| P-59 | None |
| P-60 | Objection. Authenticity, Relavance, FRE 403 and Hearsay |
| P-61 | None |
| P-62 | None |
| P-63 | Objection. Authenticity and Hearsay - subject to possible agreement of counsel still being finalized. |
| P-64 | Objection. Authenticity and Hearsay - subject to possible agreement of counsel still being finalized. |
| P-65 | Objection. Authenticity and Hearsay - subject to possible agreement of counsel still being finalized. |
| P-66 | Objection. Hearsay and Improper Declaration - subject to possible agreement of counsel still being finalized. |
| P-67 | None |

| | |
|---|---|
| P-68 | None |
| P-69 | None |
| P-70 | Objection. Authenticity, Relevance and Hearsay. |
| P-71 | Objection. Authenticity, Relevance and Hearsay. |
| P-72 | Objection. Authenticity, Relevance and Hearsay. |
| P-73 | Objection. Authenticity, Relevance and Hearsay. |
| P-74 | Objection. Authenticity, Relevance and Hearsay. |
| P-75 | Objection. Authenticity, Relevance and Hearsay. |
| P-76 | None |
| P-77 | Objection. Authenticity, Relevance and Hearsay. |
| P-78 | Objection. Authenticity, Relevance, FRE 403 and Hearsay. |
| P-79 | None |
| P-80 | None |
| P-81 | Objection. Authenticity, Relevance and Hearsay. |
| P-82 | None |
| P-83 | None |
| P-84 | None |
| P-84 | None |
| P-85 | None |
| P-86 | None |
| P-87 | Objection. Not produced to Defendant as an Exhibit. |
| P-88 | Objection. Authenticity, Relevance, FRE 403 and Hearsay. |
| P-89 | Objection. Authenticity, Relevance, FRE 403 and Hearsay. |
| P-90 | Objection. Not produced by Plaintiff to Defendant as an Exhibit. |
| P-91 | None |
| P-92 | None |
| P-93 | None |
| P-94 | None |

P-95        None

P-96        None

P-97        None

P-98        None

P-99        Not produced.

P-100       None

P-101       None

P-102       None

P-103 (a) through (c) inclusive - Objection. Authenticity, Relevance, FRE 403 and Hearsay.


                                    PALMER BIEZUP & HENDERSON LLP

                                    By: _____
                                    Richard Q. Whelan
                                    William E. Ecenbarger, Jr.
                                    Attorneys for DAADS t/a Maersk Line
                                    620 Chestnut Street
                                    956 Public Ledger Building
                                    Philadelphia, PA 19106-3409
                                    Philadelphia, PA 19106-3409
                                    (215) 625-9900


Dated: February 7, 2002

PBH: 147167.1

5

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that service of a true and correct copy of Defendant/Third-Party Plaintiff DAADS' (t/a Maersk Line) Objections to Plaintiff's Exhibits and Objections to Kellaway's Exhibits was made to the below-listed counsel on February 7, 2002 via United States First-Class Mail, postage prepaid:

George R. Zacharkow, Esquire
Mattioni Ltd.
399 Market Street, 2nd Floor
Philadelphia, PA 19106

Carl H. Delacato, Esquire
Hecker, Brown, Sherry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Ann-Michele G. Higgins, Esquire
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Patrick J. Keenan, Esquire
Duffy & Keenan
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA 19106

PALMER BIEZUP & HENDERSON LLP

By: _____
Richard Q. Whelan
William E. Ecenbarger, Jr.
Attorneys for DAADS t/a Maersk Line
620 Chestnut Street
956 Public Ledger Building
Philadelphia, PA 19106-3409
(215) 625-9900

PBH: 147173.1