

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| PHILLIPS - VAN HEUSEN CORP. | : | CIVIL ACTION |
| | : | No. ~~3:00-cv-691~~ |
| v. | : | |
| | : | 00-cv-665 |
| DAMPSKIBSSELSKABET AF 1912 | : | |
| AKTIESELSKAB AND AKTIESELSKABET | : | |
| 50 Esplanaden DK-1908 | : | |
| Copenhagen K., Denmark | : | |
| trading as Maersk Line and Maersk Line, Inc. | : | |



## MAERSK LINE'S OBJECTIONS TO KELLAWAY EXHIBITS

| EXHIBIT DESCRIPTION | | OBJECTION |
|---|---|---|
| K-1 | Kellaway Exemplar Equipment Interchange Receipt | Authenticity, Relevance, FRE 403 and Hearsay |
| K-2 | Maersk Work Order/Delivery Receipt 6/15/99 | No Objection |
| K-3 | Sea-Land TIR<br>Cont. 65TU2848676<br>6/17/99 - 8:17 a.m.(in) 9:44 a.m. (out) | No Objection |
| K-4 | Sea-Land Entry Pass<br>65TU2848676<br>6/17/99 - 8:17 a.m. | No Objection |
| K-5 | Kellaway Terminal Services, Inc. Equipment Interchange Receipt and Safety Inspection Report<br>Cont. 65TU2848676<br>6/17/99 - 13:52 hours | Authenticity, Relevance, FRE 403 and Hearsay |
| K-6 | Entry Worksheet (Barthco) | Authenticity, Relevance, FRE 403 and Hearsay |
| K-7 | Barthco International, Inc. Invoice dated 6/16/99 | Authenticity, Relevance, FRE 403 and Hearsay |

PBH: 147153.1

| | | |
|---|---|---|
| K-8 | Maresk Bill of Lading | No Objection |
| K-9 | Barthco U.S. Customs Entry Summary | Authenticity, Relevance, FRE 403 and Hearsay |
| K-10 | D.S. Clothing Packing List | Authenticity, Relevance, FRE 403 and Hearsay |
| K-11 | D.S. Clothing Commercial Invoice | Authenticity, Relevance, FRE 403 and Hearsay |
| K-12 | Maersk Line Arrival Notice /Freight Invoice | No Objection |
| K-13 | Mitsui Document | No Objection |
| K-14 | Entry Pass (Mitsui case) | None |
| K-15 | TIR (Mitsui case) | None |
| K-16 | Kellaway Terminal Equipment Interchange (Mitsui) | Authenticity, Relevance, FRE 403 and Hearsay |
| K-17 | Invoice (Mitsui claim) | None |
| K-18 | Packing List (Mitsui claim) | None |
| K-19 | Entry Worksheet (Mitsui) | None |
| K-20 | Bill of Lading (Mitsui) | None |
| K-21 | PVH Standardized Packing List (Mitsui) | None |
| K-22 | Mitsui Navigation Fax | None |
| K-23 | Load Advice (Mitsui) | None |
| K-24 | Mitsui Packing List | None |
| K-25 | Mitsui TIR - N.J. | None |

| | | |
|---|---|---|
| K-26 | Mitsui Entry Pass - N.J. | None |
| K-27 | Kellaway TIR - Mitsui | Authenticity, Relevance, FRE 403 and Hearsay |
| K-28 | Customs Report | None |
| K-29 | Mitsui Fax Navigator | None |
| K-30 | P.T. Busana (Mitsui) Invoice | None |
| K-31 | Mitsui Bill of Lading | None |
| K-32 | Mitsui Container Load Advice | None |
| K-33 | Barthco Invoice (Mitsui) | None |
| K-34 | Entry Worksheet (Mitsui) | None |
| K-35 | Mitsui Packing List | None |
| K-36 | Mitsui Packing List | None |
| K-37 | Mitsui Packing List | None |
| K-38 | Customs Entry (Mitsui) | Authenticity, Relevance, FRE 403 and Hearsay |
| K-39 | Customs Entry (Maersk) | Authenticity, Relevance, FRE 403 and Hearsay |
| K-40 | Customs Entry Fax (Mitsui) | Authenticity, Relevance, FRE 403 and Hearsay |
| K-41 | Customs Entry Fax (Maersk) | Authenticity, Relevance, FRE 403 and Hearsay |
| K-42 | P.T. Business Runner (Mitsui) | None |
| K-43 | Barthco Chart (Mitsui) | None |

