

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIPS-VAN HEUSEN CORP.,** | : | CIVIL ACTION NO. 1:CV-00-0665 |
| Plaintiff | : | |
| v. | : | |
| **MITSUI O.S.K. LINES LTD., et al,** | : | |
| Defendants | : | |



### ORDER

The background of this order is as follows: On February 5, 2002, the court issued an order denying, as moot, Defendant Mitsui's oral motion to compel production of documents. Upon further consideration, **IT IS HEREBY ORDERED THAT**:

(1) The court's order of February 5, 2002 is **VACATED**; and

(2) Defendant Mitsui's oral motion to compel production of documents is **GRANTED IN PART and DENIED IN PART**, as follows:

(A) Plaintiff shall produce, to all other parties, the *entire* fourteen page document that it previously represented to the court that it had produced; and

(B) Plaintiff shall produce all attachments to that document except the handwritten notes.

SYLVIA H. RAMBO
United States District Judge

Dated: February 11, 2002.