cc: court, kfk, mja

58
2-13-02

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Phillips-Van Heusen**
V.
**Mitsui O.S.K. Lines LTD., et al.**

CASE NO. 1:00-CV-0665

DATE: February 12, 2002

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3, Day #1

Nature of Proceeding: Non-Jury Trial

Time Commenced: 9:30 AM

Time Terminated: 4:31 PM

**Plaintiff's Counsel:**
1-George R. Zacharkow (Phillips)
2-Carl Delacato, Jr. (Phillips)

**Defendant's Counsel:**
3-Richard Whelan (DAADS/Maersk)
4-Ann-Michele Higgins (Mitsui)
5-Patrick Keenan (Kellaway)
6-Charles McCammon (Mitsui)

| Plaintiff's Witnesses: | Examined By: | |
|---|---|---|
| | Dir | Cross |
| Vincent Pastore | 1,2 | 3,4,5 |
| Robert Seigel | 1,2 | 3,4,5 |
| Arthur Dunn | 1 | |

| Defendant's Witnesses: | Examined By: | |
|---|---|---|
| | Dir | Cross |

FILED
FEB 1 2 2002
PER ___
HARRISBURG, PA   DEPUTY CLERK

**Remarks:**

Court opens with all counsel and parties present; Opening remarks; Plaintiff reads requests and admissions in to the record and calls witnesses; Arthur Dunn is tendered as an expert in the field of security and container movements; Court adjourns until 9:30 am on 2/13/02.

Courtroom Deputy:   Mark Armbruster

Court Reporter: Vicki Fox

# WITNESS ACTIVITY LIST

Phillips-Van Heusen v. Mitsui O.S.K. Lines, et al.

B=Break, L=Lunch, S=Sidebar    Day #1, February 12, 2002    1:00-CV-0665

| Start | End | Time | Code | Dir. | Cross | Redir | Re-cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 10:24 AM | 10:51 AM | :27 | | X | | | | 1 | Vincent Pastore |
| 10:51 AM | 11:21 AM | :30 | B | X | | | | 2 | Vincent Pastore |
| 11:22 AM | 12:04 PM | :42 | | | X | | | 3 | Vincent Pastore |
| 12:04 PM | 12:20 PM | :16 | | | X | | | 4 | Vincent Pastore |
| 12:20 PM | 1:34 PM | :14 | L | | X | | | 5 | Vincent Pastore |
| 1:34 PM | 1:39 PM | :05 | | | | X | | 1 | Vincent Pastore |
| 1:40 PM | 1:42 PM | :02 | | | | X | | 2 | Vincent Pastore |
| 1:42 PM | 1:50 PM | :08 | | | | | X | 3 | Vincent Pastore |
| 1:50 PM | 2:47 PM | :57 | | X | | | | 1 | Robert Seigel |
| 2:47 PM | 3:21 PM | :34 | | X | | | | 2 | Robert Seigel |
| 3:21 PM | 3:52 PM | :31 | | | X | | | 3 | Robert Seigel |
| 3:52 PM | 3:57 PM | :05 | | | X | | | 4 | Robert Seigel |
| 3:57 PM | 4:00 PM | :03 | | | X | | | 5 | Robert Seigel |
| 4:00 PM | 4:08 PM | :08 | | | | X | | 2 | Robert Seigel |
| 4:08 PM | 4:10 PM | :02 | | | | X | | 1 | Robert Seigel |
| 4:10 PM | 4:12 PM | :02 | | | | | X | 3 | Robert Seigel |
| 4:15 PM | 4:31 PM | :16 | | X | | | | 1 | Arthur Dunn |