cc: court, kfk, mja

(60)
2-14-02

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Phillips-Van Heusen**  
V.  
**Mitsui O.S.K. Lines LTD., et al.**

CASE NO. 1:00-CV-0665

DATE: February 13, 2002

FILED FEB 13 2002 PER____ HARRISBURG, PA DEPUTY CLERK

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3, Day #2

Nature of Proceeding: Non-Jury Trial

Time Commenced: 9:00 AM        Time Terminated: 5:05 PM

**Plaintiff's Counsel:**  
1-George R. Zacharkow (Phillips)  
2-Carl Delacato, Jr. (Phillips)

**Defendant's Counsel:**  
3-Richard Whelan (DAADS/Maersk)  
4-Ann-Michele Higgins (Mitsui)  
5-Patrick Keenan (Kellaway)  
6-Charles McCammon (Mitsui)

| Plaintiff's Witnesses: | **Examined By:** Dir | Cross | Defendant's Witnesses: | **Examined By:** Dir | Cross |
|---|---|---|---|---|---|
| Arthur Dunn | 1 | 3,5 | David McLaughlin | 5,3,4 | 1,2 |
|  |  |  | Manohar Patwardhan | 4,3 | 5 |

**Remarks:**

Court opens with all counsel and parties present; Plaintiff's witnesses continue with Arthur Dunn and court admits him as an expert as tendered; Plaintiff rest. DAADS/Maersk, Mitsui and Kellaway move for judgement on damages and liability; Court denies all motions; Stipulations read into record by Maersk re. caption name and how they will be referred to and; Maersk's and Mitsui's tendering of case to Kellaway.that was rejected. . DAADS/Maersk and Mitsui rest; Kellaway calls witnesses. Keenan reads deposition testimony of Manohar Patwardhan into the record. Mitsui calls rebuttal witness. Whelan reads deposition lines of David McLaughlin into the record; Exhibits are moved by all parties; Defendants rest; Briefing to be filed; Matter taken under advisement.

Courtroom Deputy:   Mark Armbruster                    Court Reporter: Vicki Fox

# *WITNESS ACTIVITY LIST*

Phillips-Van Heusen v. Mitsui O.S.K. Lines LTD., et al.

B=Break, L=Lunch, *=Sidebar          Day #2 , February 13, 2002          1:00-CV-0665

| Start | End | Time | Code | Dir. | Cross | Redir | Re-cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:00 AM | 9:34 AM | :34 | | X | | | | 1 | Arthur Dunn |
| 9:35 AM | 10:03 AM | :28 | | | X | | | 5 | Arthur Dunn |
| 10:03 AM | 10:05 AM | :02 | | | X | | | 3 | Arthur Dunn |
| 10:05 AM | 10:08 AM | :03 | | | | X | | 1 | Arthur Dunn |
| 11:15 AM | 12:15 PM | 1:00 | B,B,B | X | | | | 5 | David McLaughlin |
| 12:15 PM | 2:13 PM | 1:58 | L | X | | | | 3 | David McLaughlin |
| 2:13 PM | 2:32 PM | :19 | | X | | | | 4 | David McLaughlin |
| 2:32 PM | 3:09 PM | :37 | B | X | | | | 1 | David McLaughlin |
| 3:09 PM | 3:17 PM | :08 | | | X | | | 2 | David McLaughlin |
| 3:17 PM | 3:30 PM | :13 | | | | X | | 5 | David McLaughlin |
| 3:30 PM | 3:40 PM | :10 | | | | X | | 3 | David McLaughlin |
| 3:40 PM | 3:43 PM | :03 | | | | X | | 4 | David McLaughlin |
| 3:54 PM | 4:01 PM | :06 | | X | | | | 4 | Manohar Patwardhan |
| 4:01 PM | 4:08 PM | :07 | | | X | | | 5 | Manohar Patwardhan |
| 4:08 PM | 4:13 PM | :05 | | | | X | | 4 | Manohar Patwardhan |
| 4:13 PM | 4:13 PM | <:01 | | | | | X | 5 | Manohar Patwardhan |
| 4:13 PM | 4:14 PM | :01 | | | | X | | 3 | Manohar Patwardhan |