Mitsui

61
2-14-02
MA

# EXHIBIT LIST

JUDGE Rambo    CASE NUMBER 1:cv-00-0665

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | Mitsui "A" | Copy of the Mitsui Bill of Lading No. 460155893, dated May 16, 1999. | | | | |
| | Mitsui "B" | Copy of the Mitsui Bill of Lading No. 460156264, dated May 16, 1999. | | | | |
| Same as plaintiff 31 | Mitsui "C" | Enlarged copy of terms and conditions of reverse side of way bill and Bills of Lading. | 2-12-02 | | | Vincent Pastore |
| | Mitsui "D" | Uniform Intermodal Interchange and Facilities Access Agreement between Mitsui and Kellaway. | 2-13-02 | 2-13-02 | Admit | |
| | Mitsui "E" | Copy of Commerce Lease Agreement between J.V.E. Co., Inc. and Kellaway. | | | | |
| | Mitsui "F" | TransPro Group, Inc. Report of Investigation, dated July 15, 1999, including photographs. | | | | |
| | Mitsui "G" | Copy of Hartford Loss Report, dated August 6, 1999, including 20-2 (22) numbered photographs | | | | |
| | Mitsui "H" | Phillips-Van Heusen Corp. Statement of Claim totaling $294,161.53 | | | | |

FILED
HARRISBURG, PA
FEB 13 2002
MARY E. D'ANDREA, CLERK
Per MA

0605394.01

| | | | | obj |
|---|---|---|---|---|
| Mitsui "I" | Copy of Atlantic Mutual Company check No. 3104541, dated October 08, 1999. | | | |
| Mitsui "J" | Copy of Atlantic Mutual Insurance Company's Statement of Claim for claim No. 07857646. | | | |
| Mitsui "K" | Kellaway Asset Protection Incident Report dated June 23, 1999. | | | |
| Mitsui "L" | Correspondence from Joseph Barone of Atlantic Mutual Insurance Company to Kellaway dated November 5, 1999. | | | |
| Mitsui "M" | Correspondence from Keith Walborn of Kellaway to Mitsui dated June 22, 1999. | | ✓ | |
| Mitsui "N" | Correspondence from Rawle & Henderson to the counsel for Kellaway dated August 27, 2001. | 2-13-02 | Admit | |
| "O" | Trns. order sheets | 2-13-02 | Reserve | Manohar Patwardhan |

0605394.01