62
2-14-0?
MA

Maersk

**EXHIBIT LIST**

JUDGE: Hon. Sylvia H. Rambo

PLAINTIFF

| DEFENDANT DAADS- Maersk Line | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|
| Maersk Line Exhibit A | Copy of the face of Maersk Line Bill of Lading No. MAEU-YCG-J-05408 dated 18 May 1999 | | 2-13-02 | Admit | |
| Maersk Line Exhibit B | Enlarged copy of terms and conditions on reverse side of Maersk Line Bill of Lading No. MAEU-YCG-J-05408 | 2-12-02 | 2-13-02 | Admit | Vincent Pastore |
| Maersk Line Exhibit C | Copy of Maersk Line Agency Work/Delivery Order dated June 15, 1999 | | 2-13-02 | Admit | |
| 4 | 7/2/96 Maersk letter w/3 cust. | | 2-13-02 | Admit | David McLaughlin |

FILED
HARRISBURG, PA
FEB 13 2002
MARY E. D'ANDREA, CLERK
Per _____

| DAADS-Maersk Lin | OF ITEM | | | | |
|---|---|---|---|---|---|
| Maersk Line Exhibit D | Uniform Intermodal Interchange and Facilities Access Agreement between Maersk Line and Kellaway–Redacted Version | | | | |
| Maersk Line Exhibit E | Copy of Sea-Land TIR and Entry Pass for Container No. GSTU284867 on June 17, 1999 | | 2-13-02 | Adm.t | |
| Maersk Line Exhibit F | Copy of Maersk Line Arrival Notice/Freight Invoice dated June 15, 1999. | | | | |
| Maersk Line Exhibit G | Copy of Commercial Lease Agreement between J.V.E. Co., Inc. and Kellaway | 2-13-02 | 2-13-02 | Adm.t | David McLaughlin |
| Maersk Line Exhibit H | TransPro Group Inc. Report of Investigation, dated July 15, 1999. | | | | |

Maersk

| DAADS-Maersk Lin | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|
| Maersk Line Exhibit I | Copy of Hartford Loss Report dated 8/6/99 | | | | |
| Maersk Line Exhibit J | Expert Report and Resume of Robert F. DeBellis, dated August 16, 2001 | | | | |
| Maersk Line Exhibit K | Phillips-Van Heusen Corp. Statement of Claim | 2-12-02 | 2-13-02 | Adm.t | Vincent Pastore |
| Maersk Line Exhibit L | Copy of Atlantic Mutual Companies Check No. 3104841 | | | | |
| Maersk Line Exhibit M | Copy of Atlantic Mutual Statement of Claim for Claim No. 07-857646 | | 2-13-02 | Adm.t | |
| Maersk Line Exhibit N | Correspondence from Maersk Line to Kellaway dated July 7, 2000. | | 2-13-02 | Adm.t | |
| Maersk Line Exhibit O | Correspondence from Atlantic Mutual to Kellaway. | | | | |

| DAADS-Maersk Lin | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|
| Maersk Line Exhibit P | Copy of Kellaway Transportation Inc. Pro Bill dated 06/17/99 | 2-13-02 | 2-13-02 | Admit | David McLaughlin |
| Maersk Line Exhibit Q | Kellaway Asset Protection Incident Report dated June 23, 1999. | | | | |
| Maersk Line Exhibit R | Kellaway's Answers To Request For Admission of DAADS | | | | |
| Maersk Line Exhibit S obj | Computer printout of invoice processing for Kellaway Transportation | | 2-13-02 | Reserve | |
| Maersk Line Exhibit T | Uniform Intermodal Interchange and Facilities Access Agreement between Maersk Line and Kellaway in effect at time of underlying incident | 2-13-02 | 2-13-02 | Reserve | |