Kellaway

63
2-14-02
mr

## EXHIBIT LIST

GE: _____

| NTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | OBJECTION |
|---|---|---|---|---|---|---|
| obj | K-1 | Exemplar Equipment Interchange Receipt and Safety Inspection Report | 2-13-02 | 2-13-02 | Reserve | Adm. DAVID McLAUGHLIN |
|  | K-2 | Maersk Work/Delivery Order for container number GSTU 2848676 dated June 15, 1999 | 2-13-02 | " | Admit | David McLaughlin |
|  | K-3 | Sea-Land TIR for container number GSTU 2848676 | 2-13-02 | " | " | David McLaughlin |
|  | K-4 | Sea-Land Entry Pass for container number GSTU 2848676 | 2-13-02 | " | " | David McLaughlin |
| obj | K-5 | Equipment Interchange Receipt and Safety Inspection Report for container number GSTU 2848676 dated June 15, 1999 | 2-13-02 | " | Reserve | David McLaughlin |
|  | K-6 | Entry Worksheet for transit number 91222 |  |  |  |  |
|  | K-7 | Barthco International, Inc. invoice number 71-30621-2/1 |  |  |  |  |
|  | K-8 | Maersk combined bill of lading for container number GSTU 2848676 |  |  |  |  |
|  | K-9 | Barthco International, Inc. U.S. Customs Service entry summary for container number GSTU 2848676 |  |  |  |  |
|  | K-10 | D. S. Clothing packing list dated April 30, 1999 |  |  |  |  |
|  | K-11 | D.S. Clothing commercial invoice dated April 30, 1999 |  |  |  |  |

FILED
HARRISBURG, PA
FEB 13 2002
MARY E. D'ANDREA, CLERK
Per _____ mr

| DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | OBJECTION |
|---|---|---|---|---|---|
| K-12 | Maersk Line arrival notice/freight invoice for container number GSTU 2848676 | | | | |
| K-13 | Mitsui O.S.K. Lines work order for container numbers MOLU 010258, MOLU 000446, and MOLU 011268 dated June 9, 1999 | 2-13-02 | 2-13-02 | Admit | David McLaughlin |
| K-14 | Kellaway Entry Pass for container number MOLU 010258 | 2-13-02 | " | " | David McLaughlin |
| K-15 | Kellaway Trailer Receipt Delivery Inspection Report for container number MOLU 010258 | 2-13-02 | " | " | David McLaughlin |
| K-16 | Equipment Interchange Receipt and Safety Inspection Report for container number MOLU 010258 | 2-13-02 | " | Reserve | David McLaughlin |
| K-17 | Pt. Busana Rama invoice number EAIUA/991-992/005.0240 dated May 14, 1999 | | | | |
| K-18 | Pt. Busana Rama packing list for invoice number E-AIUA/991-992/005.0240 dated May 14, 1999 | | | | |
| K-19 | Entry worksheet, IT number 30671, dated June 10, 1999 | | | | |
| K-20 | Mitsui combined transport bill of lading for container number MOLU 0102585 | | | | |
| K-21 | PVH standardized packing list for invoice number 005.0240 dated May 14, 1999 | | | | |

obj

| NUMBER | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | OBJECTION |
|---|---|---|---|---|---|
| K-22 | Mitsui "Navi-Gator fax service" document for container number MOLU 0102585 | | | | |
| K-23 | PVH container load advice/result for container number MOLU 0102585 dated May 24, 1999 | | | | |
| K-24 | PVH standardized packing summary for invoice number 005.0240 dated May 14, 1999 | | | | |
| K-25 | Trailer Receipt Delivery Inspection Report for container number MOLU 11268 | 2-13-02 | 2-13-02 | Adm. T | David McLaughlin |
| K-26 | Entry pass for container number MOLU 11268 | 2-13-02 | '' | '' | David McLaughlin |
| K-27 | Equipment Interchange Receipt and Safety Inspection Report for container number MOLU 11268 | 2-13-02 | '' | Reserve | David McLaughlin |
| K-28 | Barthco International entry summary for container number MOLU 11268 | | | | |
| K-29 | Mitsui "Navi-Gator fax service" document for container number MOLU 11268 | | | | |
| K-30 | Pt. Busana Rama invoice number 005.0238 dated May 16, 1999 | | | | |
| K-31 | Mitsui Combined Transport Bill of Lading number 460156264 | | | | |
| K-32 | PVH container load advice/result for container number MOLU 11268 | | | | |
| K-33 | Barthco International invoice number 71-30538-1/1 | | | | |

