Phillips

64
2-14-02

FILED
HARRISBURG, PA
FEB 13 2002
MARY E. D'ANDREA, CLERK
Per

# EXHIBIT LIST

JUDGE: Sylvia H. Rambo

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 1. | | PurchaseOrder(s) to Phillips | | | | |
| 2. | | Phillips Purchase Order No. 02-002794 | 2-12-02 | 2-13-02 | Admit | Vincent Pastore |
| 3. | | Phillips Purchase Order No. 02-002795 | | " | " | |
| 4. | | Phillips Purchase Order No. 02-002811 | | " | " | |
| 5. | | Phillips Purchase Order No. 02-0002718 | | | | |
| 6. | | Phillips Purchase Order No. 02-002881 | | | | |
| 7 | | P.T. Busana RamaTextile and Garment Packing List (Invoice No. E-AIUA/99-991/005.0238) | | 2-13-02 | Admit | |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 8. | | PVH Standardized Packing List No.005.0238 | | 2-13-02 | Admit | |
| 9. | | PVH Standardized Packing Summary No. 005.0238 | | " | " | |
| 10. | | P. T. Busana Rama Textile and Garment Multiple Country Declaration | | " | " | |
| 11. | | Wearing Apparel Detail Sheet | | " | " | |
| 12. | | P.T. Busana Rama Textile and Garment Invoice No. E-AIUA/99-991/005.0238 | | " | " | |
| 13. | | Commercial Invoice Serial No. AB 278895 3/15/99 | 2-12-02 | " | " | Vincent Pastore |
| 14. | | Forwarder' Cargo Receipt No. JKT0043962 (01) | | " | " | |
| 15. | | Container Load Advice/Result (Stuffing No. JKT027299) | | " | " | |



| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 16. | | P.T. Busana Rama Textile & Garment Packing List (Invoice No. E-AIUA/991-992/005.0240) | | 2-13-02 | Admit | |
| 17. | | PVH Standardized Packing List No. 005.0240 | | " | " | |
| 18. | | PVH Standardized Packing Summary No. 005.0240 | | " | " | |
| 19. | | P.T. Busana Rama Textile & Garment Multiple Country Declaration | | " | " | |
| 20. | | Wearing Apparel Detail Sheet | | " | " | |
| 21. | | P.T. Busana Rama Textile & Garment Invoice No. E-AIUA/991-992/005.0240 | | " | " | |
| 22. | | Commercial Invoice Serial No. AB 278889 | 2-12-02 | " | " | Vincent Pastore |
| 23. | | Forwarder' Cargo Receipt No. [illegible] | | " | " | |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 24. | | Container Load Advice/Result (Stuffing No. JKT027293) | | 2-13-02 | Admit | |
| 25. | | P.T. Superintending Company of Indonesia (SUCOFINDO) Certificate No. 42.99.009709 | | " | " | |
| 26. | | Certified translation of SUCOFINDO Certificate No. 42.99.009709 | | " | " | |
| 27. | | October 8, 2001 letter from P.T. Superintending Company of Indonesia | | " | " | |
| 28. | | Mitsui Bill of Lading No. 460156264 | 2-12-02 | " | " | Vincent Pastore |
| 29. | | Mitsui Bill of Lading No. 460155893 | 2-12-02 | " | " | Vincent Pastore |
| 30. | | Mitsui Bill of Lading No. 460156258 | 2-12-02 | " | " | Vincent Pastore |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 31. | | Enlarged copy of reverse side of Mitsui Bill of Lading | 2-12-02 | 2-13-02 | Admit | Vincent Pastore |
| 32. | | Mitsui Fax Service Report for Bill of Lading No. 460156264 | | " | " | |
| 33. | | Mitsui Fax Service Report for Bill of Lading No. 460155893 | | " | " | |
| 34. | | Mitsui Notice to Kellaway dated 6/9/99 | | | | |
| 35. | | Trailer Receipt Delivery Inspection Report for Container No. MOLU 011268-6 | | 2-13-02 | Admit | |
| 36. | | Kellaway Equipment Interchange Receipt for Container No. MOLU 011268-6 | 2-13-02 Read into the record | " | Admit Face sheet only | |



| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 37. | | Trailer Receipt Delivery Inspection Report for Container No. MOLU 010258-5 | | 2-13-02 | Admit | |
| 38. | | Kellaway Equipment Interchange Receipt for Container No. MOLU 010258-5 | 2-13-02 Read into the record | " | " Face sheet only | |
| 39. | | Entry Worksheet for Bill of Lading No. 460156264 | 2-12-02 | " | " | Vincent Pastore |
| 40. | | Entry Worksheet for Bill of Lading No. 460155893 | 2-12-02 | " | " | Vincent Pastore |
| 41. | | Entry Summary | | " | " | |
| 42. | | Entry/Immediate Delivery form for Container Nos. MOLU 011268-6, MOLU 010258-5, and MOLU 000446-5 | | " | " | |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 43. | | Copy of Entry/Immediate Delivery form for Container Nos. MOLU 011268-6, MOLU 010258-5, and MOLU 000446-5 faxed to Kellaway | | 2-13-02 | Admit | |
| 44. | | Copy of Entry/Immediate Delivery form for Container Nos. MOLU 011268-6, MOLU 010258-5, and MOLU 000446-5 faxed to GPS | | " | " | |
| 45. | | Barthco Invoice No. 71-30538-1/1 | | " | " | |
| 46. | | Phillips screen print for Container No. MOLU 011268-6 with Purchase Order match | | | | |
| 47. | | Phillips screen print for Container No. MOLU 010258-5 with Purchase Order match | | | | |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 48. | | Phillips screen print for Container No. MOLU 000446-5 with Purchase Order match | | | | |
| 49. | obj | Phillips screen print showing selling price for Style 4577150 | 2-12-02 | 2-13-02 | Reserve | Robert Seigel |
| 50. | obj | Phillips screen print showing selling price for Style 4677150 | 2-12-02 | 2-13-02 | " | Robert Seigel |
| 51. | obj | Phillips screen print showing selling price for Style 4575267 | 2-12-02 | 2-13-02 | " | Robert Seigel |
| 52. | obj | Phillips screen print showing selling price for Style 4677110 | | | | |
| 53. | obj | Phillips screen print showing selling price for Style 4677112 | | | | |
| 54. | obj | Phillips screen print showing payments to BARTHCO | | | | |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 55. | obj. | Phillips screen print showing Letter of Credit information | | | | |
| 56. | | Mitsui Responses to Phillips Request for Production | | | | |
| 57. | | Mitsui Responses and Supplemental Responses to Phillips Request for Admissions | | | | |
| 58. | | Mitsui Responses to Phillips Interrogatories | | | | |
| 59. | | Phillips Purchase Order No. 02-002718 | 2-12-02 | 2-13-02 | Admit | Vincent Pastore |
| 60. | | D.S. Clothing (PVT) Limited Packing List, dated 30-04-99 | | " | " | |
| 61. | | D.S. Clothing (PVT) Limited Commercial Invoice, dated 30-04-99 | 2-12-02 | " | " | Vincent Pastore |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 62. | | D.S. Clothing (PVT) Limited Manufacturer's Country of Origin Declaration | | 2-13-02 | Admit | |
| 63.* | obj | Qasim International Container Terminal Receipt noting 378 cartons | | " | " | |
| 64. | | D.S. Clothing (PVT) Limited Wearing Apparel Detail Sheet | | " | " | |
| 65. * | | Qasim International - Export Tally Sheet noting 378 cartons | | " | " | |
| 66. * a) | | Affidavit of a Representative of Qasim or Mercantile Logistics confirming contents of the Maersk Container | 2-12-02 read into record | " | " | |
| 67. a) | | Maersk, Inc., #05408 Combined Transport Bill of Lading (front and back) | 2-12-02 | " | " | Vincent Pastore |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 68. | | Maersk Line Arrival Notice/Freight Invoice, dated 6/4/99 | 2-12-02 | 2-13-02 | Admit | Vincent Pastore |
| 69. | | Maersk Line Agency Work/Delivery Order, dated 6/15/99 | | " | " | |
| 70. | | Entry Worksheet | 2-12-02 | " | " | Vincent Pastore |
| 71. | | Barthco International, Inc. Invoice, dated 6/16/99 | 2-12-02 | " | " | Vincent Pastore |
| 72. | | Dept. of Treasury Entry Summary dated 6/17/99 (2 pages) | 2-12-02 | " | " | Vincent Pastore |
| 73. | | Special Customs Invoice re: 378 Cartons "Mens Knit Shirts" | 2-12-02 | " | " | Vincent Pastore |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 74. | | Facsimile of United States Department of the Treasury, United States Customs Service Entry/Immediate Delivery Form | | 2-13-02 | Admit | |
| 75. | | Wolf D. Barth Co., Inc. Delivery Order, dated 6/16/99 | | " | " | |
| 76. | | Wolf D. Barth Co., Inc. Delivery Order detail sheet | | | | |
| 77. | | Vessel List GPS/or Wolf D. Barth Co., Inc. | | | | |
| 78. | | Equipment Interchange Receipt and Safety Inspection Report for Container GSTU 284867-6 and Chassis No. MAEC-130621 | 2-13-02 Read into record | 2-13-02 | Reserve | |
| 79. | | Sea-Land TIR No. 0002378948 | 2-13-02 Read into record | " | " | |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 80. | | Sea-Land Entry Pass: Visit Number 366 | 2-13-02 Read in to Record | 2-13-02 ✓ | Admit A | |
| 81. | obj | E-mail from Diane Boyd to Lucy Fletes, re: Stolen Ctn, dated 9/26/01 | | 2-13-02 ✓ | Reserve | |
| 82. | obj | Plaintiff's Answer to Defendant/Third Party Plaintiff DAADS' First Set of Interrogatories | | | | |
| 83. | obj | Kellaway's Answers to Plaintiff's Admission Requests | 2-12-02 Read in to record | 2-13-02 | | |
| 84. | obj | Maersk's Answers to Plaintiff's Admission Requests | 2-12-02 Read into record | " | | |
| 85. | obj | Kellaway's Answers to Maersk's Admission Requests | 2-12-02 Read in to record | " | | |
| 86. | obj | News article from *Patriot News*, dated June 24, 1999 | | " | Reserve | |

