

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**PHILIPS-VAN HEUSEN CORP.,** : CIVIL ACTION NO. 1:CV-00-0665

    **Plaintiff** :

v. :

**MITSUI O.S.K. LINES LTD.,** *et al.*, :

    **Defendants** :



### ORDER

AND NOW, this 14th day of February, 2002, **IT IS HEREBY ORDERED THAT,** within thirty days of the date of receipt of the trial transcript in the captioned action, all counsel shall file proposed findings of fact and conclusions of law, both on paper and on disk.[1]  Post trial briefing is encouraged.  Defendants Maersk and Mitsui shall brief the issue of their entitlement to pursue a claim for attorney fees, post-trial, assuming they are entitled to claim attorney fees.

                                                         SYLVIA H. RAMBO
                                                         United States District Judge

Dated: February 14, 2002.

---

[1] Word Perfect format is preferred.