**ORIGINAL**

80
8-14-02
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIPS-VAN HEUSEN CORP.,** | **CIVIL ACTION NO. 1:CV-00-0665** |
| Plaintiff | |
| v. | FILED |
| **MITSUI O.S.K. LINES LTD.,** *et al.*, | HARRISBURG, PA |
| Defendants | AUG 14 2002 |
| | MARY E. D'ANDREA, CLERK |
| | Per _____ Deputy Clerk |

## O R D E R

In accordance with the accompanying findings of fact and conclusions of law, **IT IS HEREBY ORDERED THAT** the Clerk of Court shall:

(1) Enter judgment in favor of Plaintiff Philips-Van Heusen Corporation and against Defendant Mitsuit O.S.K. Lines Ltd. in the amount of $182,990.85;

(2) Enter judgment in favor of Philips-Van Heusen Corporation and against Defendant Dampskibssekskabet Af 1912 Aktieseskab and Aktieseskabet Dampskibssekskabet Svenborg in the amount of $81,835.39;

(3) Enter judgment in favor of Mitsui O.S.K. Lines Ltd. and against Third-Party Defendant Kellaway in the amount $182,990.85;

(4) Enter judgment in favor of Dampskibssekskabet Af 1912 Aktieseskab and Aktieseskabet Dampskibssekskabet Svenborg and against Kellaway in the amount of $81,835.39; and

(5) Close the case file

SYLVIA H. RAMBO
United States District Judge

Dated: August 14, 2002.

Certified from the record
Date 8-14-02
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk