AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

PHILIPS-VAN HEUSEN CORP.

v.

MITSUI O.S.K. LINES LTD., et al.

CASE NUMBER: 1:CV-00-0665

**FILED**
HARRISBURG, PA
AUG 1 4 2002
MARY E. D'ANDREA, CLERK
Per _____

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Plaintiff Philips-Van Heusen and against Defendant Mitsuit O.S.K. Lines Ltd in the amount of $182,990.85.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Plaintiff Philips-Van Heusen and against Defendant Dampskibssekskabet Af 1912 Aktieseskab and Aktieseskabet Dampskibssekskabet Svenborg in the amount of $81,835.39.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Mitsui O.S.K. Lines Ltd. and against 3rd-Party Defendant Kellaway in the amount $182,990.85.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Dampskibssekskabet Af 1912 Aktieseskab and Aktieseskabet Dampskibssekskabet Svenborg and against Kellaway in the amount of $81,835.39.

Date: AUGUST 14, 2002

Certified from the record
Date 8-14-02
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

Mary E. D'Andrea, Clerk of Court

(By) SHAWNA L. CIHAK, Deputy Clerk