IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**PHILIPS-VAN HEUSEN CORP.,** : CIVIL ACTION NO. 1:CV-00-0665

   **Plaintiff** :

v. :

**MITSUI O.S.K. LINES LTD.,** *et al.*, :

   **Defendants** :



FILED
AUG 2 0 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

**ORDER**

The background of this order is as follows: On August 14, 2002, the court issued an order *inter alia* directing the Clerk of Court to enter judgment in the captioned matter and to close the case file. It appears, however, that attorneys' fees may be available in this case. The court has not made a determination as to this issue. Accordingly, **IT IS HEREBY ORDERED THAT**:

(1) Paragraph (6) of the court's order of August 14, 2002 – which directed the Clerk of Court to close the case file is **VACATED**;

(2) The entry of judgment by the Clerk of Court is **STRICKEN**;

(3) The Clerk of Court is directed to **DEFER** the entry of judgment on the record until further order of court; and

(4) Any party wishing to petition the court for attorneys' fees must do so by filing a petition with supporting brief no later than September 4, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: August 20, 2002.