83
9/5/02

ORIGINAL
2 to cl

FILED
HARRISBURG, PA

SEP 0 4 2002

MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIPS-VAN HEUSEN CORP., | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | NO. 1:CV00-0665 |
| | : | |
| J.V.E. Co., Inc. | : | |
| (a/k/a Japan Vehicle Equipment Co., | : | (Judge Sylvia H. Rambo) |
| U.S.A., Inc.) | : | |
| | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| MITSUI O.S.K. LINES LTD., | : | |
| | : | |
| Defendant/Third-Party | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KELLAWAY INTERMODAL AND | : | |
| DISTRIBUTION SYSTEMS, INC., | : | |
| et al. | : | |
| | : | |
| Third-Party Defendants | : | |

0648445.01

**DEFENDANT MITSUI'S PETITION FOR ATTORNEY FEES AND REIMBURSEMENT OF COST WITH INCORPORATED MEMORANDUM OF LAW IN SUPPORT**

## I.    INTRODUCTION

Mitsui, by its attorneys, Rawle & Henderson, LLP, requests this Honorable Court to award for payment of attorney fees and costs in the amount of $66,809.36, and in support states as follows:

Mitsui seeks to enforce its right to a contractual defense and indemnity from Kellaway in the amount of any judgment against it including attorney's fees and costs incurred in defending Mitsui's case. Mitsui is entitled to a judgment against Kellaway for full indemnity and attorney's fees in this matter. The indemnity agreement at issue is clear and unequivocal and unquestionably applies in the instant case. The agreement was an enforceable contract and for the reasons more fully demonstrated below, and in the proposed findings of fact and conclusions of law accompanying the post-trial memorandum, Mitsui is entitled to judgment against Kellaway in the full amount of any judgment, plus interest, all costs to these proceedings and attorney's fees. Mitsui did not waive its right to attorney's fees and costs by failing to place into the record evidence of the fees.

## II.    STATEMENT OF RELEVANT FACTS

In May of 1999, plaintiff, Phillips-Van Heusen Corp. alleged that it

0648445.01

purchased 1,484 mens shirts from an Indonesian manufacturer on FOB terms. The goods were allegedly placed into shipping containers and delivered to defendant, Mitsui, for transportation to the United States and delivery to plaintiff at its facility in Reading, Pennsylvania. The two containers were loaded aboard the M/V APL GARNET in Singapore and discharged in Los Angeles pursuant to through bills of lading 460155893 and 460156264, dated May 16, 1999. The terms of the bills of lading for place of delivery, were Reading, Pennsylvania door. The containers were discharged at Los Angeles on June 5, 1999, and then railed across the country. Following their arrival at the rail head in Kearny, New Jersey, on June 13, 1999, the containers were trucked to the Kellaway terminal in Harrisburg, Pennsylvania, pending delivery to plaintiff.

The containers were sealed prior to delivery to Mitsui, and Mitsui also placed its own seal on the containers. There is no evidence that these seals were disturbed prior to the placement of the containers in the Kellaway terminal. Kellaway was a participant of the Uniform Intermodal Interchange Agreement and Facilities Access Agreement (UIIA) and its transportation and handling of the containers was subject to the agreement. Documentation with regard to customs clearance of the containers indicated that the Mitsui shipments were cleared on Thursday, June 16, 1999, and that notification was faxed to Kellaway at 1351 on that date. Notification

0648445.01

was also provided to GPS, the trucker regularly used to complete delivery, at 1353.

On Sunday, June 19, 1999, Kellaway reported the three containers stolen from the

Kellaway terminal.

One basis for liability as between Mitsui and Kellaway is controlled by the

Uniform Intermodal Interchange Agreement and Facilities Access Agreement

("Agreement"), an agreement in place defining duties and liabilities for intermodal

units.  Under the Agreement, Mitsui is a provider because it authorized delivery

and/or receipt of physical possession of its equipment with Kellaway, a motor

carrier, which was also a party to the Agreement.  In accordance with Section F of

the Agreement, Mitsui tendered the defensive of Mitsui in this matter to Kellaway.

Under Section F (4), Kellaway as the motor carrier is required to defend, hold

harmless and fully indemnify Mitsui against any and all claims, suits, loss, damage

or liability (including reasonable attorney's fees and costs) incurred in the

enforcement of the agreement, arising out of or related to Kellaway's performance

of the Agreement.  The tender was never accepted and the tender was entered into

evidence during the trial without objection and by Stipulation of counsel for Mitsui

and Kellaway.  Because the attorney's fees were ongoing, and indeed are still

continuing, Mitsui did not place its attorney's fees into evidence relying on this

Court's inherent power and discretion to rule on the fees after a decision on the

0648445.01

merits had been made. Attached hereto as Exhibit "1" are the attorney billing records of Rawle & Henderson for this matter and invoices for court reporting fees sent directly to the client for direct payment. The fees charged to the client for handling this matter are customary and reasonable as detailed in the Verification of Ann-Michele G. Higgins attached hereto with Exhibit "1"and they should be awarded in their entirety.

III.     LEGAL ARGUMENT

A.     Mitsui Is Entitled To Await A Decision Before Submitting Evidence of the Amount of Attorney's Fees.

In an admiralty case similar to the current action, the Third Circuit Court of Appeals, after ruling on an interlocutory admiralty decree, remanded the case back to the district court to decide the indemnification issues. SPM Corp. v. M/V MING MOON, 965 F.2d 1297 (3rd. Cir. 1992). The Third Circuit ruled that because the amount of Blue Anchor's reasonable attorney's fees had not been set, the extent of total liability, including indemnification, had not been determined and the district court's order was not final, even though the rights of the parties had been determined. The case was remanded to determine the indemnification issues. Here, as in the MING MOON case, there has not been a final order and the district court retains jurisdiction to resolve the issue of attorney's fees.

During the trial of this matter the tender of defense letter was entered into

0648445.01

-5-

evidence without objection.  Therefore, the right to contractual indemnity and attorney fees is properly before the court and more importantly Kellaway has had ample notice of it.  With regard to the issue of the exact amount of attorney fees to be awarded, it is proper for the court to accept affidavits or motions, with a hearing regarding the fees if disputed, to determine whether they are reasonable.  As for the timing of evidence of the fees, it would have been neither practical nor judicially economical for the Court to hear evidence with regard to the extent of fees, because the attorney's fees that Mitsui is entitled to are continuing and would have to be examined again in the future.  Additionally, experts are sometimes utilized when examining fees and none of the parties was prepared to retain and pay for experts concerning attorney's fees prior to a determination that such an exercise would be necessary.

In another similar case to the current action, Shearson argued that MidAmerica waived any right to an attorney's fees award by failing to present evidence of the fees to the jury.  MidAmerica v. Shearson, 962 F.2d 1470 (10th Cir. 1992).  The court explained that "this argument of course turns on whether the § 408 attorneys' fees award is a jury question." Shearson argued that it is a jury question because it is listed as an element of substantive damages in the statute. See supra note 4, § 408(a)(2) (emphasized). The court explained that the Ninth Circuit,

addressing this argument in the context of an identical Idaho statute, held that [t]he mere inclusion of reasonable attorneys' fees in [the statute] as an item of recovery does not mean that the subject of attorneys' fees should have been submitted to the jury as a question at law." The allowance and amount of attorneys' fees is not a jury question, but is within the sound discretion of the trial judge. Id. citing, Hatrock v. Edward D. Jones & Co., 750 F.2d 767, 776 (9th Cir. 1984) (interpreting Idaho Code § 30-1446). The court agreed with the Ninth Circuit's interpretation, and found no authority to indicate that the Oklahoma Supreme Court would interpret § 408 differently. The court stated, "by reciting items of recovery on directed verdict the court did nothing more than paraphrase the statute. Accordingly, we find no waiver." However, even with the distinction that this is a contractual indemnity claim as opposed to a statutory claim, the standard is the same. McGuire v. Russell Miller, Inc., 1 F.3d 1306 (2d Cir.1993). In jury cases, the issue of indemnity is for the jury, and if there is to be such a recovery, the judge decides the reasonable amount, post verdict. Such a ruling avoids the prejudice that Kellaway claims would result if it had not yet hired an expert on the issue. Further, it avoids the impractical possibility that multiple exhibits regarding ongoing fees would need to be submitted.

The determination of the award of attorney's fees in this case is within the

0648445.01

sound discretion of the trial judge.  Up until the time of a final judgment where all

of the issues are decided, the trial judge can decide the issue of the quantum of

attorney fees at her own discretion including having an additional hearing on the

issue.

> **B.**    **The Indemnity Agreement is Aleatory and Not Applicable Until the Underlying Case is Resolved.**

Obligations of indemnity, contribution and defense are aleatory and do not

actually arise or become an obligation until the party who is claiming such rights is

found liable for the underlying claim.  In a maritime case that addressed an insurer's

obligation to indemnity and duty to defend, the court held that they were not

attachable.  Robinson v. Shearer & Sons, Inc., 429 F.2d 83, 85 (3rd Cir. 1970).  In

Robinson, the plaintiff alleged that an insurer's obligation to indemnity and duty to

defend was attachable under Rule B(1) of the Supplemental Rules for Certain

Admiralty and Maritime Claims.  Id.  The Robinson court first determined that the

obligation to indemnify is not a "debt" as applicable to the rule.  The court

explained that "historically attachable property fell within one of two categories.  It

was either tangible property of a defendant capable of being seized and sold in

satisfaction of a judgment or it was a contractual liability owing from the garnishee

to the defendant which, at the time of attachment, could have supported a present or

future action by the defendant against the garnishee." Id. The court held that

because an indemnification agreement is aleatory and thus may never become

absolute, it concluded that it is not a debt subject to federal attachment prior to the

actual determination that the insured is liable and the policy terms cover his

liability. Id. at 85. Similarly if this court determines that Mitsui is entitled to

indemnity and attorney's fees, at that time the issues of indemnity and attorney's

fees would become an obligation. Of course as a matter of judicial economy and to

avoid having duplicative proceedings with regard to the same issues it has become

common for courts to address both issues at the same time. However, in no way

could Mitsui have waived the claim for attorney fees by not placing into evidence

the exact amount of fees it is seeking. This court should allow additional evidence

at the time of deciding the issues on the attorney's fees by way of Affidavit and/or

Motion.

      C.    The Indemnity Agreement is Valid Under Pennsylvania Law.

      The test used to determine the enforceability of an indemnity clause is

as follows:

> First, the clause must not contravene public policy.
> Second, the contract must relate solely to the private
> affairs of contracting parties and not include a matter of
> public interest. Third, each party must be a free
> bargaining agent. In addition, an . . . indemnity clause
> will still not be enforced unless it is clear that the

> beneficiary of the clause is being relieved of liability only
> for his/her own acts of negligence.  The clause must be
> construed strictly and the contract must state the intention
> of the parties with the greatest particularity.  Furthermore,
> any ambiguity must be construed against the party
> seeking immunity, and that party also has the burden of
> proving each of the prerequisites of enforcement.

Valhal Corp. v. Sullivan Assoc., Inc., 44 F.3d 195, 202 (3d Cir. 1995) citing Topp Copy Products, Inc. v. Singletary, 626 A.2d 98 (Pa. 1993).  Generally, indemnity provisions such as the one involved herein are disfavored, and therefore must meet the above requirements in order to be enforceable.  See Valhal Corp. at 202.

Here, it is unlikely that the clause contravenes public policy.  "[I]ndemnity provisions of this type . . . are frequently relied upon by the parties as a means of allocating the responsibility of obtaining insurance.  Thus, they purportedly serve a reasonable business purpose."  Egan v. Atlantic Richfield Co., 566 A.2d 1249, 1252 (Pa.Super. 1989).  Also, the Contract relates to the private affairs of the parties.  Further, the Contract likely does not include a matter of public interest.

Insofar as the third requirement is concerned, "[c]ontracts of adhesion involve agreements between parties who are not of equal bargaining power."  Egan at 1252.  "The commercial or individual status of the parties is significant in determining whether the court will find a contract of adhesion."  Id. citing Bank Towers Communications, Ltd. v. Home Ins. Co., 590 F.Supp. 1038 (E.D. Pa.

0648445.01

-10-

1984).  "Another factor of significance is awareness on the part of the assertedly weaker party of the contract's specific terms."  Id. citing Bishop v. Washington, 480 A.2d 1088 (Pa.Super. 1984).

However, "[m]ere unequal bargaining power between contracting parties does not render their contracts unconscionable." Stanley A. Klopp, Inc. v. John Deere Co., 510 F.Supp. 807, 811 (E.D.Pa. 1981) citing Phillips Machinery Co. v. LeBlond, Inc., 494 F.Supp. 318 (N.D.Okla. 1980).  "Nor is negotiation necessary between parties."  Id.  In determining whether a clause in a contract is unconscionable, "[t]he basic test is whether, in the light of the general commercial background and the commercial needs of the particular trade or case, the clauses involved are so one-sided as to be unconscionable under the circumstances existing at the time of the making of the contract." Metalized Ceramics for Electronics, Inc. v. National Ammonia Co., 663 A.2d 762, 764 (Pa.Super. 1995).  "[A] contract or a clause in a contract is to be considered unconscionable if there is 'an absence of meaningful choice on the part of one of the parties together with contract terms which are unreasonably favorable to the other." Id. at 764-5 (citations omitted).  "A number of courts have recognized that, although it is possible, rarely will a commercial contract or term be found to be unconscionable." Stanley A. Klopp, Inc. at 810.  In this case, Kellaway's COO has testified as to the mutual benefits of

0648445.01

the UIIA on carriers and truckers.

III.    <u>CONCLUSION</u>

Based on the unchallenged evidence of record and unequivocal statement of the law, Mitsui is entitled to judgment in its favor that Kellaway had a duty to defend and indemnify which it failed to acknowledge. Additionally, it is within the sound discretion of the trial court to accept by attorney verification and supporting records the amount of attorney fees once a judgment has been entered. Attorney fees and costs should be awarded in the amount of $66,809.36.

Respectfully submitted,

RAWLE & HENDERSON LLP

By:   _____
Ann-Michele G. Higgins
Charles W. McCammon
Attorneys for defendant/third party plaintiff
Mitsui O.S.K. Lines, Ltd.
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4000

0648445.01

-12-

## VERIFICATION

I, Ann-Michele G. Higgins, Esquire, hereby verify that the following facts are true and correct to the best of my knowledge, information and belief:

1.      I am a trial attorney of extensive background and have been admitted to the practice of law before the Supreme Court of Pennsylvania since 1992.  I am also admitted to practice before the Supreme Court of New Jersey.

2.      Cases involving commercial admiralty and maritime claims comprise over 95% of my caseload.

3.      I have served as a trial attorney in admiralty and maritime cases extensively in federal courts, including the United States District Court for the Eastern  Districts of Pennsylvania, United States District Courts for the District of New Jersey, and the United States District Court for the Southern District of New York.

4.      The representation of this matter was originally managed by David P. Thompson, a partner at Rawle & Henderson with similar maritime expertise.  Assisting Mr. Thompson were several associates working in the transportation department.

5.      In August of 2001, Mr. Thompson departed Rawle & Henderson and the future management of this file was assigned to me at the request of the client.  Mr. Charles W. McCammon was also assigned to work on this matter just prior to Mr. Thomspon's departure based on the admiralty and maritime issues involved.

6.      Mr. McCammon has served as an associate in the admiralty and maritime department of Rawle & Henderson since 1999, limiting his practice almost exclusively during

0712158.01

this period to the prosecution and defense of claims relating to admiralty and maritime matters. He has been responsible for all phases of those representations from initiation to conclusion, albeit (as in the present matter) I am usually responsible for final presentation of cases tried to a court and jury in larger matters.

7.    During the majority of the litigation, my hourly rate charged to non-contingent clients remained at $175.00 per hour.  Mr. McCammon's rate charged to non-contingent fee clients was $150.00 for most admiralty and maritime matters.

8.    Throughout the action, the plaintiff and co-defendant herein seriously contested each issue.  Additionally, extensive discovery took place prior to the trial.

9.    As a consequence of the degree of that adversariality, counsel has had to extensively research, draft and prepare for each step of this action in a manner not always accorded admiralty and maritime claims.

10.    The number of hours spent on this action was reflective of the number of issues raised and the importance of protecting the substantial verdict rendered upon the trial.  The number of hours spent on the present action is consistent with time spent by my office in similar circumstances where clients were directly billed and the firm was paid for its time.

11.    The number of hours expended by counsel on this action as reflected in the schedules attached as Exhibit "1" was reasonable and necessary to the prosecution of this action and no billing was engaged in which was repetitious or unreasonable in light of the circumstances presented.

