# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIPS-VAN HEUSEN CORP.,<br>        Plaintiff<br>v.<br><br>MITSUI O.S.K. LINES, LTD., et. al.<br>        Defendants | NO.: 1:CV-00-0665<br>CIVIL ACTION – LAW<br>(Judge Rambo)<br>(Consolidated with 1:CV-00-0691) |
| MITSUI O.S.K. LINES, LTD., et al.<br>        Third Party Plaintiffs<br>v.<br><br>KELLAWAY TRANSPORTATION, INC., et al.,<br>        Third Party Defendants |  |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter our appearance on behalf of Cross-Claimants and Third Party Defendants Kellaway Transportation, Inc. Kellaway Intermodal and Distributions Systems, Inc.., Kellaway Intermodal Services, Inc., Kellaway Terminal Services, Inc.., in association with Patrick J. Keenan, Esquire, Duffy & Keenan, The Curtis Center, Suite 1150, Independence Square West, Philadelphia, PA 19106.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

By: _____
Douglas B. Marcello, Esquire
I.D. No. 36510
305 North Front Street, 6th Floor
Harrisburg, PA 17108-0999
(717) 255-7238
*Counsel for Kellaway Transportation, Inc.*
*Kellaway Intermodal and Distributions*
*Systems, Inc.., Kellaway Intermodal Services,*
*Inc., Kellaway Terminal Services, Inc..*

Date: September 13, 2002

## CERTIFICATE OF SERVICE

AND NOW, this 13th day of September, 2002, I hereby certify that I sent a true and correct copy of the foregoing document by placing a copy of the same in the United States Mail, postage prepaid, to the following:

Carl H. Delacato, Jr.
**Hecker, Brown, Sherry and Johnson**
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
*Attorneys for Plaintiff Van Heusen*

George R. Zacharkow, Esquire
**Mattioni, Ltd.**
399 Market Street, 2nd Fl.
Philadelphia, PA  19106
*Attorneys for Plaintiff Van Heusen*

Ann-Michele G. Higgins, Esquire
James A. Wescoe, Esquire
Charles W. McCammon
**Rawle & Henderson**
The Widener Building, 16th Floor
One S. Penn Square
Philadelphia, PA  19107
*Attorneys for Defendant and Third Party Plaintiff Mitsui O.S.K. Lines, Ltd.*

Patrick J. Keenan, Esquire
Eileen C. Tannenbaum, Esquire
**Duffy and Quinn**
The Curtis Center
Suite 1150
Independence Square West
Philadelphia, PA  19106
*Attorneys for Third Party Defendant and Cross-Claimant Kellaway Intermodal & Distribution Systems, Inc.*

Richard Q. Whelan, Esquire
Wiliam E. Ecenbarger, Jr., Esquire
**Palmer, Biezup & Henderson**
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106
*Attorneys for Defendant, Cross-Defendant*
*Dampskibsselskabet AF 1912 Aktieselskab and*
*Defendant and Third-Party Plaintiff*
*Aktieselskabet Dampskibsselskabet Svendborg*

                                        **THOMAS, THOMAS & HAFER, LLP**

By: _____
        Douglas B. Marcello, Esquire