

## Return Receipt

| | |
|---|---|
| Your document: | 1:00-CV-665 |
| was received by: | Lynn Lopez/CA03/03/USCOURTS |
| at: | 09/17/2002 04:22:15 PM |

FILED
HARRISBURG

SEP 17 2002

MARY E. D'ANDREA, CLERK
Per_____
         DEPUTY CLERK