ORIGINAL

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

215-299-4922

September 20, 2002

**FILED**
HARRISBURG, PA

SEP 2 0 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**NOTICE OF DOCKETING OF APPEAL**

**Phillips-Van Heusen v. Mitsui O.S.K. Lines**

No. 00-cv-00665

(Honorable Sylvia H. Rambo)

An appeal by **(Kellaway Transportation, et al.)** was filed in the above-caption case on 9/13/02, and docketed in this Court on 9/20/02, at No. **02-3577**.

Kindly use the Appeals Docket No. **02-3577** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Dana Moore** at Dana_Moore@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**