# THOMAS, THOMAS & HAFER LLP
### ATTORNEYS AT LAW

305 North Front Street, P.O. Box 999, Harrisburg, PA 17108
Phone: (717) 237-7100   Fax: (717) 237-7105

**FILED**
**SEP 27 2002**
PER _____
HARRISBURG, PA   DEPUTY CLERK

www.tthlaw.com

*Paul R. Walker*
*(717) 441-7060*
*prw@tthlaw.com*

September 23, 2002

Carl H. Delacato, Jr., Esquire
**Hecker, Brown, Sherry and Johnson**
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

George R. Zacharkow, Esquire
**Mattioni, Ltd.**
399 Market Street, 2nd Fl.
Philadelphia, PA 19106

Richard Q. Whelan, Esquire
William E. Ecenbarger, Jr., Esquire
**Palmer, Biezup & Henderson**
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106

Ann-Michele G. Higgins, Esquire
James A. Wescoe, Esquire
Charles W. McCammon
**Rawle & Henderson**
The Widener Building, 16th Floor
One S. Penn Square
Philadelphia, PA 19107

Patrick J. Kennan, Esquire
Eileen C. Tannebaum, Esquire
**Duffy and Quinn**
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA 19106

Re:   *Philips-Van Heusen Corp. v. Mitsui O.S.K. Lines, Ltd., et al.; Mitsui O.S.K. Lines, Ltd., et al. v. Kellaway Transportation, Inc., et al.;*
U.S.M.D.C. No.: 1:CV:00-0665

Counsel:

   As you know, this office represents the various Kellaway entities for purposes of appeal. From my discussion with the Clerk's Office at the United States District Court, Middle District, the documents maintained in the court file do not include the exhibits which were introduced and admitted into evidence at trial. The Clerk's Office has indicated that we would need to make arrangements directly with the other attorneys in the case for any production of exhibits to the Court of Appeals for the Third Circuit.

   I anticipate that any exhibits that will be needed will be filed with the Court of Appeals and produced via an appendix. In the event that any exhibits are needed that may be in your possession, we will contact your respective offices to arrange for any needed production or copying. Please retain all exhibits that were introduced and admitted into evidence accordingly.

---

Lehigh Valley Office:   3400 Bath Pike, Suite 201, Bethlehem, PA 18017   ♦   Phone: (610) 868-1675   ♦   Fax: (610) 868-1702

THOMAS, THOMAS & HAFER LLP

PAGE 2

Counsel
September 23, 2002

    Thank you for your anticipated cooperation in the above. If you have any questions, please do not hesitate to contact me.

                                      Very truly yours,

                                      Paul R. Walker
                                      THOMAS, THOMAS & HAFER, LLP

PRW:smb:183263.1
cc:    U.S.D.C., Clerk's Office