

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
------------------------------------------------------------x
PHILLIPS-VAN HEUSEN CORP.,
                    Plaintiff,

     - against -

MITSUI O.S.K. LINES LTD.;
DAMPSKIBSSELSKABET AF 1912
AKTIESELSKAB and AKTIESELSKABET
DAMPSKIBSSELSKABET SVENDBORG,
        Defendants/Third Party Plaintiffs,

     - against -

KELLAWAY TRANSPORTATION, INC.;
KELLAWAY INTERMODAL & DISTRIBUTION
SYSTEMS, KELLAWAY INTERMODAL
SERVICES, INC. and KELLAWAY TERMINAL
SERVICES, INC.,
        Third Party Defendants.
------------------------------------------------------------x

Civil Action No.: 1: CV-00-0665
(Hon. Sylvia H. Rambo)

(Consolidated with 1:CV00-0691)
(3rd Circuit Docket #02-3577)

FILED
HARRISBURG, PA

SEP 27 2002

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

### NOTICE OF CROSS APPEAL AND APPEAL OF DEFENDANT DDAMPSKIBSSELELSKABET AF 1912 AKTIESELSKAB and AKTIESELSKABET DAMPSKIBSSELSKABET SVENBORG t/a MAERSK LINE

Third- Party Defendant Kellaway filed a Notice of Appeal in the captioned matter on September 13, 2002 (U.S. Court of Appeals for the Third Circuit Docket No. 02-3577).

NOTICE IS HEREBY GIVEN that Defendant and Third-Party Plaintiff Dampskibsselskabet AF 1912 Aktieselskab and Articselskabet Dampskibsselskabet Svenborg t/a Maersk Line (hereinafter "DAADS t/a Maersk Line") hereby cross appeals and appeals to The United States Court of Appeals for the Third Circuit from the judgment / decision in this consolidated action including but not limited to the Memorandum, Findings of Fact and

PBH: 153464.1

Conclusions of Law of the United States District Court for the Middle District of Pennsylvania dated and entered on August 14, 2002 (copy attached) and any and all final judgment(s), interlocutory decisions, opinions, orders and rulings related to said judgment.

          Respectfully submitted,

          PALMER BIEZUP & HENDERSON LLP

By: _____
     Richard Q. Whelan (ID # 35688)
     William E. Ecenbarger, Jr.
     Attorneys for Defendant and Third
     Party Plaintiff DAADS (t/a Maersk Line)
     956 Public Ledger Building
     620 Chestnut Street
     Philadelphia, PA 19106-3409
     (215) 625-9900

Dated: September 26, 2002

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that service of a true and correct copy of Defendant/Third-Party Plaintiff DAADS t/a Maersk Line's Notice of Cross Appeal and Appeal was made to the below-listed counsel via First-Class Mail postage pre-paid on September 26, 2002.

George R. Zacharkow, Esquire
Mattioni Ltd.
399 Market Street, 2nd Floor
Philadelphia, PA 19106

Carl H. Delacato, Esquire
Hecker, Brown, Sherry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Ann-Michele G. Higgins, Esquire
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Patrick J. Keenan, Esquire
Duffy & Keenan
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA 19106

Douglas B. Marcello, Esquire
Thomas, Thomas & Hafer
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108

PALMER BIEZUP & HENDERSON LLP

By: /s/ Richard Q. Whelan
Richard Q. Whelan
Attorney for DAADS t/a Maersk Line
620 Chestnut Street
956 Public Ledger Building
Philadelphia, PA 19106-3409
(215) 625-9900

Dated: September 26, 2002

PBH: 153464.1



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

**RE:**
**Phillips-Van Heusen Corp**
              **Vs**
**Mitsui O.S.K. Lines Ltd., Dampskibsselskabet**
**AF 1912 Aktieselskab and Aktieselskabet**
**Dampskibsselskabet Svendborg,**

**Defendants/Third Party Plaintiffs**
              **Vs**
**Kellaway Transportation, Inc., Kellaway Intermodal**
**& Distribution Systems, Kellaway Intermodal Services, Inc.,**
**and Kellaway Terminal Services, Inc.**

            **USDC NO: 1:00-CV-665**
            **USCA NO:**
            **E-mail Account: All correspondence should be sent to the e-mail account:**
            **PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____        **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet**
              **available through RACER.**

__X__         **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and**
              **Docket Sheet available through RACER.**

         **The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.**

                                             Very truly yours,

                                             s/ Mark J. Armbruster
                                             Deputy Clerk

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PA

Phillips-Van Heusen Corp

Plaintiff
    Vs
Mitsui O.S.K. Lines Ltd., Dampskibsselskabet
AF 1912 Aktieselskab and Aktieselskabet
Dampskibsselskabet Svendborg,

Defendants/Third Party Plaintiffs
    Vs
Kellaway Transportation, Inc., Kellaway Intermodal
& Distribution Systems, Kellaway Intermodal Services, Inc.,
and Kellaway Terminal Services, Inc.

Third Party Defendants

DISTRICT COURT NO. 1:00-CV-665

CT. OF APPEALS NO. _____

NOTICE OF APPEAL FILED

COURT REPORTER(S) Vicki Fox

FILING FEE:

NOTICE OF APPEAL  X PAID   ___NOT PAID   ___SEAMAN

DOCKET FEE    X PAID   ___NOT PAID   ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
    (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
    (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:
Judge Sylvia H. Rambo
Carl H. Delacato, Jr., Esq.
George R. Zachardow, Esq.
David P. Thompson, Esq.
Charles W. McCammon, Esq.
Ann-Michele G. Giggins, Esq.

James A. Wescoe, Esq.
Eileen C. Tannenbaum, Esq.
Patrick J. Keenan, Esq.
Douglas B. Marcello, Esq.
Richard Q. Whelan, Esq.
William E. Ecenbarger, Jr., Esq.

Date: September 30, 2002

PREPARED BY: /s/ Mark J. Armbruster
    Deputy Clerk