| | | |
|---|---|---|
| K-44 | Chart with handwritten entries (6 PS Transportation Container Log) | None |
| K-45 | Forwarder's Cargo Receipt (Mitsui) | None |
| K-46 | Contract PVH / Mitsui | None |
| K-47 | Customs Bond 4/27/98 | Authenticity, Relevance, FRE 403 and Hearsay |
| K-48 | Customs Importer ID Import Record 4/21/98 | Authenticity, Relevance, FRE 403 and Hearsay |
| K-49 | Kellaway Investigation Report | None |
| K-50 | Atlantic Mutual Letter | None |
| K-51 | Reward | None |
| K-52 | December 7, 1999 Kellaway Letter to Atlantic Mutual | Authenticity, Relevance, FRE 403 and Hearsay |
| K-53 | Statement of Claim | None |
| K-54 | Handwritten Claim Statement from Atlantic Mutual | None |
| K-55 | Transpo Photographs | None |
| K-56 | Hartford Loss Report Diagram and Photographs | None |
| K-57 | Photographs of Phillips-Van Heusen | Objections on all grounds since never produced. |

4

| | | |
|---|---|---|
| K-58 | Exhibits Marked at Pastore Deposition | |
| | P-1 | No Objection |
| | P-2 A | None |
| | P-2 B | See Objection to K-11 (same exhibit) |
| | P-2 C | See Objection to K-6 (same exhibit) |
| | P-2 D | See Objection to K-7 (same exhibit) |
| | P-2 E | See Objection to K-9 (same exhibit) |
| | P-2 F | None |
| | P-2 G | None |
| | P-2 H | None |
| | P-2 I | None |
| | P-3 A | See Objection to Exhibit K-10 (same Exhibit) |
| | P-3 B | See Objection to Exhibit K-10 (same Exhibit) |
| | P-3 B | Authenticity, Relevance and Hearsay |
| | P-3 C | Authenticity, Relevance and Hearsay |
| | P-3 D | Authenticity, Relevance and Hearsay |
| | P-4 A | See Objection to K-41 (same Exhibit) |
| | P-4 B | See Objection to K-39 (same Exhibit) |
| | P-4 C | Authenticity, Relevance and Hearsay |
| | P-4 D | None |
| | P-4 E | Authenticity, Relevance and Hearsay |
| | P-5 | None |
| | P-6 | None |
| | P-7 | None |
| | P-8 | None |
| | P-9 | None |
| | P-10 | None |
| | P-11 | None |
| | P-12 | None |

PBH: 147167.1

| | |
|---|---|
| P-13 | None |
| P-14 | None |
| P-15 | None |
| P-16 | Authenticity, Relevance, FRE 403 and Hearsay |
| P-59 | None |
| K-60 | Objection to documents attached to requests if objected to as a listed Exhibit by Kellaway or Plaintiffs |
| K-61 | No Objection |
| K-62 | None |
| K-63 | None Exist |
| K-64 | None Exist |
| K-65 | None |

PALMER BIEZUP & HENDERSON LLP

By: /s/ Richard Q. Whelan

Richard Q. Whelan
William E. Ecenbarger, Jr.
Attorneys for DAADS t/a Maersk Line
620 Chestnut Street
956 Public Ledger Building
Philadelphia, PA 19106-3409
Philadelphia, PA 19106-3409
(215) 625-9900

Dated: February 7, 2002

PBH: 147167.1