(obj) notation next to K-27

| | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | OBJECTION |
|---|---|---|---|---|---|
| K-34 | Entry worksheet (IT number 30672) dated June 16, 1999 | | | | |
| K-35 | PVH standardized packing list for invoice number 005.0238 dated May 16, 1999 | | | | |
| K-36 | PVH standardized packing summary for invoice number 005.0238 dated May 16, 1999 | | | | |
| K-37 | Pt. Busana Rama packing list for invoice number 005.0238 dated May 14, 1999 | | | | |
| K-38 | United States Customs Service Entry/Immediate Delivery Authorization document for container numbers MOLU 102585 and MOLU 112686 dated June 16, 1999 | | | | |
| K-39 | United States Customs Service Entry/Immediate Delivery Authorization document for container number GSTU 2848676 dated June 18, 1999 | | | | |
| K-40 | Fax transmission reports of United States Customs Service Entry/Immediate Delivery Authorization documents dated June 16, 1999 | | | | |
| K-41 | Fax transmission report of United States Customs Service Entry/Immediate Delivery Authorization documents dated June 18, 1999 | | | | |

| | | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | OBJECTION |
|---|---|---|---|---|---|---|
| | K-42 | Facsimile by Pt. Busana Rama to Phillips-Van Heusen dated August 31, 2001 | | | | |
| | K-43 | "Barthco-Reading" vessel arrival report | | | | |
| | K-44 | GPS Transportation container log | | | | |
| | K-45 | P.T. Mercanindo Citra forwarders cargo receipt dated May 14, 1999 | | | | |
| obj | K-46 | Service contract between Phillips-Van Heusen and Mitsui O.S.K. Lines, Ltd. | confidential | 2-13-02 | Reserve | Adm. |
| obj | K-47 | United States Customs Service Customs Bond, file reference number 59800134, effective April 29, 1998 | 2-13-02 | " | reserve | David McLaughlin |
| | K-48 | United States Customs Importer ID Input Record for Kellaway's container yard in Harrisburg, Pa. | 2-13-02 | " | Admit | David McLaughlin |
| | K-49 | Kellaway Asset Protection Incident Report dated June 23, 1999 | 2-13-02 | | | David McLaughlin |
| | K-50 | Atlantic Mutual Company's letter to Kellaway dated November 5, 1999 | | | | Adm. |
| | K-51 | Kellaway Reward Bulletin | | | | |
| | K-52 | Kellaway letter to Atlantic Mutual Insurance Company dated December 7, 1999 | | | | Adm. |
| | K-53 | Phillips-Van Heusen "statement of claim" totaling $294,161.53 | | | | Adm. |
| | K-54 | Atlantic Mutual Company's handwritten "statement of claim" | | | | Adm. |
| | K-55 | Photographs attached to TransPro Group Report dated July 15, 1999 | | | | Adm. |

| # | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | OBJECTION |
|---|---|---|---|---|---|
| K-56 | Photographs taken of Kellaway's container yard on July 28, 1999 | 2-13-02 | 2-13-02 | Admit | David McLaughlin |
| K-57 | Photographs of Phillips-Van Heusen's Reading Terminal | | | | Auth./Adm. |
| K-58 | Exhibits to the deposition of Vincent Pastore | | | | Adm. |
| K-59 | Plaintiff's answers to interrogatories | | | | |
| K-60 | Plaintiff's response to request for production of documents | | | | |
| K-61 | Mitsui's answers to interrogatories | | | | |
| K-62 | Mitsui's response to request for production of documents | | | | |
| K-63 | Maersk's answers to interrogatories | | | | |
| K-64 | Maersk's response to request for production of documents | | | | |
| K-65 | Atlantic Mutual Company's claim check dated October 8, 1999 | | | | |