| PLAINTIFF | DEFENDANT | DESCRIPTION OF ITEM | IDENTIFIED | EVIDENCE | RULING | |
|---|---|---|---|---|---|---|
| 87. | | Swatara Township Police Report | | | | |
| 88. | obj | PVH Selling Price Information | 2-12-02 | 2-13-02 | Reserve | Robert Seigel |
| 89. | obj | PVH Screen Print of Maersk Container contents | | " | " | |
| 90. | | Purchase Order(s) to PVH for the shirt order represented in Exhibit 59 above | | | | |
| 91. | obj | Letter from Carla Eberling, Director of Risk Management for Phillips-Van Heusen Corporation to Ken Kellaway, Jr. of Kellaway Intermodal & Distribution Systems re: Container Theft - Date of Loss 6/18/99 | | 2-13-02 | Reserve | |
| 92. | | Kellaway Lease for premises at 4390 Chambers Hill Road, Harrisburg, PA | | " | Admit | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 93. | | Kellaway Asset Protection Incident Report dated June 23, 1999 | 2-13-02 | 2-13-02 | Admit Exhibits Attached | Arthur Dunn |
| 94. | | Mycek photographs of Kellaway yard with diagram | 2-13-02 | | | Arthur Dunn |
| 95. | obj | TransPro Group, Inc. Investigation Report (redacted for insurance references) | 2-13-02 | 2-13-02 | Do Not Admit | Arthur Dunn |
| 96. | | TransPro Group, Inc. photos of Kellaway yard (redacted for insurance references) | 2-13-02 | " | Admit | Arthur Dunn |
| 97. | obj | TransPro Group, Inc. Expert Report | 2-13-02 | " | Do Not Admit | Arthur Dunn |
| 98. 9-N | obj | Photos of Kellaway facility at Avenel, NJ | | " | | |
| 99. | | Photos of Kellaway facility at Randolph, MA | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100. | obj | Photographs of the Kellaway facility at 4390 Chambers Hill Road and the GPS Road Link Facility at Harrisburg, PA taken on 9/6/01 | | 2-13-02 | | |
| 101. | obj | Copy of Kellaway website | | " | Reserve | |
| 102 | obj | Copy of Roadlink/USA website | | " | " | |
| | | | | | | |
| 105 | | unsworn Declaration | 2-12-02 | " | Admit | |
| 103A | obj | 4577150. cancellation analysis | 2-12-02 | " | Reserve | Robert Seigel |
| 103C | obj. | | 2-12-02 | " | Reserve | Robert Seigel |
| 103B | obj | | | " | Reserve | |
| 104 a-c | | | | " | Do Not Admit | |