12.    Attorney fees and costs associated with defending this matter total $66,809.36.

0712158.01

2

13.     No billing was made for clerical work performed by secretarial personnel, and all work done was reflective of the fact that counsel's firm concentrates its practice in the area of litigation.  The recording of hours spent on this claim was done in strict accordance with office policy and contemporaneous with the actual time spent on daily time records.

14.     All work appropriate to his experience was passed to Charles W. McCammon, Esquire, who has lower hourly rates than myself.

15.     The billing rates utilized in calculating the requested fees are the rates which counsel normally bills for legal services and have received payment in accordance therewith. My office communicates these rates to our clients, and bills and collects fees on the basis of these rates for hundreds of hours spent by each lawyer in rendering transactional advice and litigation services.  Our billing is completely computerized, and each client account is reviewed by staff and attorneys each month for accuracy and relationship to each hour spent.

16.     I understand that the statements in this Verification are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

_____

Ann-Michele G. Higgins, Esquire

0712158.01

3

## ATTORNEY FEE BILLING SCHEDULE

| | | |
|---|---|---|
| Unbilled to Date | $ 6,575.02 | Exhibit "A" |
| July 25, 2002 | $17,978.09 | Exhibit "B" |
| April 4, 2002 | $15,392.72 | Exhibit "C" |
| March 6, 2002 | $11,265.82 | Exhibit "D" |
| January 11, 2002 | $ 6,122.41 | Exhibit "E" |
| October 31, 2002 | $ 5,518.61 | Exhibit "F" |
| April 16, 2002 | $ 1,901.44 | Exhibit "G" |
| September 26, 2002 | $    909.45 | Exhibit "H" |
| | | |
| Total | $65,663.56 | |

## CLIENT'S DIRECT PAYMENTS

| | | |
|---|---|---|
| Royal Court Reporting 12/26/01 | $   581.35 | Exhibit "I" |
| Royal Court Reporting 10/19/01 | $   564.45 | Exhibit "J" |
| | | |
| Total | $ 1,145.80 | |
| | | |
| Grand Total | $66,809.36 | |

0712414.01

P L E A S E   N O T E :   A L L   A P P● C A B L E   R E S P O N S E S   M U S T ●   C O M P L E T E D .   O T H E R W I S E

T H E   B I L L   A N D   D B R   W I L L   B E   R E T U R N E D   T O   Y O U   U N P R O C E S S E D ! ! !

A

**************************************************************************************************

Rawle & Henderson

BILL. ATTORNEY: 0565 Ann-Michele Higgins       DETAILED BILLING REPORT        AS OF AUGUST 31, 2002        PAGE  1

CLIENT 006135      THOMAS MILLER (AMERICAS) INC.              ADDRESS: Mel Patterson
MATTER 435168      M/V APL GARNET                                      Thomas Miller (Americas), Inc.
                                                                       505 Montgomery Street
    YOUR FILE #: M/V APL GARNET VOYAGE 1/E 6/18-19/99                  San Francisco, CA  94111-5401

       CLAIM #: 99/013232

  )- - - F E E   B I L L I N G - - -

                                                    SALUTATION: Mr. Patterson

DO YOU WANT TO:  (CHECK ONE OF THE FOLLOWING)

   ___  BILL ALL THE TIME ON DBR  ...................................................... AMOUNT $ _____

   ___  BILL ALL THE TIME THRU _____/_____/_____ ................................... AMOUNT $ _____

DO YOU WANT TO APPLY PREVIOUS FEE RETAINER? IF YES, HOW MUCH? ...................... AMOUNT $(_____)

DO YOU WANT TO WRITE-OFF TIME ENTRIES?   ALL ___ SOME ___  (INDICATE INDIVIDUAL ENTRIES ON DBR)

DO YOU WANT TO TRANSFER ANY TIME ENTRIES? IF YES, INDICATE CLIENT/MATTER NUMBERS ON INDIVIDUAL ENTRIES ON DBR.

  )- - - D I S B U R S E M E N T   B I L L I N G - - -

DO YOU WANT TO:  (CHECK ONE OF THE FOLLOWING)

   ___  BILL DISBURSEMENTS FOR EXACT VALUE ON DBR .................................... AMOUNT $ _____

   ___  BILL PORTION OF DISBURSEMENTS ON DBR (IF YES, COMPLETE BELOW) ................ AMOUNT $ _____

FOR UNBILLED DISBURSEMENTS REMAINING, DO YOU WANT TO:

   ___  WRITE-OFF (INDICATE INDIVIDUAL ITEMS ON DBR) ........ AMOUNT $ _____

   ___  CARRYFORWARD (INDICATE INDIVIDUAL ITEMS ON DBR)...... AMOUNT $ _____

   ___  TRANSFER (INDICATE CLIENT/MATTERS OF ITEMS ON DBR)... AMOUNT $ _____

DO YOU WANT TO APPLY PREVIOUS DISB. RETAINER?  IF YES, HOW MUCH? .................... AMOUNT $(_____)

   *TOTAL FEES & DISBURSEMENTS THIS MATTER ONLY ............................................................ AMOUNT $

                                                                                        ===============

```
BILLING ATTORNEY:0565 Ann-Michele Higgins        Rawle & Henderson        (RUN 09/03/02 02:58pm)
                                             DETAILED BILLING REPORT       THRU AUGUST 31, 2002        PAGE    2
                                               IMAGE NUMBER: 85797
```

```
========================================================================================================
CLIENT 006135     THOMAS MILLER (AMERICAS) INC.          LAST DATE BILLED 06/25/02      FEES and DISBURSEMENTS
MATTER 435168     M/V APL GARNET                         DATE BILLED THRU 04/08/02
========================================================================================================
```

| SEQUENCE | DATE | ***PROFESSIONAL SERVICES*** | ---HOURS WORKED--- | | TIMEKEEPER | ----TIME VALUE---- | |
|---|---|---|---|---|---|---|---|
| | | | AGREED | REVISED | ACTUAL  RVSD | AGREED | REVISED |
| 2829144 | 04/08/02 | PREPARED FINDINGS OF FACT AND CONCLUSIONS OF LAW. | 5.0 | NP | 0565AMH | 825.00 | 0.00 |
| 2795113 | 04/09/02 | CONFERENCE WITH AMH REGARDING MEMORANDUM ON ATTORNEYS | 0.4 | | 0708CWM | 60.00 | |
| | | FEES; REVISIONS TO MEMORANDUM REGARDING SAME. | | | | | |
| 2830294 | 04/09/02 | CORRESPONDENCE WITH CLIENT. PREPARED FINDINGS OF FACT AND | 5.2 | | 0565AMH | 858.00 | |
| | | CONCLUSIONS OF LAW. | | | | | |
| 2801514 | 04/10/02 | POST-TRIAL PLEADINGS; TELEPHONE CONFERENCES WITH OPPOSING | 8.5 | 5.5 | 0565AMH | 1,402.50 | 907.50 |
| | | COUNSEL (PLAINTIFF AND KELLAWAY) REGARDING CASE LAW FOR | | | | | |
| | | BRIEF | | | | | |
| 2830230 | 04/11/02 | FILED BRIEF AND PREPARED FINDINGS OF FACT AND CONCLUSIONS | 1.5 | | 0565AMH | 247.50 | |
| | | OF LAW WITH COURT. | | | | | |
| L2831255 | 04/12/02 | RECEIVED AND REVIEWED CORRESPONDENCE FROM OPPOSING | 1.0 | | 0565AMH | 165.00 | |
| | | COUNSEL (PLAINTIFF AND MAERSK) ENCLOSING FINDINGS OF FACT | | | | | |
| | | AND CONCLUSIONS OF LAW. | | | | | |
| L2831013 | 04/17/02 | DRAFTED STATUS REPORT TO CLIENT REGARDING FINDINGS OF | 0.7 | | 0565AMH | 115.50 | |
| | | FACT AND CONCLUSIONS OF LAW. REVIEWED KELLAWAY FINDINGS | | | | | |
| | | OF FACT AND CONCLUSIONS OF LAW. | | | | | |
| 2864554 | 05/16/02 | PREPARED AND SENT STATUS REPORT TO CLIENT | 1.3 | | 0565AMH | 214.50 | |
| L2942640 | 06/26/02 | RECEIVED AND REVIEWED CORRESPONDENCE FROM OPPOSING | 0.1 | | 0565AMH | 16.50 | |
| | | COUNSEL ENCLOSING CORRESPONDENCE TO JUDGE AND RECENT | | | | | |
| | | CASE. CORRESPONDENCE TO CHICAGO COUNSEL. | | | | | |
| 2943168 | 07/11/02 | FINALIZED AND SENT STATUS REPORT TO CLIENT. | 0.6 | | 0565AMH | 99.00 | |
| 2979304 | 08/16/02 | RECEIVED AND REVIEWED OPINION FROM COURT PREVAILING AT | 2.5 | | 0565AMH | 412.50 | |
| | | TRIAL; TELEPHONE CONFERENCE WITH MR. HARTMANN; TELEPHONE | | | | | |
| | | CONFERENCE WITH CLUB; PREPARED AND SENT STATUS REPORT TO | | | | | |

Rawle & Henderson
DETAILED BILLING REPORT
IMAGE NUMBER: 85797

(RUN  09/03/02  02:58pm)
THRU  AUGUST 31, 2002        PAGE     3

```
========================================================================================================
CLIENT 006135     THOMAS MILLER (AMERICAS) INC.          LAST DATE BILLED 06/25/02      FEES and DISBURSEMENTS
MATTER 435168     M/V APL GARNET                         DATE BILLED THRU 04/08/02
========================================================================================================
```

| SEQUENCE | DATE | ***PROFESSIONAL SERVICES*** | ---HOURS WORKED--- | | TIMEKEEPER | ----TIME VALUE---- | |
|---|---|---|---|---|---|---|---|
| | | | AGREED | REVISED | ACTUAL RVSD | AGREED | REVISED |
| | | CLIENT | | | | | |
| 2979917 | 08/20/02 | CONDUCTED LEGAL RESEARCH AND ANALYSIS REGARDING MOTION | 5.5 | | 0565AMH | 907.50 | |
| | | FOR FEES; TELEPHONE CONFERENCES WITH CLERK FOR JUDGE; | | | | | |
| | | RECEIVED AND REVIEWED ORDER; PREPARED AND SENT STATUS | | | | | |
| | | REPORT TO CLIENT | | | | | |
| 2978665 | 08/21/02 | FORWARDED COURT ORDER TO CLUB | 0.1 | | 0565AMH | 16.50 | |
| 2972252 | 08/27/02 | ORGANIZE AND WORK ON PUTTING TOGETHER CLAIM FOR ATTORNEY | 1.8 | | 0708CWM | 270.00 | |
| | | FEES; DRAFT VERIFICATION FOR AMH. | | | | | |
| 2973397 | 08/28/02 | REVIEW CORRESPONDENCE TO PULL BILLS TO CLIENT FOR USE AS | 1.2 | | 0708CWM | 180.00 | |
| | | EXHIBIT CONCERNING ATTORNEY FEES. | | | | | |
| | | *TIME VALUE TOTAL* | 35.4 | 27.4 | | 5,790.00 | 4,470.00 |

***DISBURSEMENTS***

| SEQUENCE | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | REVISED |
|---|---|---|---|---|---|---|---|---|
| 1957224 | 04/09/02 | | 16 | C04160 | AMH | DUPLICATING IN-OFFICE Copies: 17 | 4.25 | |
| | | | | | 2 | | | |
| 1957231 | 04/09/02 | | 16 | C04160 | AMH | DUPLICATING IN-OFFICE Copies: 28 | 7.00 | |
| | | | | | 2 | | | |
| 1957225 | 04/11/02 | | 16 | C04160 | AMH | DUPLICATING IN-OFFICE Copies: 93 | 23.25 | |
| | | | | | 2 | | | |
| 1957226 | 04/11/02 | | 16 | C04160 | AMH | DUPLICATING IN-OFFICE Copies: 79 | 19.75 | |
| | | | | | 2 | | | |
| 1957227 | 04/11/02 | | 16 | C04160 | AMH | DUPLICATING IN-OFFICE Copies: 104 | 26.00 | |
| | | | | | 2 | | | |

BILLING ATTORNEY:0565 Ann-Michele Higgins          Rawle & Henderson          (RUN  09/03/02  02:58pm)
                                          DETAILED BILLING REPORT          THRU  AUGUST 31, 2002          PAGE    4
                                            IMAGE NUMBER: 85797

========================================================================================================
CLIENT 006135     THOMAS MILLER (AMERICAS) INC.              LAST DATE BILLED 06/25/02          FEES and DISBURSEMENTS
MATTER 435168     M/V APL GARNET                             DATE BILLED THRU 04/08/02
========================================================================================================


                              ***DISBURSEMENTS***

| SEQUENCE | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | REVISED |
|----------|------|---------|------|--------|------|--|--------|---------|
| 1957229 | 04/11/02 | | 16 | C04160 | AMH | DUPLICATING IN-OFFICE Copies: 12 | 3.00 | |
| | | | | | 2 | | | |
| 1957228 | 04/12/02 | | 16 | C04160 | AMH | DUPLICATING IN-OFFICE Copies: 2 | 0.50 | |
| | | | | | 2 | | | |
| 1957230 | 04/12/02 | | 16 | C04160 | AMH | DUPLICATING IN-OFFICE Copies: 19 | 4.75 | |
| | | | | | 2 | | | |
| 1957232 | 04/12/02 | | 16 | C04160 | AMH | DUPLICATING IN-OFFICE Copies: 2 | 0.50 | |
| | | | | | 2 | | | |
| 1979503 | 05/09/02 | | 16 | C05130 | AMH | DUPLICATING IN-OFFICE Copies: 135 | 33.75 | |
| | | | | | 2 | | | |
| 1984470 | 05/16/02 | | 16 | C05200 | AMH | DUPLICATING IN-OFFICE Copies: 35 | 8.75 | |
| | | | | | 2 | | | |
| 2030930 | 07/11/02 | | 16 | C07150 | AMH | DUPLICATING IN-OFFICE Copies: 9 | 2.25 | |
| | | | | | 2 | | | |
| 2048856 | 07/25/02 | | 16 | T07310 | AMH | DUPLICATING IN-OFFICE Copies: 12 | 3.00 | |
| | | | | | 2 | | | |
| 2062664 | 08/16/02 | | 16 | C08200 | AMH | DUPLICATING IN-OFFICE Copies: 68 | 17.00 | |
| | | | | | 2 | | | |
| 2062665 | 08/16/02 | | 16 | C08200 | AMH | DUPLICATING IN-OFFICE Copies: 33 | 8.25 | |
| | | | | | 2 | | | |
| 2066880 | 08/16/02 | | 16 | C08180 | AMH | DUPLICATING IN-OFFICE Copies: 68 | 17.00 | |
| | | | | | 2 | | | |
| 2066881 | 08/16/02 | | 16 | C08180 | AMH | DUPLICATING IN-OFFICE Copies: 33 | 8.25 | |
| | | | | | 2 | | | |

BILLING ATTORNEY:0565 Ann-Michele Higgins     Rawle & Henderson     (RUN  09/03/02  02:58pm)
                                              DETAILED BILLING REPORT     THRU  AUGUST 31, 2002          PAGE    5
                                              IMAGE NUMBER: 85797

===========================================================================================================================
CLIENT 006135     THOMAS MILLER (AMERICAS) INC.          LAST DATE BILLED 06/25/02          FEES and DISBURSEMENTS
MATTER 435168     M/V APL GARNET                         DATE BILLED THRU 04/08/02
===========================================================================================================================


                              ***DISBURSEMENTS***

| SEQUENCE | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | REVISED |
|----------|------|---------|------|--------|------|--|--------|---------|
| 2069757 | 08/20/02 | | 16 | C08250 | AMH | DUPLICATING IN-OFFICE Copies: 32 | 8.00 | |
| | | | | | | 2 | | |
| 2069758 | 08/22/02 | | 16 | C08250 | AMH | DUPLICATING IN-OFFICE Copies: 27 | 6.75 | |
| | | | | | | 2 | | |
| | | | | | | *TYPE TOTAL*   DUPLICATING IN-OFFICE | 202.00 | |
| 1952759 | 04/09/02 | | 27 | ph0409 | AMH | POSTAGE/SHIPPING | 0.57 | |
| | | | | | | P | | |
| 1952770 | 04/09/02 | | 27 | ph0409 | CDB | POSTAGE/SHIPPING | 0.34 | |
| | | | | | | P | | |
| 1952919 | 04/09/02 | | 27 | ph0409 | CDB | POSTAGE/SHIPPING | 0.34 | |
| | | | | | | P | | |
| 1953647 | 04/11/02 | | 27 | ph0411 | AMH | POSTAGE/SHIPPING | 1.72 | |
| | | | | | | P | | |
| 1953648 | 04/11/02 | | 27 | ph0411 | AMH | POSTAGE/SHIPPING | 1.72 | |
| | | | | | | P | | |
| 1953649 | 04/11/02 | | 27 | ph0411 | AMH | POSTAGE/SHIPPING | 1.72 | |
| | | | | | | P | | |
| 1953652 | 04/11/02 | | 27 | ph0411 | AMH | POSTAGE/SHIPPING | 1.95 | |
| | | | | | | P | | |
| 1954507 | 04/12/02 | | 27 | ph0412 | AMH | POSTAGE/SHIPPING | 0.57 | |
| | | | | | | P | | |
| 1982838 | 05/16/02 | | 27 | ph0516 | AMH | POSTAGE/SHIPPING | 1.49 | |
| | | | | | | P | | |

```
                                        Rawle & Henderson         ●(RUN  09/03/02  02:58pm)
BILLING ATTORNEY:0565 Ann-Michele Higgins  DETAILED BILLING REPORT   THRU  AUGUST 31, 2002      PAGE    6
                                        IMAGE NUMBER: 85797
```

```
=================================================================================================
CLIENT 006135    THOMAS MILLER (AMERICAS) INC.          LAST DATE BILLED 06/25/02      FEES and DISBURSEMENTS
MATTER 435168    M/V APL GARNET                         DATE BILLED THRU 04/08/02
=================================================================================================
```

                                ***DISBURSEMENTS***

| SEQUENCE | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | REVISED |
|----------|------|---------|------|--------|------|--|--------|---------|
| 1982839 | 05/16/02 | | 27 | ph0516 | AMH | POSTAGE/SHIPPING | 1.49 | |
| | | | | P | | | | |
| 1922602 | 06/07/02 | | 27 | ph0607 | AMH | POSTAGE/SHIPPING | 0.57 | |
| | | | | P | | | | |
| 2040078 | 07/25/02 | | 27 | ph0725 | AMH | POSTAGE/SHIPPING | 0.60 | |
| | | | | P | | | | |
| | | | | | | *TYPE TOTAL*   POSTAGE/SHIPPING | 13.08 | |
| 2063883 | 08/16/02 | | 34 | C08200 | AMH | FACSIMILE Pages: 4 | 6.00 | |
| | | | | 2 | | | | |
| 2063884 | 08/16/02 | | 34 | C08200 | AMH | FACSIMILE Pages: 4 | 6.00 | |
| | | | | 2 | | | | |
| 2067761 | 08/16/02 | | 34 | C08180 | AMH | FACSIMILE Pages: 4 | 6.00 | |
| | | | | 2 | | | | |
| 2067762 | 08/16/02 | | 34 | C08180 | AMH | FACSIMILE Pages: 4 | 6.00 | |
| | | | | 2 | | | | |
| 2071754 | 08/20/02 | | 34 | C08250 | AMH | FACSIMILE Pages: 3 | 4.50 | |
| | | | | 2 | | | | |
| 2071757 | 08/20/02 | | 34 | C08250 | AMH | FACSIMILE Pages: 3 | 4.50 | |
| | | | | 2 | | | | |
| 2071755 | 08/21/02 | | 34 | C08250 | AMH | FACSIMILE Pages: 3 | 4.50 | |
| | | | | 2 | | | | |
| 2071756 | 08/21/02 | | 34 | C08250 | AMH | FACSIMILE Pages: 3 | 4.50 | |
| | | | | 2 | | | | |
| | | | | | | *TYPE TOTAL*   FACSIMILE | 42.00 | |

```
BILLING ATTORNEY:0565 Ann-Michele Higgi          ● (RUN  09/03/02  02:58pm)
                                     Rawle & Henderson    ●
                                  DETAILED BILLING REPORT       THRU  AUGUST 31, 2002      PAGE     7
                                    IMAGE NUMBER: 85797
========================================================================================================
CLIENT 006135     THOMAS MILLER (AMERICAS) INC.          LAST DATE BILLED 06/25/02        FEES and DISBURSEMENTS
MATTER 435168     M/V APL GARNET                         DATE BILLED THRU 04/08/02
========================================================================================================
```

                              ***DISBURSEMENTS***

| SEQUENCE | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | REVISED |
|----------|------|---------|------|--------|------|--|--------|---------|
| L1978737 | 04/10/02 | | 35 | T04300 2 | AMH | LONG DISTANCE | 0.72 | |
| 1971156 | 04/11/02 | | 35 | T04300 2 | AMH | LONG DISTANCE | 1.03 | |
| 1971155 | 04/12/02 | | 35 | T04300 2 | AMH | LONG DISTANCE | 0.72 | |
| 1971154 | 04/18/02 | | 35 | T04300 2 | AMH | LONG DISTANCE | 1.64 | |
| 2070377 | 08/16/02 | | 35 | T08250 2 | AMH | LONG DISTANCE | 3.29 | |
| 2070378 | 08/20/02 | | 35 | T08250 2 | AMH | LONG DISTANCE | 0.54 | |
| | | | | | | *TYPE TOTAL*   LONG DISTANCE | 7.94 | |
| 1896260 | 02/05/02 | 53098 | 40 | C2502 | AMH | MISCELLANEOUS EXPENSES 1001 CASH M/V APL GARNET #435168 1/15/02 | 100.00 | |
| 1902575 | 02/12/02 | 53402 | 40 | C21202 | AMH | MISCELLANEOUS EXPENSES 1001 CASH AMH ADVANCE M/V APL GARNET 2/8/02 | 100.00 | |
| | | | | | | *TYPE TOTAL*   MISCELLANEOUS EXPENSES | 200.00 | |
| | | | | | | *TOTAL DISBURSEMENTS* | 465.02 | |

```
                                       Rawle & Henderson              (RUN  09/03/02  02:58pm)
  BILLING ATTORNEY:0565 Ann-Michele Higgins       DETAILED BILLING REPORT         THRU  AUGUST 31, 2002        PAGE      8
                                       IMAGE NUMBER: 85797
```

========================================================================================================================

```
CLIENT 006135     THOMAS MILLER (AMERICAS) INC.              LAST DATE BILLED 06/25/02          FEES and DISBURSEMENTS
MATTER 435168     M/V APL GARNET                             DATE BILLED THRU 04/08/02
```

========================================================================================================================

```
--------------- DISBURSEMENT SUMMARY ------------------     --------------------- TIMEKEEPER SUMMARY -------------------------
                                                                      ----------AGREED--------     ----------REVISED--------     LAST
CODE DESCRIPTION                   AMOUNT    REVISED     TIMEKEEPER   RATE   HOURS      VALUE      RATE   HOURS     VALUE      ENTRY
---- ----------------------------  ------    --------    ----------   ----   -----      -----      ----   -----     -----      ------
16   DUPLICATING IN-OFFICE         202.00                0565(P) AMH  125.00  32.0    5,600.00              24.0    3,960.00   082102
27   POSTAGE/SHIPPING               13.08                0708(A) CWM  150.00   3.4      510.00                                 082802
34   FACSIMILE                      42.00
35   LONG DISTANCE                   7.94
40   MISCELLANEOUS EXPENSES        200.00
                                 --------- ---------                                 ----------                    ----------
     TOTAL DISBURSEMENTS          465.02    465.02       FEES VALUE                  6,110.00                      4,470.00
                                                         LESS CASH RETAINER              0.00
                                                         LESS BILLED RETAINER            0.00
                                                         TOTAL FEES                  6,110.00

           **  TOTAL FEES & DISBURSEMENTS                6,575.02  **
```

(Handwritten annotations: rate "125.00" over 0565(P) AMH; value "5,600.00"; "6,110.00" over FEES VALUE; "6,110.00" over TOTAL FEES; "6,575.02" over TOTAL FEES & DISBURSEMENTS)

========================================================================================================================

```
                                         * BILLING & PAYMENT HISTORY ***
--------------------------------------------------------------------------------------------------------------------------
   INVOICE # --DATE--    FEE AMOUNT   DISB AMOUNT   FEE RECEIVED  DISB RECEIVED   ADJUSTMENTS    ON ACCOUNT   CURR BALANCE
--------------------------------------------------------------------------------------------------------------------------

    0009651 09/22/00        954.00        36.45         954.00         36.45          0.00          0.00          0.00
    0011525 11/22/00        669.00       235.10         669.00        235.10          0.00          0.00          0.00
   --------------------------------------------------------------------------------------------------------------------
    2000 - YTD TOTALS     1,623.00       271.55       1,623.00        271.55          0.00          0.00          0.00

    0102670 02/23/01      2,301.00       270.37       2,301.00        270.37          0.00          0.00          0.00
    0104605 04/16/01      1,741.50       159.94       1,741.50        159.94          0.00          0.00          0.00
    0108396 08/09/01        954.00        36.45         954.00         36.45          0.00          0.00          0.00
    0108397 08/09/01        669.00       235.10         669.00        235.10          0.00          0.00          0.00
    0108398 08/09/01      2,301.00       270.37       2,301.00        270.37          0.00          0.00          0.00
    0108399 08/09/01      1,741.50       159.94       1,741.50        159.94          0.00          0.00          0.00
    274-RNST 08/09/01       -954.00       -36.45        -954.00        -36.45          0.00          0.00          0.00
    275-RNST 08/09/01       -669.00      -235.10        -669.00       -235.10          0.00          0.00          0.00
    276-RNST 08/09/01     -2,301.00      -270.37      -2,301.00       -270.37          0.00          0.00          0.00
    277-RNST 08/09/01     -1,741.50      -159.94      -1,741.50       -159.94          0.00          0.00          0.00
    0110289 10/10/01      4,905.00       613.61       4,905.00        613.61          0.00          0.00          0.00
    0110861 10/31/01      5,692.50        66.91       5,692.50         66.91          0.00          0.00          0.00
    0112820 12/20/01      6,055.50        66.91       6,055.50         66.91          0.00          0.00          0.00
    509-RNST 12/20/01    -5,692.50       -66.91      -5,692.50        -66.91          0.00          0.00          0.00
```

```
BILLING ATTORNEY:0565 Ann-Michele Higgin              Rawle & Henderson              (RUN  09/03/02  02:58pm)
                                                      FILE DETAIL REPORT             THRU  AUGUST 31, 2002      PAGE    9
=====================================================================================================================
CLIENT 006135      THOMAS MILLER (AMERICAS) INC.
MATTER 435168      M/V APL GARNET
=====================================================================================================================
```

### * BILLING & PAYMENT HISTORY ***

| INVOICE # --DATE-- | FEE AMOUNT | DISB AMOUNT | FEE RECEIVED | DISB RECEIVED | ADJUSTMENTS | ON ACCOUNT | CURR BALANCE |
|---|---|---|---|---|---|---|---|
| 2001 - YTD TOTALS | 15,003.00 | 1,110.83 | 15,003.00 | 1,110.83 | 0.00 | 0.00 | 0.00 |
| 02011175  01/31/02 | 10,970.00 | 295.82 | 10,970.00 | 295.82 | 0.00 | 0.00 | 0.00 |
| 02021071  02/28/02 | 14,632.50 | 760.22 | 14,632.50 | 760.22 | 0.00 | 0.00 | 0.00 |
| 0206891   06/25/02 | 16,120.00 | 1,413.09 | 0.00 | 0.00 | 0.00 | 0.00 | 17,533.09 |
| 2002 - YTD TOTALS | 41,722.50 | 2,469.13 | 25,602.50 | 1,056.04 | 0.00 | 0.00 | 17,533.09 |
| MATTER TOTALS | 58,348.50 | 3,851.51 | 42,228.50 | 2,438.42 | 0.00 | 0.00 | 17,533.09 |

B

RAWLE & HENDERSON LLP
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
215-575-4200
TAX ID NO: 23-1525820

The United Kingdom Mutual Steamship
Assurance Association (Bermuda) Ltd.
As paying agent of the owner
  of the M/V APL GARNET
c/o Thomas Miller P&I

M/V APL GARNET
Container Thefts of
Men's Shirts
B/L 460155893
and 460156264
dated May, 16, 1999.

Attention: Service Department
Invoice No.    0206891
Invoice Date: 6/25/02

Your Ref: 99/013232
Matter No. 435,168
Service: Legal

--------------------------------------------------------------------------------

Re: M/V APL GARNET

FOR PROFESSIONAL SERVICES RENDERED FROM 02/01/02 THROUGH 04/08/02:

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 02/01/02 | AMH | CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING MISSING DOCUMENTS. | 0.4 | 66.00 |
| 02/04/02 | AMH | PREPARED AND SENT CORRESPONDENCE TO KELLAWAY COUNSEL REGARDING UIIA CONTRACT; TELEPHONE CONFERENCE WITH OPPOSING COUNSEL (MAERSK) REGARDING STATUS OF DEPOSITION OF UIIA WITNESS; TELEPHONE CONFERENCE WITH OPPOSING COUNSEL (KELLAWAY) REGARDING PROPOSAL TO POSTPONE DEP AND REVIEW ADMISSIBILITY OF UIIA CONTRACT; TELEPHONE CONFERENCE WITH OPPOSING COUNSEL (PLAINTIFF) REGARDING TRIAL STATUS AND TIME FOR NEXT WEEK; | 6.1 | 1,067.50 |
| 02/06/02 | CWM | RECEIVE AND REVIEW CORRESPONDENCE FROM COUNSEL REPRESENTING MAERSK REGARDING SUPPLEMENTING EXHIBIT LIST; TELEPHONE CALL TO COUNSEL FOR MAERSK REGARDING DEPOSITION TRANSCRIPT OF PHILLIPS VAN HEUSEN. | 0.5 | 75.00 |
| 02/06/02 | AMH | PREPARED AND SENT TRIAL STATUS REPORT TO CLIENT. PRE-TRIAL ISSUES. MOTION OBJECTING TO LATE DISCOVERY. VARIOUS | 5.8 | 957.00 |

006135
 435168   M/V APL GARNET
06/25/02

Invoice Number 0206891
Page 2

| Date | Tkpr | | Hours | Value |
| -------- | ---- | | ----- | ------- |
| | | TELEPHONE CONFERENCES REGARDING LACK OF SETTLEMENT NEGOTIATIONS. | | |
| 02/07/02 | CWM | TELEPHONE CALL TO MAERSK COUNSEL REGARDING DEPOSITION OF PVH; CONFERENCE WITH AMH REGARDING EXHIBIT LIST; PULL AND LOOK AT EXHIBIT LIST REGARDING CUSTOMS DOCUMENTATION; RECEIVE DEPOSITION TRANSCRIPT FROM COURT REPORTER. | 0.5 | 75.00 |
| 02/07/02 | AMH | PREPARED FOR TRIAL. | 6.5 | 1,072.50 |
| 02/08/02 | CWM | CONFERENCE WITH AMH REGARDING DRAFTING LETTER TO KELLAWAY'S COUNSEL REGARDING OUTSTANDING DISCOVERY ISSUE AND WORKING ON EXHIBITS; REVIEW FILE WITH REGARD TO EXHIBITS AND TO FIND WHETHER WE EVER RECEIVED BILL OF LADING OVERLEAF; RELABLE EXHIBITS REGARDING WAYBILL ISSUE; DRAFT LETTER TO KELLAWAY'S COUNSEL; RECEIVE AND REVIEW ADDITIONAL DOCUMENTS FROM PLAINTIFF'S COUNSEL REGARDING CLAIM FOR LOST PROFITS; WORK ON EXHIBIT SHEET WITH REGARD TO OBJECTIONS TO EXHIBITS. | 1.9 | 285.00 |
| 02/08/02 | AMH | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL (PLAINTIFF) REGARDING MITSUI DEPOSITION. PREPARED AND SENT CORRESPONDENCE TO OPPOSING COUNSEL. TELEPHONE CONFERENCES WITH MR. PATWARDHAN. PREPARED FOR TRIAL. | 7.8 | 1,287.00 |
| 02/11/02 | CWM | TELEPHONE CONFERENCE WITH PLAINTIFF'S COUNSEL REGARDING DEPOSITION TRANSCRIPT FROM MITSUI DEPOSITION; RECEIVE AND REVIEW MITSUI DEPOSITION TRANSCRIPT; REVIEW ADDITIONAL FILE MATERIAL AND ORGANIZE FOR TRIAL. | 0.7 | 105.00 |
| 02/11/02 | AMH | TELEPHONE CONFERENCE WITH JUDGE'S CLERK GRANTING OUR DISCOVERY ORDER. TRAVELED TO NEW JERSEY AND ATTENDED DEPOSITION OF | 8.7 | 1,435.50 |

006135
435168   M/V APL GARNET
06/25/02

Invoice Number 0206891
Page 3

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | MITSUI WITNESS. PREPARED AND SENT STATUS REPORT TO CLIENT. PREPARED FOR TRIAL. | | |
| 02/12/02 | CWM | TRAVEL TO HARRISBURG PA TO PARTICIPATE IN TRIAL; PARTICIPATE IN TRIAL; RETURN TO PHILADELPHIA. | 8.3 | 1,245.00 |
| 02/12/02 | AMH | ATTENDED TRIAL | 12.0 | 2,100.00 |
| 02/13/02 | CWM | ATTEND AND PARTICIPATE IN TRIAL. | 5.2 | 780.00 |
| 02/13/02 | AMH | ATTENDED TRIAL | 12.0 | 2,100.00 |
| 02/14/02 | AMH | DRAFTED STATUS REPORT TO CLIENT REGARDING TRIAL. REVISED DOCUMENTS FOR MOTION POST-TRIAL. | 4.8 | 792.00 |
| 02/15/02 | AMH | REVISED AND SENT STATUS REPORT TO CLIENT REGARDING TRIAL. | 1.0 | 165.00 |
| 02/19/02 | AMH | RECEIVED AND REVIEWED CORRESPONDENCE FROM COURT ENCLOSING ORDER. TELEPHONE CONFERENCE WITH OPPOSING COUNSEL. | 0.4 | 66.00 |
| 02/25/02 | AMH | TELEPHONE CONFERENCE WITH CLUB. | 0.2 | 33.00 |
| 02/26/02 | AMH | CORRESPONDENCE TO COURT REPORTER. | 0.1 | 16.50 |
| 03/06/02 | AMH | CORRESPONDENCE TO CLIENT. | 0.2 | 33.00 |
| 03/25/02 | CWM | CONDUCTED RESEARCH WITH REGARD TO INDEMNITY ISSUES FOR USE IN TRIAL BRIEF. | 1.9 | 285.00 |
| 03/25/02 | AMH | CONFERENCE WITH CWM REGARDING STATUS AND STRATEGY. | 0.4 | 66.00 |
| 03/26/02 | CWM | TELEPHONE CONFERENCE WITH CO-DEFENSE COUNSEL TO DISCUSS INDEMNITY ISSUE; CONTINUE CONDUCTING RESEARCH WITH REGARD TO INDEMNITY ISSUES. | 1.2 | 180.00 |
| 03/27/02 | CWM | DRAFTING OF MEMORANDUM OF LAW REGARDING INDEMNITY CLAIM AGAINST KELLAWAY. | 1.2 | 180.00 |

006135                                              Invoice Number 0206891
 435168   M/V APL GARNET                             Page 4
06/25/02

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 03/27/02 | AMH | MEMORANDUM REGARDING WAIVER ISSUES TO CWM. | 0.2 | 33.00 |
| 04/03/02 | AMH | PREPARED FINDINGS OF FACT AND CONCLUSIONS OF LAW. | 4.2 | 693.00 |
| 04/04/02 | CWM | RESEARCH AND DRAFTING OF MEMORANDUM OF LAW WITH REGARD TO ATTORNEYS FEES; TELEPHONE CALL TO CO-COUNSEL TO DISCUSS ISSUES OF MEMORANDUM OF LAW. | 0.8 | 120.00 |
| 04/04/02 | AMH | PREPARED FINDINGS OF FACT AND CONCLUSIONS OF LAW. CORRESPONDENCE TO CLIENT. | 3.8 | 627.00 |
| 04/08/02 | CWM | DRAFTING OF MEMORANDUM OF LAW REGARDING FAILING TO ESTABLISH EVIDENCE OF ATTORNEYS FEES. | 1.2 | 180.00 |

                                            -----
                            TOTAL HOURS      98.0


During the period in question we expended
98.0 hours as follows :


SENIOR ASSOCIATE TIME :
-----------------------
Charles W. McCammon       CWM     23.4 hours @ $150.00 =        $3,510.00

PARTNER TIME :
--------------                                175.00          7,787.50
Ann-Michele  Higgins      AMH     44.5 hours @ $165.00 =       $7,342.50
Ann-Michele  Higgins      AMH     30.1 hours @ $175.00 =       $5,267.50
                                                              ------------


            CURRENT FEES                                      16,120.00
                                                              16,565.00

006135
435168    M/V APL GARNET
06/25/02

Invoice Number 0206891
Page 5

FOR COSTS ADVANCED AND EXPENSES INCURRED:

|  |  |
|---|---:|
| COURT REPORTER FEES | 1,049.95 |
| DUPLICATING IN-OFFICE | 64.25 |
| POSTAGE/SHIPPING | 2.86 |
| FACSIMILE | 121.50 |
| LONG DISTANCE | 47.93 |
| TRAVEL | 126.60 |
| CURRENT EXPENSES | 1,413.09 |

TOTAL AMOUNT OF THIS INVOICE    17,978.09
~~17,533.09~~
============

TOTAL BALANCE DUE UPON RECEIPT    17,978.09
~~17,533.09~~
============

PAYMENT TERMS:  NET 30 DAYS
PLEASE REFERENCE THE INVOICE
NUMBER ON YOUR REMITTANCE

RAWLE & HENDERSON LLP
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
215-575-4200
TAX ID NO: 23-1525820

The United Kingdom Mutual Steamship
Assurance Association (Bermuda) Ltd.
As paying agent of the owner
  of the M/V APL GARNET
c/o Thomas Miller P&I

M/V APL GARNET
Container Thefts of
Men's Shirts
B/L 460155893
and 460156264
dated May, 16, 1999

Attention: Service Department
Invoice No.   02021071
Invoice Date: 2/28/02

Your Ref: 99/013232
Matter No. 435,168
Service: Legal

Re: M/V APL GARNET

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/01/02:

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 12/20/01 | CWM | RECEIVE AND REVIEW DOCUMENTS PRODUCED FROM BARTHCO THROUGH SUBPOENA; CONTINUE DRAFTING OF FINDINGS OF FACT AND CONCLUSIONS OF LAW; RECEIVE AND REVIEW ORDER FROM JUDGE REGARDING PRE-TRIAL MEMORANDUM; CONFERENCE WITH AMH REGARDING FORMAT FOR PRE-TRIAL , FINDINGS OF FACT AND CONCLUSIONS OF LAW; DRAFT STATUS REPORT TO CLIENT REGARDING PRETRIAL CONFERENCE. | 3.8 | 570.00 |
| 12/21/01 | CWM | CONTINUE WORKING ON FINDINGS OF FACTS AND CONCLUSIONS OF LAW; PARTICIPATE IN TELEPHONE CONFERENCE WITH ALL OTHER ATTORNEYS REGARDING SAME. | 2.6 | 390.00 |
| 12/27/01 | CWM | RECEIVE AND REVIEW LIST OF EXHIBITS OF DAADS' MARKED FOR TRIAL; COMPARE EXHIBITS TO OUR EXHIBITS; DRAFT LIST OF EXHIBITS MARKED FOR MITSUI. | 1.5 | 225.00 |
| 12/28/01 | CWM | RECEIVE AND REVIEW ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS FROM KELLAWAY'S ATTORNEY; RECEIVE AND REVIEW FACSIMILE FROM ATTORNEY FOR PLAINTIFF | 0.8 | 120.00 |

```
006135                                          Invoice Number 2021071
 435168    M/V APL GARNET                       Page 2
02/28/02
```

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| | | REGARDING DEPOSITION OF REPRESENTATIVE OF MITSUI; INTEROFFICE COMMUNICATION WITH AMH REGARDING SAME; DRAFT LETTER TO CUSTOMS REGARDING PRODUCING RECORDS BASED ON AUTHORIZATION. | | |
| 12/31/01 | CWM | REVISE STIPULATED FACTS; REVISE EXHIBIT LIST; WORK ON CONFORMING PRE-TRIAL DOCUMENTS TO THE COURT'S REQUIREMENTS; ADDITIONAL RESEARCH REGARDING THE Q CLAUSE. | 1.8 | 270.00 |
| 01/02/02 | CWM | CONFERENCE WITH AMH REGARDING PRE-TRIAL MEMORANDUM, EXHIBIT LIST, FINDINGS OF FACT AND CONCLUSIONS OF LAW; REVISIONS TO EXHIBIT LIST AND ORGANIZING OF EXHIBITS. | 1.9 | 285.00 |
| 01/02/02 | AMH | RECEIVED AND REVIEWED CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING FOREIGN LAW; REVISED PRE-TRIAL MEMORANDUM | 7.3 | 1,277.50 |
| 01/03/02 | CWM | TELEPHONE CONFERENCE WITH PLAINTIFF'S COUNSEL REGARDING STIPULATED FACTS; CONFERENCE WITH AMH REGARDING TELEPHONE CONFERENCE OF ALL COUNSEL; PARTICIPATE IN TELEPHONE CONFERENCE OF ALL COUNSEL REQUIRED BY COURT RULES TO DISCUSS STIPULATED FACTS AND TRIAL EXHIBIT LIST AS WELL AS PRE TRIAL CONFERENCE; WORK ON AND COMPLETE EXHIBIT LIST; CORRESPONDENCE TO ALL COUNSEL REGARDING SAME; WORK ON CONCLUSIONS OF LAW; CONFERENCE WITH AMH REGARDING EXHIBIT LIST AND CONCLUSIONS OF LAW; COORDINATE SENDING OUT OF EXHIBITS TO ALL COUNSEL; EMAIL FROM AMH REGARDING QUESTIONS FROM PLAINTIFF'S COUNSEL; REPLY TO EMAIL FROM PLAINTIFF'S COUNSEL; TELEPHONE CALL WITH KEVIN HARTMAN REGARDING WITNESS FOR DEPOSITION. | 5.5 | 825.00 |
| 01/04/02 | CWM | RECEIVED AND REVIEWED PLAINTIFF'S EXHIBIT LIST AND EXHIBITS; REVISED OUR EXHIBIT LIST; RECEIVED AND REVIEWED | 3.6 | 540.00 |

006135
 435168    M/V APL GARNET
02/28/02

Invoice Number 2021071
Page 3

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | CORRESPONDENCE FROM PLAINTIFF'S ATTORNEY AND KELLAWAY'S ATTORNEY REGARDING OBJECTIONS TO EXHIBITS; TELEPHONE CONFERENCE WITH KEVIN HARTMAN REGARDING WITNESSES; EMAIL TO AMH REGARDING WITNESSES; PREPARE CORRESPONDENCE AND ATTACHMENTS FOR TRANSMITTAL OF BARTHCO DOCUMENTS TO ALL COUNSEL.; RECEIVED AND REVIEW CORRESPONDENCE FROM KELLAWAY'S COUNSEL REGARDING PARTICIPATION IN PRE TRIAL CONFERENCE; TELEPHONE CONFERENCE WITH MAERSK'S ATTORNEY REGARDING STRATEGY; VARIOUS TELEPHONE CALL WITH AMH REGARDING ALL OF THE ABOVE; REVIEWED OBJECTION TO WAYBILL WORDING AND ANALYZED TO RESOLVE THE DISPUTE, EMAIL AMH REGARDING SAME. | | |
| 01/04/02 | AMH | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL (MAERSK). PREPARED FINDINGS OF FACT AND CONCLUSIONS OF LAW. CONFERENCE WITH CWM REGARDING DEPOSITION OF MITSUI. | 7.8 | 1,365.00 |
| 01/05/02 | CWM | RECEIVE AND REVIEW FACSIMILE FROM PALMER BIEZUP AMENDING THEIR EXHIBIT LIST; REVIEW ADDED EXHIBITS; PREPARE OBJECTIONS TO KELLAWAY AND PLAINTIFF'S EXHIBITS; EMAIL OBJECTIONS TO KELLAWAY AND PLAINTIFF. | 0.9 | 135.00 |
| 01/07/02 | CWM | RECEIVE AND REVIEW CORRESPONDENCE FROM MAERSK'S COUNSEL REGARDING THE INTERMODAL AGREEMENT; REVIEW PRE-TRIAL OF PLAINTIFF AND KELLAWAY; REVIEW AND EDIT OUR PRE TRIAL MEMORANDUM; CONFERENCE WITH AMH REGARDING PRE TRIAL MEMORANDUM AND CONCLUSIONS OF LAW. | 2.8 | 420.00 |
| 01/07/02 | AMH | FINALIZED AND PREPARED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND PRE-TRIAL MEMO. VARIOUS TELEPHONE CONFERENCES WITH OPPOSING COUNSEL. CORRESPONDENCE TO CLIENT. | 7.2 | 1,260.00 |

006135
 435168    M/V APL GARNET
02/28/02

Invoice Number 2021071
Page 4

| Date | Tkpr | | Hours | Value |
|------|------|------|-------|-------|
| 01/08/02 | AMH | TRAVELED TO HARRISBURG AND ATTENDED PRE-TRIAL CONFERENCE ; CONFERENCE WITH WITH OPPOSING COUNSEL (MAERSK) | 6.0 | 1,050.00 |
| 01/11/02 | AMH | PREPARED AND SENT CORRESPONDENCE TO CLUB REGARDING DEPOSITION. PREPARED AND SENT CORRESPONDENCE TO CLIENT. UPDATED EXHIBITS AND REVIEWED AND EVALUATED LIABILITY ISSUES REGARDING INTERMODAL AGREEMENT. | 3.2 | 560.00 |
| 01/14/02 | AMH | PREPARED AND SENT CORRESPONDENCE TO CLUB RE: DEPOSITION OF WITNESS; RECEIVED TRIAL EXHIBITS FOR OPPOSING COUNSEL FOR ADMISSIBILITY AND OTHER OBEJECTIONS | 6.3 | 1,102.50 |
| 01/22/02 | CWM | TELEPHONE CALL FROM PLAINTIFF'S ATTORNEY REGARDING DEPOSITION OF PHILLIPS VAN-HEUSEN WITNESS; EMAIL TO AMH REGARDING SAME; TELEPHONE CALL TO PLAINTIFF'S ATTORNEY REGARDING SAME; TELEPHONE CALL WITH AMH REGARDING SAME; TELEPHONE CALL TO PLAINTIFF'S COUNSEL REGARDING SAME; RECEIVE AND REVIEW CORRESPONDENCE FROM CUSTOMS REGARDING FOIA REQUEST AND AUTHORIZATION; COORDINATE RETAINING CUSTOMS FILE IN RESPONSE TO CUSTOMS CORRESPONDENCE. | 0.7 | 105.00 |
| 01/22/02 | AMH | CORRESPONDENCE FROM OPPOSING COUNSEL (PLAINTIFF) REGARDING LOAD PORT ISSUES. | 0.3 | 52.50 |
| 01/23/02 | CWM | RECEIVE AND REVIEW CORRESPONDENCE FROM CO-DEFENSE COUNSEL REGARDING DEPOSITION OF PHILLIPS VAN-HEUSEN WITNESS CONCERNING DAMAGES; RECEIVE AND REVIEW CORRESPONDENCE TO JUDGE FROM CO-DEFENSE COUNSEL REGARDING DEPOSITION OF IANA REPRESENTATIVE; CONFERENCE WITH AMH REGARDING ATTENDANCE AT DEPOSITION OF PHILLIPS VAN-HEUSEN WITNESS AND FUTURE HANDLING OF UPCOMING SCHEDULED EVENTS IN | 6.2 | 930.00 |

006135
435168   M/V APL GARNET
02/28/02

Invoice Number 2021071
Page 5

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | CASE; RECEIVE AND REVIEW CORRESPONDENCE FROM COUNSEL FOR PHILLIPS VAN HEUSEN REGARDING ADDITIONAL PLAINTIFF'S EXHIBITS AND EXHIBITS TO BE REFERENCED IN DEPOSITION; DRAFT CORRESPONDENCE TO CLIENT REGARDING SETTLEMENT CONFERENCE; CONFERENCE WITH AMH REGARDING NON AVAILABILITY OF CLIENT FOR CONFERENCE; TELEPHONE CALL WITH PLAINTIFF'S COUNSEL REGARDING WHETHER THEY WOULD HAVE OBJECTION TO OUR CLIENT NOT ATTENDING SETTLEMENT CONFERENCE; RECEIVE AND REVIEW CORRESPONDENCE AND DOCUMENTATION THAT PLAINTIFF INTENDS TO ADDRESS AT DEPOSITION OF VAN HEUSEN; PREPARE FOR DEPOSITION BY REVIEWING DAMAGE CASE LAW CITED BY PLAINTIFF IN THEIR PRE TRIAL MEMORANDUM; TELEPHONE CALL TO CUSTOMS REGARDING FOIA REQUEST; DRAFT LETTER TO CUSTOMS REGARDING FOIA REQUEST; TRAVEL TO DEPOSITION OF WITNESS FOR PHILLIPS VAN-HEUSEN; PARTICIPATE IN TELEPHONE CONFERENCE WITH MAGISTRATE JUDGE; ATTEND AND PARTICIPATE IN DEPOSITION OF VAN HEUSEN; RETURN TO OFFICE; EMAIL AMH REGARDING SETTLEMENT CONFERENCE. | | | |
| 01/23/02 | AMH | PREPARED AND SENT STATUS REPORT TO CLIENT. REVIEWED AND EVALUATED LIABILITY ISSUES FOR SETTLEMENT NEGOTIATIONS. CORRESPONDENCE TO OPPOSING COUNSEL REGARDING DEPOSITION. REVIEWED STATUS REGARDING SETTLEMENT CONFERENCE WITH JUDGE. | | 4.2 | 735.00 |
| 01/24/02 | CWM | TELEPHONE CONFERENCES WITH CO-DEFENSE COUNSEL REGARDING TIME OF DEPOSITION OF INTERMODAL AGREEMENT REPRESENTATIVE; RECEIVE AND REVIEW CORRESPONDENCE FROM CO-DEFENSE COUNSEL REGARDING TIME OF DEPOSITION; DRAFT CORRESPONDENCE TO ALL COUNSEL REGARDING CHANGE OF TIME OF INTERMODAL AGREEMENT DEPOSITION; | | 1.9 | 285.00 |

006135
435168    M/V APL GARNET
02/28/02

Invoice Number 2021071
Page 6

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| | | TELEPHONE CALL FROM CUSTOMS REGARDING FOIA REQUESTED DOCUMENTS BEING READY; COORDINATE THE PICK UP OF CUSTOMS DOCUMENTS; RECEIVE AND REVIEW CUSTOMS DOCUMENTS; RECEIVE AND REVIEW CORRESPONDENCE FROM PLAINTIFF'S COUNSEL; REVIEW NEW DOCUMENTS PROVIDED BY PLAINTIFF CONCERNING DOCUMENTS FROM BUSANA RAMA. | | |
| 01/25/02 | AMH | CONFERENCE WITH CWM REGARDING STATUS AND STRATEGY. TRAVELED TO HARRISBURG AND ATTENDED SETTLEMENT CONFERENCE WITH JUDGE. TELEPHONE CONFERENCES WITH MR. PATTERSON REGARDING STATUS AND STRATEGY. | 7.8 | 1,365.00 |
| 01/26/02 | CWM | CONFERENCE WITH AMH REGARDING CONDUCTING RESEARCH WITH REGARD TO CUSTOMS REQUIREMENTS FOR A FREIGHT STATION; CONDUCT RESEARCH WITH REGARD TO A FREIGHT STATION. | 0.9 | 135.00 |
| 01/27/02 | CWM | REVIEW COURT ORDER DATED DECEMBER 3, 2001 WITH REGARD TO REQUIRMENTS OF KELLAWAY; REVIEW DISCOVERY PRODUCED BY KELLAWAY ON DECEMBER 28, 2001; DRAFT LETTER TO ALL COUNSEL REGARDING CUSTOMS DOCUMENTS AND DISCOVERY DISPUTE WITH KELLAWAY AND THE NEED FOR COURT INTERVENTION. | 0.7 | 105.00 |
| 01/28/02 | CWM | CONFERENCE WITH AMH REGARDING LETTER TO COUNSEL AND KELLAWAY CONCERNING DISCOVERY; DRAFT MEMORANDUM TO AMH REGARDING PLAINTIFF'S DAMAGES CLAIM AND HOW THE CASE LAW RELATES TO THE DEPOSITION OF VAN HEUSEN. | 0.9 | 135.00 |
| 01/28/02 | CWM | CONFERENCE WITH AMH REGARDING INTERMODAL AGREEMENT; PULL AND REVIEW OUR EXHIBITS TO ANALYZE OUR INTERMODAL AGREEMENT VERSUS THAT OF MAERSK; DRAFT CORRESPONDENCE TO MS. SASKO OF THE INTERMODAL ASS'N REGARDING DEPOSITION; | 1.1 | 165.00 |

006135
435168   M/V APL GARNET
02/28/02

Invoice Number 2021071
Page 7

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | REVISE RESEARCH MEMORANDUM ON DAMAGES ISSUES. | | |
| 01/29/02 | CWM | COORDINATE SENDING OUT CUSTOMS DOCUMENTS TO ALL COUNSEL; REVISE LETTER TO IUMA REGARDING DEPOSITION; PUT TOGETHER PACKAGE FOR IUMA REGARDING THE AGREEMENT IN FORCE BETWEEN MITSUI AND KELLAWAY. | 0.6 | 90.00 |
| 01/30/02 | CWM | TELEPHONE CALL WITH MS. SASKO OF IUMA REGARDING UPCOMING DEPOSITION AND DOCUMENTS. | 0.2 | 30.00 |
| 01/31/02 | CWM | RECEIVE AND REVIEW FACSIMILE FROM IUMA REGARDING PROPER INTERMODAL AGREEMENT; COMPARE OUR EXHIBIT WITH THE PROVIDED DOCUMENTS; CONFERENCE WITH AMH REGARDING IUMA DOCUMENTS; DRAFT LETTER TO COUNSEL REGARDING SUBSTITUTION OF IUMA DOCUMENTS. | 0.7 | 105.00 |
| | | TOTAL HOURS | 89.2 | |

During the period in question we expended
89.2 hours as follows :


SENIOR ASSOCIATE TIME :
-----------------------
Charles W. McCammon       CWM    39.1 hours @ $150.00 =       $5,865.00

PARTNER TIME :
--------------

Ann-Michele M. Higgins    AMH    50.1 hours @ $175.00 =       $8,767.50

```
006135                                        Invoice Number 2021071
  435168   M/V APL GARNET                     Page 8
02/28/02
```

```
                                                      ------------

                  CURRENT FEES                         14,632.50


FOR COSTS ADVANCED AND EXPENSES INCURRED:

              DELIVERY SERVICE                             20.00
              DUPLICATING IN-OFFICE                       368.75
              POSTAGE/SHIPPING                             10.75
              RECORD COPY FEES                             87.90
              FACSIMILE                                   136.50
              LONG DISTANCE                                31.32
              MISCELLANEOUS EXPENSES                       20.00
              COURIER SERVICE                              85.00

              CURRENT EXPENSES                            760.22


          TOTAL AMOUNT OF THIS INVOICE               15,392.72
                                                     ============

          PRIOR BALANCE DUE                          11,265.82


          TOTAL BALANCE DUE UPON RECEIPT             26,658.54
                                                     ============




              PAYMENT TERMS:  NET 30 DAYS
          PLEASE REFERENCE THE INVOICE
               NUMBER ON YOUR REMITTANCE
```

RAWLE & HENDERSON LLP
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
215-575-4200
TAX ID NO: 23-1525820

The United Kingdom Mutual Steamship          M/V APL GARNET
Assurance Association (Bermuda) Ltd.         Container Thefts of
As paying agent of the owner                 Men's Shirts
  of the M/V APL GARNET                       B/L 460155893
c/o Thomas Miller P&I                         and 460156264
                                              dated May, 16, 1999

Attention: Service Department                 Your Ref: 99/013232
Invoice No.   02011175                        Matter No. 435,168
Invoice Date: 1/31/02                         Service: Legal

-------------------------------------------------------------------

Re: M/V APL GARNET

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/19/01:

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 10/15/01 | CWM | TELEPHONE CALL WITH COUNSEL REGARDING DEPOSITION OF KELLAWAY; REVIEW FILE MATERIAL TO DETERMINE WHETHER KELLAWAY EVER PROPOUNDED DISCOVERY; LEAVE MESSAGE WITH AMH REGARDING SAME. | 0.5 | 75.00 |
| 11/01/01 | CWM | TELEPHONE CALL WITH PAT KEENAN REGARDING OUR REQUEST FOR AUTHORIZATION TO OBTAIN CUSTOMS RECORDS. | 0.2 | 30.00 |
| 11/02/01 | CWM | TELEPHONE CALL TO KELLAWAY'S COUNSEL REGARDING AUTHORIZATION TO REVIEW CUSTOMS RECORDS; RECEIVE AND REVIEW CORRESPONDENCE FROM DEFENSE COUNSEL TO KELLAWAY CONCERNING DEPOSITION DATES. | 0.5 | 75.00 |
| 11/02/01 | AMH | CORRESPONDENCE REGARDING DEPOSITION OF WITNESS. | 0.2 | 35.00 |
| 11/05/01 | AMH | RECEIVED AND REVIEWED CORRESPONDENCE FROM OPPOSING COUNSEL PLAINTIFF TO KELLAWAY REGARDING OUTSTANDING DEPOSITION OF CORP. DESIGNEE; UPDATED DISCOVERY DOCUMENTS. | 2.3 | 402.50 |
| 11/07/01 | CWM | TELEPHONE CALL TO PATRICK KEENAN | 0.1 | 15.00 |

006135
 435168    M/V APL GARNET
01/31/02

Invoice Number 2011175
Page 2

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | REGARDING AUTHORIZATION OF CUSTOMS RECORDS. | | |
| 11/13/01 | CWM | CONFERENCE WITH AMH REGARDING FILING MOTION TO COMPEL DISCOVERY; REVIEW DISCOVERY REQUESTS AND RESPONSES IN FILE WITH REGARD TO KELLAWAY PRIOR TO DRAFTING MOTION TO COMPEL DISCOVERY; DRAFT MOTION, ORDER AND OTHER RELATED PLEADINGS FOR MOTION TO COMPEL DISCOVERY; CONFERENCE WITH AMH REGARDING SAME. | 1.9 | 285.00 |
| 11/13/01 | AMH | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING DEPOSITION OF KELLAWAY WITNESS; UPDATED MOTION WITH LOCAL COURT RULE REQUIREMENTS REGARDING NEW DISCOVERY RULES; | 1.8 | 315.00 |
| 11/16/01 | CWM | RECEIVE AND REVIEW CORRESPONDENCE FROM CUSTOMS SERVICE REGARDING FOIA REQUEST; CONFERENCE WITH AMH REGARDING SAME. | 0.2 | 30.00 |
| 11/16/01 | CWM | RECEIVE AND REVIEW CORRESPONDENCE FROM HECKER BROWN CONCERNING ADMINISTRATION OF CASE. | 0.1 | 15.00 |
| 11/20/01 | CWM | RECEIVE AND REVIEW COURT ORDER DEFERRING DISCOVERY MOTION AND SCHEDULING TELEPHONE CONFERENCE; REVIEW FILE TO PREPARE SUBPOENA OF BARTHCO; PREPARE SUBPOENA OF BARTHCO. | 0.7 | 105.00 |
| 11/20/01 | AMH | DEPOSITION OF KELLAWAY WITNESS. | 10.0 | 1,750.00 |
| 11/21/01 | CWM | REVISE SUBPOENA TO BARTHCO; CONFERENCE WITH AMH REGARDING SUBPOENA TO BARTHCO AND COURT NOTICE REGARDING DISCOVERY DISPUTE; REVIEW COURT DISCOVERY DISPUTE REQUIREMENTS AND OUTSTANDING RESPONSES FROM KELLAWAY. | 0.5 | 75.00 |
| 11/21/01 | AMH | CORRESPONDENCE AND TELEPHONE CONFERENCES WITH OPPOSING COUNSEL REGARDING KELLAWAY | 1.4 | 245.00 |

006135
 435168    M/V APL GARNET
01/31/02

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | ISSUES; PREPARED OUTLINE FOR TRIAL NOTEBOOK | | |
| 11/26/01 | AMH | INVESTSIGATIONN REGARDING KELLAWAY CORPORATE IDENTITY | 3.7 | 647.50 |
| 11/27/01 | CWM | TELEPHONE CALL WITH COUNSEL FOR BARTHCO REGARDING SUBPOENA; DRAFT LETTER TO ALL COUNSEL REGARDING SUBPOENA; TELEPHONE CALL WITH AMH REGARDING SUBPOENA TO BARTHCO. | 0.5 | 75.00 |
| 11/27/01 | AMH | STATUS OF DISCOVERY DOCUMENTS AND PROOF OF CLAIM | 0.8 | 140.00 |
| 11/28/01 | AMH | CONFERENCE WITH CWM REGARDING SUBPOENA TO BROKER; CORRESPONDENCE WITH OPPOSING COUNSEL (PLAINTIFF) | 0.7 | 122.50 |
| 11/30/01 | CWM | RECEIVE AND REVIEW FACSIMILE CORRESPONDENCE FROM COUNSEL FOR KELLAWAY WHICH INCLUDED CUSTOMS INFORMATION; REVIEW CUSTOMS INFORMATION; SEND EMAIL TO AMH REGARDING SAME. | 0.6 | 90.00 |
| 12/03/01 | CWM | CONFERENCE WITH AMH REGARDING DISCOVERY CONFERENCE CALL WITH JUDGE; REVIEW OUTSTANDING DISCOVERY ISSUES INCLUDING INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS; REVIEW DOCUMENTS RECEIVED AT DEPOSITION OF KELLAWAY; TELEPHONE CALLS TO ALL OTHER PARTIES WITH REGARD TO CONFERENCE AND TO DISCUSS ISSUES TO PRESENT TO JUDGE; INITIATE DISCOVERY CONFERENCE CALL WITH ALL PARTIES AND JUDGE AND PARTICIPATE IN CONFERENCE; TELEPHONE FROM JOE MANTA (HE WANTED ADDITIONAL INFORMATION REGARDING SUIT TO RESPOND TO SUBPOENA). | 2.7 | 405.00 |
| 12/05/01 | CWM | RECEIVE AND REVIEW ORDER FROM COURT REGARDING COMPELLING KELLAWAY TO PRODUCE DISCOVERY. | 0.2 | 30.00 |

006135
435168    M/V APL GARNET
01/31/02

Invoice Number 2011175
Page 4

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 12/05/01 | AMH | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING COURT ORDER | 0.1 | 17.50 |
| 12/11/01 | CWM | INTRAOFFICE CONFERENCE WITH AMH REGARDING DEMAND OF PLAINTIFF FOR NINETY PERCENT OF CLAIM; REVIEW FILE MATERIAL WITH REGARD TO FAIR MARKET VALUE VERSUS COMMERCIAL VALUE FOR SETTLEMENT ANALYSIS; DRAFT MEMORANDUM TO AMH REGARDING SAME. | 1.3 | 195.00 |
| 12/11/01 | AMH | RECEIVED AND REVIEWED CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING PRE-TRIAL STRATEGY; REVIEWED COURT ORDERS | 1.3 | 227.50 |
| 12/12/01 | CWM | REVISE MEMORANDUM TO AMH REGARDING CLAIM AMOUNTS; CONDUCT BRIEF RESEARCH WITH REGARD TO DAMAGES FOR LOST PROFITS IN A COGSA CASE VERSUS A COMMON LAW NEGLIGENCE CASE TO BE INCLUDED IN MEMORANDUM; CONFERENCE WITH AMH REGARDING MEMORANDUM AND RESEARCH; TELEPHONE CALL TO AND FROM JOE MANTA REPRESENTING BARTHCO | 1.9 | 285.00 |
| 12/12/01 | CWM | CONDUCT ADDITIONAL RESEARCH WITH REGARD TO BURDENS OF PROOF ON Q CLAUSE DEFENSE OF COGSA; INCORPORATE RESEARCH INTO STATUS REPORT TO CLIENT; REVISE REPORT WITH REGARD TO CONFLICT OF CARTONS OF CARGO VERSUS CLAIM FOR DAMAGES IN DOZENS OF SHIRTS AS INSTRUCTED BY AMH. | 1.8 | 270.00 |
| 12/12/01 | AMH | CONFERENCE WITH CWM REGARDING PLAINTIFF DAMAGES; RECEIVED AND REVIEWED MEMORANDUM REGARDING PROFIT/CLAIM; TELEPHONE CONFERENCE WITH OPPOSING COUNSEL (MAERSK) REGARDING STRATEGY; CONFERENCE WITH KELLAWAY | 1.3 | 227.50 |
| 12/14/01 | CWM | RECEIVE AND REVIEW EMAIL FROM PLAINTIFF'S ATTORNEY; RESPOND TO EMAIL; CONFERENCE WITH AMH REGARDING FUTURE HANDLING AND UPCOMING DEADLINES; REVIEW SCHEDUALING | 3.6 | 540.00 |

006135
 435168   M/V APL GARNET
01/31/02

Invoice Number 2011175
Page 5

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | ORDER REGARDING FORMAT AND DEADLINE FOR PRETRIAL MEMORANDUM; REVIEW FILE TO PREPARE PRETRIAL MEMORANDUM; DRAFT PRETRIAL MEMORANDUM; CONFERENCE WITH AMH REGARDING COMPARING BILLS OF LADING FROM BOTH CASES; REVIEW AND COMPARE BILLS OF LADING FROM BOTH CASES. | | |
| 12/14/01 | AMH | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL (PLAINTIFF) REGARDING SETTLEMENT NEGOTIATIONS AND TRIAL; DRAFTED EXHIBITS LIST | 2.3 | 402.50 |
| 12/17/01 | AMH | CONDUCTED LEGAL RESEARCH AND ANALYSIS REGARDING BAILMENT AND PA LAW | 5.8 | 1,015.00 |
| 12/18/01 | CWM | TELEPHONE CALL TO JUDGE'S CHAMBERS REGARDING EXTENSION FOR PRE-TRIAL MEMORANDUM; TELEPHONE CALL FROM JUDGE'S CHAMBERS REGARDING SAME AND GRANTING AN EXTENSION; TELEPHONE CALL TO COUNSEL FOR BARTHCO FOLLOWING UP ON DOCUMENTS REQUESTED THROUGH SUBPOENA; REVIEW FILE WITH REGARD TO STIPULATION REQUESTED BY KELLAWAY COUNSEL REGARDING KELLAWAY NAME IN CAPTION; RESEARCH ISSUE OF KELLAWAY NAME BEING USED WITH REGARD TO PRIOR ADMISSION IN ANSWER TO THIRD PARTY COMPLAINT. | 2.7 | 405.00 |
| 12/18/01 | AMH | CORRESPONDENCE WITH OPPOSING COUNSEL; CONFERENCE WITH OPPOSING COUNSEL; RECEIVED AND REVIEWED PLAINTIFF FINDINGS OF FACT; DRAFTED FINDINGS OF FACT. | 8.5 | 1,487.50 |
| 12/19/01 | CWM | RECEIVE AND REVIEW EMAIL FROM AMH REGARDING FUTURE WORK ON FILE INCLUDING PREPARING FINDINGS OF FACT AND CONCLUSIONS OF LAW; REVIEW PLAINTIFF'S PROPOSED FINDINGS OF FACT; BEGINING DRAFTING OUR CONCLUSIONS OF LAW. | 2.5 | 375.00 |

006135                                          Invoice Number 2011175
 435168   M/V APL GARNET                        Page 6
01/31/02

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 12/19/01 | AMH | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL (PLAINTIFF) REGARDING LOADING DOCUMENTS AND FOREIGN LAW; REVIEWED PLAINTIFF'S FINDINGS OF FACT AND CONCLUSIONS OF LAW ; RECEIVED AND REVIEWED DOCUMENTS FROM OPPOSING COUNSEL (PLAINTIFF) REGARDING CONTAINER STUFFING; TELEPHONE CONFERENCE WITH MR. HARTMAN | 3.2 | 560.00 |

                              TOTAL HOURS       65.9


During the period in question we expended
65.9 hours as follows :


SENIOR ASSOCIATE TIME :
-----------------------
Charles W. McCammon      CWM    22.5 hours @ $150.00 =      $3,375.00

PARTNER TIME :
--------------
Ann-Michele M. Higgins   AMH    43.4 hours @ $175.00 =      $7,595.00
                                                          ------------

            CURRENT FEES                                   10,970.00


FOR COSTS ADVANCED AND EXPENSES INCURRED:

006135
 435168    M/V APL GARNET
01/31/02

Invoice Number 2011175
Page 7

| | |
|---|---|
| TRAVEL | 90.00 |
| DELIVERY SERVICE | 35.06 |
| DUPLICATING IN-OFFICE | 128.25 |
| POSTAGE/SHIPPING | 0.68 |
| FACSIMILE | 37.50 |
| LONG DISTANCE | 4.33 |
| CURRENT EXPENSES | 295.82 |
| TOTAL AMOUNT OF THIS INVOICE | 11,265.82 |
| | ============ |
| PRIOR BALANCE DUE | 6,122.41 |
| TOTAL BALANCE DUE UPON RECEIPT | 17,388.23 |
| | ============ |

PAYMENT TERMS:  NET 30 DAYS
PLEASE REFERENCE THE INVOICE
NUMBER ON YOUR REMITTANCE

E

RAWLE & HENDERSON LLP
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
215-575-4200

The United Kingdom Mutual Steamship       M/V APL GARNET
Assurance Association (Bermuda) Ltd.      Container Thefts of
As paying agent of the owner              Men's Shirts
   of the M/V APL GARNET                   B/L 460155893
c/o Thomas Miller P&I                      and 460156264
                                           dated May, 16, 1999

Attention: Service Department             Your Ref: 99/013232
Invoice No.    0112820                     Matter No. 435,168
Invoice Date: 12/20/01                     Service: Legal

--------------------------------------------------------------------------------
Re: M/V APL GARNET


FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/01:

| Date | Tkpr | | Hours | Value |
| --- | --- | --- | --- | --- |
| 09/12/01 | AMH | REVIEWED LIABILITY ISSUES REGARDING DEPOSITION TESTIMONY OF LESSOR OF FACILITY; | 0.6 | 99.00 |
| 09/12/01 | CWM | REVISE MEMORANDUM OF DEPOSITION OF CORPORATE DESIGNEE OF JVE CORP.; ADDITIONAL DRAFTING OF STATUS REPORT TO CLIENT INCLUDING COGSA DEFENSES AND LIMITATIONS WITH BURDENS OF PROOF. | 2.3 | 345.00 |
| 09/14/01 | AMH | REVIEWED STATUS AND EVALUATED LIABILITY ISSUES; REVISED STATUS REPORT TO CLIENT. TELEPHONE CONFERENCE WITH OPPOSING COUNSEL. (MAERSK). | 0.8 | 132.00 |
| 09/17/01 | CWM | RECEIVE AND REVIEW REQUESTS FOR ADMISSIONS OF PHILLIPS-VAN HEUSEN DIRECTED TO KELLAWAY; RECEIVE AND REVIEW REQUESTS FOR ADMISSIONS OF DAAD'S DIRECTED TO KELLAWAY; RECEIVE AND REVIEW DEPOSITION TRANSCRIPT AND INVOICE FROM DEPOSITION OF JVE CORP. | 0.9 | 135.00 |
| 09/18/01 | CWM | RECEIVE AND REVIEW CORRESPONDENCE FROM COUNSEL FOR PHILLIPS VAN HEUSEN; CONFERENCE WITH AMH REGARDING SAME; | 0.4 | 60.00 |

006135
435168    M/V APL GARNET
12/20/01

Invoice Number 0112820
Page 2

| Date | Tkpr | | Hours | Value |
|------|------|------|-------|-------|
| | | TELEPHONE CALL TO COUNSEL FOR PHILLIPS VAN HEUSEN SCHEDUAL OF DEPOSITIONS. | | |
| 09/19/01 | CWM | CONFERENCE WITH AMH REGARDING STATUS REPORT TO CLIENT; MAKE REVISIONS AND ADDITIONS TO STATUS REPORT TO CLIENT TO INCLUDE PLEADINGS SECTION. | 0.8 | 120.00 |
| 09/20/01 | CWM | RESEARCH STANDARD FOR U.S. CUSTOMS BONDED WAREHOUSE; DRAFT FOIA REQUEST TO THE U.S. CUSTOMS SERVICE IN PHILADELPHIA TO OBTAIN CUSTOMS FILE OF KELLAWAY; REVISE REPORT TO CLIENT TO INCLUDE ADDITIONAL INFORMATION WITH REGARD TO PACKAGE LIMITATION AND KELLAWAY'S DEFENSES. | 1.8 | 270.00 |
| 09/21/01 | AMH | REVIEWED AND EVALUATED LIABILITY ISSUES; REVISED AND SENT STATUS REPORT TO CLIENT. | 2.4 | 396.00 |
| 09/24/01 | AMH | CONFERENCE WITH CWM REGARDING MOTION FOR SUMMARY JUDGMENT | 0.2 | 33.00 |
| 09/27/01 | AMH | TELEPHONE CONFERENCE WITH MR. HARTMANN REGARDING CORPORATE DESIGNEE; TELEPHONE CONFERENCES WITH OPPOSING COUNSEL REGARDING NEED FOR DEPS; TELEPHONE CONFERENCE WITH MR. HARTMANN; DRAFTED STATUS REPORT TO CLIENT REGARDING DISCOVERY ISSUES | 1.7 | 280.50 |
| 10/01/01 | AMH | RECEIVED AND REVIEWED CORRESPONDENCE FROM OPPOSING COUNSEL (PLAINTIFF ) ENCLOSING ANSWERS TO REQUEST FOR ADMISSIONS . PREPARED FOR DEPOSITION OF PLAINTIFF WITNESS. PREPARED AND SENT STATUS REPORT TO CLIENT. | 4.9 | 808.50 |
| 10/01/01 | CWM | RECEIVE AND REVIEW CORRESPONDENCE FROM COUNSEL REGARDING PHILLIPS-VAN HEUSEN'S ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS; REVIEW ANSWERS TO INTERROGATORIES AND | 0.9 | 135.00 |

```
006135
435168    M/V APL GARNET                        Invoice Number 0112820
12/20/01                                         Page 3
```

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS. | | |
| 10/02/01 | AMH | TRAVELED TO NEW JERSEY AND ATTENDED DEPOSITION OF PLAINTIFF CORPORATE DESIGNEE; REVIEWED DISCOVERY DOCUMENTS; DRAFTED STATUS REPORT TO CLIENT. | 11.3 | 1,864.50 |
| 10/03/01 | AMH | PREPARED AND SENT STATUS REPORT TO CLIENT REGARDING DEPOSITION OF CORPORATE DESIGNEE. | 0.2 | 33.00 |
| 10/16/01 | CWM | RECEIVE AND REVIEW CORRESPONDENCE RELATED TO KELLAWAY'S ANSWERS TO REQUEST FOR ADMISSIONS FROM PHILLIPS VAN HUESEN; RECEIVE AND REVIEW CORRESPONDENCE RELATED TO KELLAWAY'S ANSWERS TO REQUEST FOR ADMISSIONS FROM MAERSK; REVIEW ANSWERS TO REQUEST FOR ADMISSIONS REGARDING ABOVE; RECEIVE VOICE MAIL FROM AMH REGARDING DEPOSITION SET FOR OCTOBER 18, 2001; RECEIVE AND REVIEW CORRESPONDENCE FROM ATTORNEY REPRESENTING MAERSK REGARDING DEPOSITION AND DISCOVERY OF KELLAWAY; DRAFT CORRESPONDENCE TO PLAINTIFF FOR KELLAWAY REGARDING DEPOSITION; DRAFT REMINDER NOTICE TO CUSTOMS SERVICE WITH REGARD TO OUTSTANDING FREEDOM OF INFORMATION REQUEST; RECEIVED AND REVIEWED ADDITIONAL CORRESPONDENCE FROM PLAINTIFF'S COUNSEL REGARDING DISCOVERY RESPONSES; REVIEWED OBJECTIONS TO DISCOVERY RESPONSES TO DETERMINE WHETHER TO WITHDRAW THE OBJECTIONS OR ANWER THE INTERROGATORIES OBJECTED TO. | 3.2 | 480.00 |
| 10/22/01 | AMH | RECEIVED AND REVIEWED CORRESPONDENCE FROM OPPOSING COUNSEL ENCLOSING RULE 26 DISCOVERY AND DOCUMENTS. REVIEWED DOCUMENTS. | 2.6 | 429.00 |
| 10/23/01 | AMH | RECEIVED AND REVIEWED CORRESPONDENCE FROM CUSTOMS DENYING FOIA REQUEST; DRAFTED | 0.3 | 49.50 |

006135
435168    M/V APL GARNET                          Invoice Number 0112820
12/20/01                                           Page 4

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| | | CORRESPONDENCE TO OPPOSING COUNSEL (KELLAWAY) REGARDING RELEASE FOR CUSTOMS INFO; | | |
| 10/25/01 | AMH | CONFERENCE WITH MR. ARENA. CORRESPONDENCE TO OPPOSING COUNSEL REGARDING CUSTOMS. | 0.2 | 33.00 |
| 10/29/01 | AMH | RECEIVED AND REVIEWED CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING OVERDUE DISCOVERY FROM TERMINAL. | 0.3 | 49.50 |
| 10/30/01 | AMH | PREPARED AND SENT CORRESPONDENCE TO CLIENT. | 0.2 | 33.00 |
| 10/31/01 | CWM | CONDUCT RESEARCH WITH REGARD TO CURRENT STATUS OF THE LAW ON CONSTRUCTIVE DELIVERY OF A CONTAINER. | 1.8 | 270.00 |
| | | TOTAL HOURS | 37.8 | |

During the period in question we expended
37.8 hours as follows :


SENIOR ASSOCIATE TIME :
-----------------------
Charles W. McCammon      CWM      12.1 hours @ $150.00 =      $1,815.00


PARTNER TIME :
--------------
Ann-Michele M. Higgins   AMH      25.7 hours @ $165.00 =      $4,240.50
                                                           ------------


            CURRENT FEES                                    6,055.50

```
006135
  435168   M/V APL GARNET
12/20/01
```

Invoice Number 0112820
Page 5

FOR COSTS ADVANCED AND EXPENSES INCURRED:

|                            |          |
|----------------------------|----------|
| DUPLICATING IN-OFFICE      | 8.75     |
| POSTAGE/SHIPPING           | 7.66     |
| FACSIMILE                  | 10.50    |
| MISCELLANEOUS EXPENSES     | 40.00    |
| CURRENT EXPENSES           | 66.91    |
| TOTAL AMOUNT OF THIS INVOICE | 6,122.41 |
|                            | ============ |

PAYMENT TERMS:  NET 30 DAYS
PLEASE REFERENCE THE INVOICE
NUMBER ON YOUR REMITTANCE

F

```
                    RAWLE & HENDERSON LLP
                    THE WIDENER BUILDING
                    ONE SOUTH PENN SQUARE
                    PHILADELPHIA, PA 19107
                        215-575-4200
                    TAX ID NO.: 23-1525820
```

| | |
|---|---|
| The United Kingdom Mutual Steamship Assurance Association (Bermuda) Ltd. As paying agent of the owner of the M/V APL GARNET c/o Thomas Miller P&I | M/V APL GARNET Container Thefts of Men's Shirts B/L 460155893 and 460156264 dated May, 16, 1999 |
| Attention: Service Department Invoice No.    0110289 Invoice Date: 10/10/01 | Your Ref: 99/013232 Matter No. 435,168 Service: Legal |

--------------------------------------------------------------------------

Re: M/V APL GARNET


FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/10/01:

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 04/11/01 | JAW | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF'S COUNSEL REGARDING DEPOSITION OF APPROPRIATE REPRESENTATIVE OF PLAINTIFF. RECEIVED AND REVIEWED MOTION TO CONSOLIDATE AND ALL RESPONSES. RECEIVED AND REVIEWED PLAINTIFF'S DISCOVERY RESPONSES. | 0.3 | 36.00 |
| 04/18/01 | JAW | RECEIVED AND REVIEWED MOTION TO CONSOLIDATE AND ALL RESPONSIVE PLEADINGS FROM PLAINTIFF'S COUNSEL. | 0.4 | 48.00 |
| 04/19/01 | JAW | DRAFTED REPORT LETTER TO CLIENT REGARDING STATUS OF CASE AND MOTION TO CONSOLIDATE. DRAFTED LETTER TO KELLAWAY'S COUNSEL REGARDING PROCEDURAL POSTURE OF CONSOLIDATION MATTER. TELEPHONE CALL FROM KELLAWAY'S COUNSEL REGARDING CONSENT TO CONSOLIDATE. | 0.6 | 72.00 |
| 05/02/01 | JAW | RECEIVED AND REVIEWED ORDER OF CONSOLIDATION FROM COURT. | 0.1 | 12.00 |
| 05/04/01 | JAW | DRAFTED LETTER TO CLIENT REGARDING ORDER OF CONSOLIDATION. | 0.2 | 24.00 |

006135                                              Invoice Number 0110289
 435168    M/V APL GARNET                           Page 2
10/10/01

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 05/11/01 | JAW | RECEIVED AND REVIEWED ACL DISCOVERY DEMANDS TO ALL PARTIES. | 0.3 | 36.00 |
| 05/14/01 | JAW | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL REGARDING STATUS OF NEW DISCOVERY SCHEDULE. | 0.1 | 12.00 |
| 05/17/01 | JAW | RECEIVED AND REVIEWED SIGNATURE PAGE FROM CODEFENDANT'S COUNSEL. RECEIVED AND REVIEWED CORRESPONDENCE FROM KELLAWAY COUNSEL TO JUDGE RAMBO REGARDING INCORRECT CASE MANAGEMENT ORDER. RECEIVED AND REVIEWED CORRESPONDENCE FROM KELLAWAY'S COUNSEL REGARDING CONCURRANCE FOR ORDER CONSOLIDATING THE CASE. RECEIVED AND REVIEWED PETITION FOR PRO HAC VICE ADMISSION BY COUNSEL FOR KELLAWAY. RECEIVED AND REVIEWED CORRESPONDENCE FROM COUNSEL REGARDING STIPULATION FOR PROPOSED EXTENSION OF DISCOVERY DEADLINES. RECEIVED AND REVIEWED CORRESPONDENCE FROM COUNSEL REGARDING REVISED STIPULATION EXTENDING DISCOVERY. TELEPHONE CALL TO PLAINTIFF'S COUNSEL REGARDING RECEIPT OF PROPOSED ORDER. DRAFTED LETTER TO COUNSEL REGARDING SIGNED STIPULATION FOR PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES. DRAFTED LETTER TO CLIENT REGARDING STATUS OF CASE. | 1.1 | 132.00 |
| 05/18/01 | JAW | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF'S COUNSEL REGARDING 120 DAY DISCOVERY EXTENSION. | 0.1 | 12.00 |
| 05/21/01 | JAW | RECEIVED AND REVIEWED CORRESPONDENCE AND SECOND VERSION OF PROPOSED CASE MANAGEMENT ORDER FROM KELLAWAY'S COUNSEL. DRAFTED LETTER TO CLIENT REGARDING PROPOSED DISCOVERY CHANGES. | 0.3 | 36.00 |
| 05/24/01 | JAW | RECEIVED AND REVIEWED COURT-APPROVED STIPULATION TO AMEND CASE MANAGEMENT | 0.3 | 36.00 |

006135
435168   M/V APL GARNET
10/10/01

Invoice Number 0110289
Page 3

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | ORDER. DRAFTED LETTER TO CLIENT REGARDING NEW DISCOVERY DATES PURSUANT TO COURT-APPROVED STIPULATION. | | |
| 05/25/01 | JAW | RECEIVED AND REVIEWED CORRESPONDENCE AND STIPULATION FROM COUNSEL FOR KELLAWAY TO CHANGE CAPTION OF CASE. DRAFTED LETTER TO KELLAWAY'S COUNSEL REGARDING STIPULATION TO CHANGE CAPTION. | 0.3 | 36.00 |
| 06/01/01 | JAW | RECEIVED AND REVIEWED STIPULATION FROM PLAINTIFF'S COUNSEL REGARDING CHANGE IN CAPTION. RECEIVED AND REVIEWED EXECUTED STIPULATION FROM CO-DEFENDANT'S COUNSEL REGARDING CHANGE IN CAPTION. | 0.2 | 24.00 |
| 06/05/01 | JAW | RECEIVED AND REVIEWED A COPY OF LEASE FROM KELLAWAY. | 0.1 | 12.00 |
| 06/10/01 | DPT | CORRESPOND WITH P'S COUNSEL, SCHEDULING DEPOSITION | 0.2 | 33.00 |
| 06/18/01 | DPT | CORRESPOND WITH ALL COUNSEL | 0.1 | 16.50 |
| 06/21/01 | DPT | RCV'D, REV'D P'S AMENDED COMPLAINT NAMING JVE CO. AS DEFENDANT, COMPARE WITH ORIGINAL COMPLAINT, TELEPHONE P'S COUNSEL, CORRESPOND WITH KELLAWAY COUNSEL REGARDING OVERDUE DISCOVERY. PREPARE ANSWER TO AMENDED COMPLAINT, CROSSCLAIM AGAINST CO-DEFENDANT JVE CO. PREPARE I/R AND RFD TO DEFENDANT JVE CO. | 1.3 | 214.50 |
| 06/29/01 | DPT | TELEPHONE FROM FORMER JVE MGR RE DEFUNCT STATUS OF CORPORATION | 0.3 | 49.50 |
| 07/02/01 | DPT | INSTRUCTIONS TO WCM | 0.2 | 33.00 |
| 07/06/01 | DPT | RCV'D PLEADING FROM COURT. RCV'D REV'D THIRD PARTY COMPLAINT OF DAADS V. JVE CO., INC. | 0.3 | 49.50 |

006135                                          Invoice Number 0110289
435168    M/V APL GARNET                        Page 4
10/10/01

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 07/10/01 | CWM | RECEIVE AND REVIEW MEMORANDUM FROM DPT REGARDING PLAINTIFF'S DEPOSITION AND STATUS OF J.V.E. | 0.2 | 24.00 |
| 07/12/01 | CWM | RECIEVE AND REVIEW DISCOVERABLE DOCUMENTS PROVIDED IN RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS OF KELLAWAY TRANSPORTATION, INC. | 2.9 | 348.00 |
| 07/12/01 | DPT | RCV'D REV'D KELLAWAY'S DISCOVERY RESPONSES | 0.3 | 49.50 |
| 07/16/01 | DPT | RCV'D REV'D D'S PRO HAC VICE MOTION | 0.1 | 16.50 |
| 07/18/01 | DPT | RCV'D REV'D ANSWER AND CROSSCLAIM OF KELLAWAY INTERMODAL, INSTRUCTIONS TO WCM | 0.1 | 16.50 |
| 07/23/01 | CWM | DRAFT PRO HACE VICE MOTION FOR MIDDLE DISTRICT. | 0.2 | 24.00 |
| 07/30/01 | CWM | DRAFT ANSWER TO CROSS CLAIM OF KELLAWAY INTERMODAL. | 0.8 | 96.00 |
| 08/02/01 | CWM | RECEIVE AND REVIEW NOTICE OF DEPOSITION OF KELLAWAY; TELEPHONE CALL TO COUNSEL FOR MAERSK DEPOSITION SCHEDULS AND DISCOVERY DEADLINE; REVISE ANSWER TO CROSS CLAIM; RECEIVE AND REVIEW CORRESPONDENCE FROM COUNSEL FOR MAERSK WHICH INCLUDED EXTENSIVE DISCOVERY REQUESTS; REVIEW DISCOVERY REQUESTS; TELEPHONE CALL WITH COUNSEL FOR MAERSK TO DISCUSS KELLAWAY AS TARGET OF LITIGATION. | 1.8 | 216.00 |
| 08/20/01 | CWM | RECEIVE AND REVIEW CORRESPONDENCE FROM PLAINTIFF'S COUNSEL REGARDING DEPOSITIONS; REVIEW FILE TO PREPARE REPORT TO CLIENT; PREPARE REPORT TO CLIENT REGARDING FUTURE HANDLING. | 0.9 | 108.00 |
| 08/23/01 | CWM | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL REGARDING DEPOSITION OF CORPORATE REPRESENTATIVE; DRAFT LETTER TO KEVIN | 0.9 | 108.00 |

006135                                          Invoice Number 0110289
 435168    M/V APL GARNET                        Page 5
10/10/01

| Date | Tkpr | | Hours | Value |
| -------- | ---- | | ----- | ------- |
| | | HARTMAN REGARDING DEPOSITION OF CORPORATE REPRESENTATIVE; REVIEW SCHEDULE OF DEPOSITIONS; TELEPHONE CALL WITH CO-DEFENSE COUNSEL REGARDING EXTENSIONS OF DISCOVERY DEADLINES. | | |
| 08/24/01 | CWM | REVIEW UNIFORM INTERMODAL INTERCHANGE AND FACILITIES ACCESS AGREEMENT AND INSURANCE REQUIREMENTS WITH REGARD TO NAMING PARTIES ADDITIONAL ASSUREDS; CONDUCT RESEARCH WITH REGARD TO REQUIREMENT TO INDEMNIFY BASED ON THE INTERCHANGE AGREEMENT; DRAFT LETTER TO ATTORNEY FOR KELLAWAY TENDERING DEFENSE AND REQUESTING COPIES OF INSURANCE POLICIES; RESEARCH THE ISSUE OF FILING A DECLARATORY JUDGMENT ACTION WITH REGARD TO INSURANCE POLICIES; REVISE LETTER TO CLIENT WITH REGARD TO DEPOSITION OF CORPORTATE REPRESENTATIVE. | 3.8 | 456.00 |
| 08/27/01 | CWM | DRAFT STATUS REPORT TO CLIENT WITH REGARD TO FACTS OF CASE, DAMAGES, EXPERT REPORTS AND DEFENSES TO CLAIMS; RESEARCH ISSUE OF COGSA DEFENSES EXTENDING TO INTERMODAL TRANSPORT AND SHIFTING BURDENS OF PROOF WITH REGARD TO DEFENSES. | 2.8 | 336.00 |
| 08/27/01 | CDB | INTRA-OFFICE CONFERENCE WITH CWM REGARDING INDEMNITY AGREEMENT AND INSURANCE COVERAGE. REVIEWED AND SUPPLEMENTED TENDER LETTER. | 0.4 | 66.00 |
| 08/28/01 | CWM | CONDUCT RESEARCH WITH REGARD TO COGSA PACKAGE LIMITATION AND DEFENSE UNDER 46 U.S.C. 1304 AND BURDENS OF PROOF. | 1.6 | 192.00 |
| 08/30/01 | CWM | RECEIPT AND REVIEW OF CORRESPONDENCE FROM PLAINTIFF'S COUNSEL WITH REGARD TO DEPOSITIONS; REVIEW DOCUMENTATION ENCLOSED IN CORRESPONDENCE REGARDING CUSTOMS CLEARANCE; CONDUCT RESEARCH WITH REGARD TO TIME OF DELIVERY TO CONSIGNEE. | 1.9 | 228.00 |

```
006135                                        Invoice Number 0110289
 435168    M/V APL GARNET                     Page 6
10/10/01
```

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 09/01/01 | CWM | DRAFT LETTER TO COUNSEL WITH REGARD TO DISCOVERY EXTENSION AND DEPOSITIONS. | 0.2 | 24.00 |
| 09/05/01 | CWM | TELEPHONE CALL TO PLAINTIFF'S COUNSEL TO CONFIRM DEPOSITION; PREPARE FOR DEPOSITION OF JVE CORP. | 1.7 | 204.00 |
| 09/06/01 | CWM | TRAVEL TO HARRISBURG TO PARTICIPATE IN DEPOSITION OF CORPORATE REPRESENTATIVE OF JVE CORP. ; PARTICIPATE IN THE DEPOSITION OF JVE CORP.; RETURN TO PHILADELPHIA; RECEIVE AND RETURN PHONE CALL FROM PLAINTIFF'S COUNSEL WITH REGARD TO PROPER MAILING ADDRESS. | 6.8 | 816.00 |
| 09/07/01 | CWM | RECEIVE AND REVIEW CORRESPONDENCE FROM PLAINTIFF'S ATTORNEY IN MAERSK LINE CASE AND REVIEW DOCUMENTATION AND REQUEST FOR ADMISSIONS CONTAINED THEREIN; DRAFT MEMORANDUM OF DEPOSITION TESTIMONY OF SMITH FROM JVE CORP. | 2.2 | 264.00 |
| 09/07/01 | AMH | REVIEWED STATUS REGARDING OUTSTANDING DISCOVERY. | 0.8 | 132.00 |
| 09/10/01 | CWM | RECEIVE AND REVIEW MEMORANDUM FROM AMH REGARDING STATUS OF VARIOUS ISSUES; DRAFT PRO HAC VICE PLEADINGS FOR AMH; PREPARE RESPONSE TO MEMORANDUM FROM AMH; RECEIVE AND REVIEW CORRESPONDENCE FROM CO-DEFENSE COUNSEL REGARDING DEPOSITIONS. | 0.9 | 108.00 |
| 09/10/01 | AMH | PREPARED MEMORANDUM REGARDING STATUS & STRATEGY ; UPDATED DISCOVERY ISSUES | 0.9 | 148.50 |

```
                                        -----
                         TOTAL HOURS     39.0
```

```
006135
  435168   M/V APL GARNET                      Invoice Number 0110289
10/10/01                                        Page 7
```

During the period in question we expended
39.0 hours as follows :


SENIOR ASSOCIATE TIME :
-----------------------
James A. Wescoe              JAW      4.4 hours @ $120.00 =        $528.00
Charles W. McCammon         CWM     29.6 hours @ $120.00 =      $3,552.00

PARTNER TIME :
--------------
Carl D. Buchholz, III       CDB      0.4 hours @ $165.00 =         $66.00
Ann-Michele M. Higgins      AMH      1.7 hours @ $165.00 =        $280.50
David P. Thompson           DPT      2.9 hours @ $165.00 =        $478.50
                                                              ------------


                  CURRENT FEES                                  4,905.00



FOR COSTS ADVANCED AND EXPENSES INCURRED:

                  TRAVEL                                            3.07
                  DELIVERY SERVICE                                 11.79
                  DUPLICATING IN-OFFICE                           164.00
                  FILING FEES                                      50.00
                  POSTAGE/SHIPPING                                 34.68
                  RECORD COPY FEES                                164.10
                  FACSIMILE                                        78.00
                  LONG DISTANCE                                     5.30
                  TRAVEL                                          102.67

                  CURRENT EXPENSES                                613.61


                  TOTAL AMOUNT OF THIS INVOICE                  5,518.61
                                                              ============

006135

10/10/01

Invoice Number 0110289
Page 8

PAYMENT TERMS:   NET 30 DAYS
PLEASE REFERENCE THE INVOICE
NUMBER ON YOUR REMITTANCE

```
                    RAWLE & HENDERSON LLP
                    THE WIDENER BUILDING
                    ONE SOUTH PENN SQUARE
                    PHILADELPHIA, PA 19107
                       215-575-4200
                    TAX ID NO: 23-1525820
```

```
Mel Patterson
Thomas Miller (Americas), Inc.        Invoice Number   0108399
505 Montgomery Street                 Invoice Date     08/09/01
San Francisco, CA  94111-5401         Client Number    006135
                                      Matter Number     435168
                                      Incident Date    06/18/99
                                      YOUR File     M/V APL GAR
                                                    NET VOYAGE
```

----------------------------------------------------------------------

Re: M/V APL GARNET


FOR PROFESSIONAL SERVICES RENDERED FROM 02/07/01 THROUGH 03/31/01:

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 02/07/01 | JAW | RECEIVED AND REVIEWED LETTER FROM PLAINTIFF'S COUNSEL REGARDING INSPETION OF KELLAWAY FACILITY. | 0.1 | 12.00 |
| 02/07/01 | JAW | DRAFTED RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS. | 1.0 | 120.00 |
| 02/12/01 | DPT | CORRESPOND WITH ADVERSARY. | 0.1 | 16.50 |
| 02/13/01 | DPT | TELEPHONE PLAINTIFF'S COUNSEL. | 0.3 | 49.50 |
| 02/13/01 | JAW | RECEIVED AND REVIEWED CORRESPONDENCE FROM KELLAWAY'S COUNSEL REGARDING DISCOVERY. | 0.1 | 12.00 |
| 02/15/01 | JAW | TELEPHONE CALL TO KELLAWAY'S COUNSEL REGARDING SETTLEMENT POSITION. | 0.1 | 12.00 |
| 02/15/01 | JAW | DRAFTED LETTER TO KELLAWAY'S COUNSEL REGARDING HIS REQUEST FOR PRIVILEGE LOG. | 0.2 | 24.00 |
| 02/16/01 | JAW | TELEPHONE CALL TO CLIENT REGARDING T.I.R. REPORT. | 0.1 | 12.00 |
| 02/16/01 | JAW | REVIEWED FILE FOR INFORMATION REGARDING TRANSFER INTERCHANGE AGREEMENT. | 0.3 | 36.00 |

```
006135   THOMAS MILLER (AMERICAS) INC.           Invoice Number 0108399
 435168   M/V APL GARNET                          Page 2
08/09/01
```

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 02/19/01 | JAW | DRAFTED LETTER TO CLIENT REGARDING REQUEST FOR TIR, INTERMODEL AGREEMENT INFORMATION. | 0.2 | 24.00 |
| 02/19/01 | JAW | CONTINUED DRAFT OF RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS. | 1.3 | 156.00 |
| 02/19/01 | JAW | DRAFTED LETTER TO PLAINTIFF'S COUNSEL REGARDING RESPONSE TO REQUEST FOR ADMISSIONS. | 0.2 | 24.00 |
| 02/19/01 | JAW | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL REGARDING RESPONSE TO REQUEST FOR ADMISSIONS. | 0.1 | 12.00 |
| 02/19/01 | JAW | FOLLOW-UP CALL TO THIRD PARTY DEFENDANT'S COUNSEL REGARDING SETTLEMENT POSITION. | 0.1 | 12.00 |
| 02/20/01 | DPT | RCV'D CORRESP FROM P'S COUNSEL RE SETTLEMENT DEMAND AND DISCOVERY REQUESTS. | 0.1 | 16.50 |
| 02/20/01 | JAW | TELEPHONE CALL FROM KELLAWAY'S COUNSEL REGARDING POTENTIAL SETTLEMENT. | 0.1 | 12.00 |
| 02/21/01 | DPT | REVISE REPORT TO CLIENT | 0.1 | 16.50 |
| 02/21/01 | JAW | TELEPHONE CALL TO PLAINTIFF'S COUNSEL REGARDING DEMAND STATUS. | 0.1 | 12.00 |
| 02/21/01 | JAW | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF'S COUNSEL REGARDING DISCOVERY ISSUES. | 0.1 | 12.00 |
| 02/21/01 | JAW | DRAFTED STATUS LETTER TO CLIENT REGARDING SETTLEMENT STATUS AND DISCOVERY STATUS. | 0.3 | 36.00 |
| 03/01/01 | DPT | TELEPHONE FROM P'S COUNSEL, DISCUSS FURTHER DISCOVERY NEEDED WITH JAW | 0.2 | 33.00 |
| 03/01/01 | JAW | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL REGARDING DISCOVERY STATUS. | 0.1 | 12.00 |

```
006135   THOMAS MILLER (AMERICAS) INC.          Invoice Number 0108399
 435168   M/V APL GARNET                          Page 3
08/09/01
```

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 03/01/01 | JAW | TELEPHONE CALL TO PLAINTIFF'S COUNSEL REGARDING RESPONSE TO DEMAND. | 0.1 | 12.00 |
| 03/05/01 | DPT | RCV'D REV'D NOTICE OF DEP, CORRESPONDENCE WITH CLIENT | 0.1 | 16.50 |
| 03/05/01 | JAW | DRAFTED ELTTER TO CLIENT REGARDING DISCOVERY NEEDED FOR CASE. | 0.3 | 36.00 |
| 03/05/01 | JAW | DRAFTED NOTICE OF DEPOSITION TO PLAINTIFF. | 0.4 | 48.00 |
| 03/05/01 | JAW | DRAFTED NOTICE OF DEPOSITION TO THIRD-PARTY DEFENDANT. | 0.4 | 48.00 |
| 03/05/01 | JAW | DRAFTED LETTER TO COUNSEL FOR KELLAWAY REGARDING DEPOSITION. | 0.2 | 24.00 |
| 03/05/01 | JAW | DRAFTED LETTER TO PLAINTIFF'S COUNSEL REGARDING DEP AND DISCOVERY ISSUES. | 0.3 | 36.00 |
| 03/09/01 | JAW | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF'S COUNSEL REGARDING DISCOVERY AND SUPPLEMENTAL REPORT OF PLAINTIFF'S LIABILITY EXPERT; TELEPHONE CALL FROM COUNSEL FOR PEN WAREHOUSE REGRADING STATUS OF CASE - NO GROUNDS FOR NAMING PENN WAREHOUSE. | 0.3 | 36.00 |
| 03/09/01 | DPT | TELEPHONE FROM CLIENT, TELEPHONE ADVERSARY RE DEPOSITION ISSUES | 0.2 | 33.00 |
| 03/12/01 | JAW | DRAFTED FOLLOW UP LETTER TO CLIENT REGARDING DISCOVERY STATUS. | 0.2 | 24.00 |
| 03/13/01 | JAW | RECEIVED AND REVIEWED NOTICE OF DEPOSITION OF PLAINTIFF'S REP FROM KELLAWAY. | 0.1 | 12.00 |
| 03/13/01 | JAW | TELEPHONE CALL FROM KELLAWAY'S COUNSEL REGARDING DISCOVERY STATUS. | 0.1 | 12.00 |

```
006135   THOMAS MILLER (AMERICAS) INC.              Invoice Number 0108399
 435168   M/V APL GARNET                             Page 4
08/09/01
```

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 03/14/01 | JAW | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL REGARDING NO APPEARANCE OF WITNESS FOR DEPOSITION. | 0.1 | 12.00 |
| 03/14/01 | DPT | TELEPHONE FROM KEVIN HARTMANN RE DISCOVERY ISSUES | 0.2 | 33.00 |
| 03/14/01 | DPT | INSTRUCTIONS TO JAW RE DISCOVERY RESPONSES | 0.2 | 33.00 |
| 03/14/01 | DPT | RCV'D CORRESPONDENCE FROM CLIENT | 0.1 | 16.50 |
| 03/15/01 | DPT | REVISE CORRESPONDENCE WITH MITSUI AND WITH P'S COUNSEL | 0.1 | 16.50 |
| 03/15/01 | JAW | DRAFTED LETTER TO COUNSEL REGARDING CONFIRM DEPOSITION STATUS. | 0.2 | 24.00 |
| 03/15/01 | JAW | RECEIVED AND REVIEWED UNIFORM INTERMODAL INTERCHANGE AGREEMENT SENT BY CLIENT. | 0.1 | 12.00 |
| 03/15/01 | JAW | DRAFTED REPORT LETTER TO CLIENT REGARDING DISCOVERY ISSUES. | 0.3 | 36.00 |
| 03/15/01 | JAW | DRAFTED LETTER TO KELLAWAY'S COUNSEL REGARDING OVERDUE DISCOVERY. | 0.2 | 24.00 |
| 03/15/01 | JAW | DRAFTED LETTER TO PLAINTIFF'S COUNSEL REGARDING OVERDUE DISCOVERY. | 0.2 | 24.00 |
| 03/15/01 | JAW | REVIEWED FILE FOR ADDITIONAL INFORMATION ABOUT DISCOVERY STATUS. | 0.2 | 24.00 |
| 03/15/01 | JAW | DRAFTED LETTER TO PLAINTIFF'S COUNSEL REGARDING ADDITIONAL DISCOVERY RESPONSES PROVIDED BY OUR CLIENT. | 0.3 | 36.00 |
| 03/15/01 | JAW | RECEIVED AND REVIEWED KELLAWAY'S COUNSEL'S PETITION FOR ADMISSION. | 0.1 | 12.00 |
| 03/16/01 | JAW | RECEIVED CORRESPONDENCE FROM CLIENT REGADING NOTICE OF DEPOSITION. | 0.1 | 12.00 |

```
006135    THOMAS MILLER (AMERICAS) INC.           Invoice Number 0108399
 435168   M/V APL GARNET                          Page 5
08/09/01
```

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 03/16/01 | JAW | DRAFTED LETTER TO CLIENT REGARDING NOTICE OF DEPOSITIONS. | 0.2 | 24.00 |
| 03/19/01 | JAW | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF'S COUNSEL RGARDING OVERDUE DISCOVERY. | 0.1 | 12.00 |
| 03/19/01 | JAW | DRAFTED LETTER TO PLAINTIFF'S COUNSEL REGARDING OVERDUE DISCOVERY. | 0.3 | 36.00 |
| 03/19/01 | DPT | REVIEW CORRESP W P'S COUNSEL | 0.1 | 16.50 |
| 03/19/01 | DPT | RCV'D FURTHER MESSAGE FROM P'S COUNSEL | 0.1 | 16.50 |
| 03/20/01 | DPT | TELEPHONE FROM P'S COUNSEL | 0.1 | 16.50 |
| 03/21/01 | JAW | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL REGARDING DISCOVERY ISSUES. | 0.2 | 24.00 |
| 03/21/01 | JAW | DRAFTED LETTER TO COUNSEL FOR KELLAWAY REGARDING OVERDUE DISCOVERY. | 0.2 | 24.00 |
| 03/21/01 | JAW | DRAFTED LETTER TO PLAINTIFF'S COUNSEL REGARDING SUPPLEMENTAL AMENDED RESPONSES TO REQUEST FOR ADMISSIONS. | 0.2 | 24.00 |
| 03/21/01 | JAW | DRAFTED SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS. | 0.8 | 96.00 |
| 03/21/01 | DPT | TELEPHONE ADVERSARY RE FURTHER DISCOVERY NEEDS | 0.4 | 66.00 |
| 03/22/01 | DPT | REVISE AMENDED ANSWERS TO INTERROGATORIES | 0.3 | 49.50 |
| 03/26/01 | JAW | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF'S COUNSEL REGARDING CONSOLIDATION AND DISCOVERY ISSUES. | 0.1 | 12.00 |

```
                                                  -----
                                TOTAL HOURS        13.5
```

```
006135   THOMAS MILLER (AMERICAS) INC.        Invoice Number 0108399
 435168   M/V APL GARNET                       Page 6
08/09/01
```

During the period in question we expended
13.5 hours as follows :


SENIOR ASSOCIATE TIME :
----------------------
James A. Wescoe          JAW    10.8 hours @ $120.00 =     $1,296.00

PARTNER TIME :
--------------
David P. Thompson        DPT     2.7 hours @ $165.00 =      $445.50
                                                          ------------

                CURRENT FEES                              1,741.50


FOR COSTS ADVANCED AND EXPENSES INCURRED:

                    DELIVERY SERVICE                          22.94
                    DUPLICATING IN-OFFICE                     29.50
                    POSTAGE/SHIPPING                           5.68
                    FACSIMILE                                100.50
                    LONG DISTANCE                              1.32
                 CURRENT EXPENSES                            159.94


                TOTAL AMOUNT OF THIS INVOICE              1,901.44
                                                          ============


                TOTAL BALANCE DUE UPON RECEIPT            1,901.44
                                                          ============


                PAYMENT TERMS:  NET 30 DAYS
                PLEASE REFERENCE THE INVOICE
                NUMBER ON YOUR REMITTANCE

H

RAWLE & HENDERSON LLP
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
215-575-4200
TAX ID NO: 23-1525820


Mel Patterson
Thomas Miller (Americas), Inc.
505 Montgomery Street
San Francisco, CA  94111-5401

| | |
|---|---|
| Invoice Number | 0009651 |
| Invoice Date | 09/22/00 |
| Client Number | 006135 |
| Matter Number | 435168 |
| Incident Date | 06/18/99 |
| YOUR File | |

--------------------------------------------------------------------------
Re: PHILLIPS-VAN HEUSEN CORP. V. MITSUI OSK LINES (AMERICA) INC.


FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/00:

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 08/01/00 | DPT | TELEPHONE FROM K. HARTMANN, OPEN NEW FILE | 0.2 | 33.00 |
| 08/01/00 | DPT | CORRESPOND WITH CLIENT, TELEPHONE ADVERSARY | 0.2 | 33.00 |
| 08/02/00 | DPT | TELEPHONE PLAINTIFF'S COUNSEL, OBTAIN EXTENSION, CONFIRM IN WRITING | 0.3 | 49.50 |
| 08/04/00 | DPT | TELEPHONE K. HARTMANON, REVIEW CLAIMS FILE | 0.7 | 115.50 |
| 08/04/00 | DPT | REVIEW CERTIFICATE ON INSURANCE | 0.2 | 33.00 |
| 08/07/00 | DPT | RECEIVED AND REVIEWED BILL OF LADING TERMS | 0.3 | 49.50 |
| 08/10/00 | DPT | RECEIVED CORRESPONDENCE FROM PLAINTIFF'S COUNSEL | 0.1 | 16.50 |
| 08/29/00 | JAW | RECEIVED AND REVIEWED FILE CONTENTS IN PREPARATION FOR DRAFT OF ANSWER AND 3RD PARTY COMPLAINT | 1.6 | 192.00 |
| 08/29/00 | JAW | DRAFTED ANSWER OF THIRD PARTY COMPLAINT | 2.2 | 264.00 |

```
006135    THOMAS MILLER (AMERICAS) INC.           Invoice Number 0009651
 435168   PHILLIPS-VAN HEUSEN CORP. V. MITSUI OSK     Page 2
09/22/00
```

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 08/29/00 | JAW | DRAFTED LETTER TO COURT RE: FILING OF ANSWER | 0.2 | 24.00 |
| 08/30/00 | JAW | DRAFTED AND COMPLETED REVISED ANSWER AND 3RD PARTY COMPLAINT | 0.4 | 48.00 |
| 08/30/00 | JAW | DRAFTED SUMMONS | 0.2 | 24.00 |
| 08/30/00 | JAC | REVIEW ANSWER TO COMPLAINT. | 0.6 | 72.00 |
| | | TOTAL HOURS | 7.2 | |

During the period in question we expended
7.2 hours as follows :


SENIOR ASSOCIATE TIME :
------------------------
James A. Wescoe         JAW    4.6 hours @ $120.00 =      $552.00
Jennifer A. Cottell     JAC    0.6 hours @ $120.00 =       $72.00

PARTNER TIME :
--------------
David P. Thompson       DPT    2.0 hours @ $165.00 =      $330.00
                                                    ------------

                 CURRENT FEES                              954.00

```
006135    THOMAS MILLER (AMERICAS) INC.          Invoice Number 0009651
 435168    PHILLIPS-VAN HEUSEN CORP. V. MITSUI OSK    Page 3
09/22/00 ·
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
                 DUPLICATING IN-OFFICE                  34.25
                 POSTAGE/SHIPPING                         2.20

            CURRENT EXPENSES                             36.45


            TOTAL AMOUNT OF THIS INVOICE               990.45
                                                   ============
```

PAYMENT TERMS:  NET 30 DAYS
PLEASE REFERENCE THE INVOICE
NUMBER ON YOUR REMITTANCE

# R C
# R S   Royal Court Reporting Service, Inc.

1422 Chestnut Street ▪ Suite 200R ▪ Philadelphia, Pennsylvania 19102 ▪ Tel: (215) 563-1782 ▪ Fax: (215) 563-2955

*ID No.: 23-2665492*

Through Transport Mutual/TT Club
As paying agent
c/o Thomas Miller P&I

Attention: Service Department

Invoice No:      1185723

12/26/2001      6155    FK

Re: Phillips-Van Heusen Corp. vs.    Mitsui OSK Lines, Ltd, et al.
Assignment Date: November 20, 2001

David M. McLaughlin

Standard Billing – Copy      241.0  Pages                    566.35
Copying of Exhibits                                            15.00
                                                           ==========
                                    Total Amount $           581.35
                             Less Paid To Date $               0.00
                                      Total due $            581.35

United We Stand!!

Please Make Checks Payable To:
Royal Court Reporting Service

Complete Litigation Support ▪ Computerized Transcription ▪ Videotaping Services ▪ ASCII & Discovery ZX ▪ Condensed Transcr



# Royal Court Reporting Service, Inc.

1422 Chestnut Street ▪ Suite 200R ▪ Philadelphia, Pennsylvania 19102 ▪ Tel: (215) 563-1782 ▪ Fax: (215) 563-2955

*ID No.: 23-2665492*

Through Transport Mutual/TT Club
As paying agent
c/o Thomas Miller P&I

**Invoice No:**    1180464

Attention: Service Department

10/19/2001    6155    HA

Re: Phillips-Van Heusen Corp. vs.    J.V.E. Co., Inc.
Assignment Date: October 02, 2001


Vincent Pastore

Standard Billing - Copy    237.0    Pages              556.95
Copying of Exhibits                                      7.50
                                                    ==========
                          Total Amount $      564.45
                       Less Paid To Date $        0.00
                             Total due $      564.45

United We Stand!!


Please Make Checks Payable To:
Royal Court Reporting Service

Complete Litigation Support ▪ Computerized Transcription ▪ Videotaping Services ▪ ASCII & Discovery ZX ▪ Condensed Transcripts

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, a copy of the foregoing Trial Brief Regarding the Issue of Attorney's Fees on behalf of defendant Mitsui O.S.K. Lines Ltd. has been served on all counsel of record via U.S. First Class Mail, postage pre-paid to:

George R. Zacharkow, Esquire
Mattioni, Ltd.
399 Market Street
Second Floor
Philadelphia, PA 19106-2138

Patrick J. Keenan, Esquire
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA 19106

William E. Ecenbarger, Jr., Esquire
Palmer, Biezup and Henderson
956 Public Ledger building
620 Chestnut Street
Philadelphia, PA 19106

Carl H. Delacato, Jr., Esquire
Frederick E. Blakelock, Esquire
Hecker, Brown, Sherry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

_____
Charles W. McCammon, Esquire
Ann-Michele G. Higgins, Esquire

Date:_____

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Trial Brief Regarding the Issue of Attorney's Fees on behalf of defendant Mitsui O.S.K. Lines Ltd. has been served on all counsel of record via U.S. First Class Mail, postage prepaid to:

George R. Zacharkow, Esquire
Mattioni, Ltd.
399 Market Street
Second Floor
Philadelphia, PA 19106-2138

Patrick J. Keenan, Esquire
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA 19106

William E. Ecenbarger, Jr., Esquire
Palmer, Biezup and Henderson
956 Public Ledger building
620 Chestnut Street
Philadelphia, PA 19106

Carl H. Delacato, Jr., Esquire
Frederick E. Blakelock, Esquire
Hecker, Brown, Sherry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

_____
Charles W. McCammon, Esquire
Ann-Michele G. Higgins, Esquire

Date: 9/3/02