

94
9-30-02
MR

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
~BURG, PA

PHILLIPS-VAN HEUSEN CORP.,                    :    CIVIL ACTION        SEP 2 7 2002

                      Plaintiff               :                        ___, CLERK
                                              :    NO. 1:CV00-0665
          -against-                           :
                                              :
J.V.E. Co., Inc.                              :
(a/k/a Japan Vehicle Equipment Co.,           :    (Judge Sylvia H. Rambo)
U.S.A., Inc.)                                 :
                                              :
                      Defendant               :
                                              :
          and                                 :    **THIRD CIRCUIT COURT OF**
                                              :    **APPEALS DOCKET NO. 02-3577**
MITSUI O.S.K. LINES LTD., and                 :
                                              :
DAMPSKIBSSELSKABET AF 1912                    :
AKTIESELSKAB and AKTIESELSKABET               :
DAMPSKIBSSELSKABET SVENDBORG,                 :
          Defendants/Third Party Plaintiffs,  :
                                              :
          - against -                         :
                                              :
KELLAWAY TRANSPORTATION, INC.,                    :
KELLAWAY INTERMODAL & DISTRIBUTION                :
SYSTEMS, KELLAWAY INTERMODAL                  :
SERVICES, INC. and KELLAWAY TERMINAL :
SERVICES, INC.,                               :
          Third Party Defendants.             :

## NOTICE OF CROSS-APPEAL AND APPEAL

     Third-party defendant Kellaway filed a Notice of Appeal in the captioned matter on

September 13, 2002, docketed at 02-3577.

Notice is hereby given that Phillips-Van Heusen Corporation, plaintiff in the above case, hereby cross-appeals and appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Findings of Fact and Conclusions of Law originally entered in this action by the Honorable Sylvia Rambo on the 14th day of August 2002 (a copy of which is attached hereto), to the extent that appropriate damages for market value were not awarded.

Respectfully submitted,

HECKER BROWN SHERRY AND JOHNSON LLP

BY: _____*Carl H. Delacato*_____

CARL H. DELACATO, JR.
1700 Two Logan Square - 17th & Arch Streets
Philadelphia, PA 19103-2769
(215) 665-0400
Attorney for Plaintiff,
Phillips-Van Heusen Corporation

MATTIONI, LTD.

BY: _____*George R. Zacharkow*_____

GEORGE R. ZACHARKOW
399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600
Attorney for Plaintiff,
Phillips-Van Heusen Corporation

Dated: September 26, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Cross-Appeal and

Appeal of plaintiff Phillips-Van Heusen Corporation was served on all counsel of record via first

class mail postage pre-paid addressed as follows:

George R. Zacharkow, Esquire
MATTIONI, LTD.
399 Market Street
Second Floor
Philadelphia, PA 19106-2138

Patrick J. Keenan, Esquire
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA 19106

Richard Q. Whelan, Esquire
William E. Ecenbarger, Jr., Esquire
PALMER, BIEZUP AND HENDERSON
956 Public Ledger building
620 Chestnut Street
Philadelphia, PA 19106

Ann-Michelle Higgins, Esquire
RAWLE & HENDERSON LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Douglas B. Marcello, Esquire
THOMAS, THOMAS & HAFER LLP
305 North Front Street
P.O. Box 999
Harrisburg, PA 17107

Carl H. Delacato, Jr.

Dated: September 26, 2002

98799-1

HECKER BROWN SHERRY AND JOHNSON LLP

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PA

Phillips-Van Heusen Corp                          DISTRICT COURT NO. 1:00-CV-665

Plaintiff
                    Vs                            CT. OF APPEALS NO. _____
 Mitsui O.S.K. Lines Ltd., Dampskibsselskabet
AF 1912 Aktieselskab and Aktieselskabet
Dampskibsselskabet Svendborg,

Defendants/Third Party Plaintiffs
                    Vs
Kellaway Transportation, Inc., Kellaway Intermodal
& Distribution Systems, Kellaway Intermodal Services, Inc.,
and Kellaway Terminal Services, Inc.

Third Party Defendants


NOTICE OF APPEAL FILED                            COURT REPORTER(S) Vicki Fox

FILING FEE:

NOTICE OF APPEAL  X PAID  ___NOT PAID  ___SEAMAN

DOCKET FEE    X  PAID ___NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
            (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
            (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:
Judge Sylvia H. Rambo                    James A. Wescoe, Esq.
Carl H. Delacato, Jr., Esq.              Eileen C. Tannenbaum, Esq.
George R. Zachardow, Esq.                Patrick J. Keenan, Esq.
David P. Thompson, Esq.                  Douglas B. Marcello, Esq.
Charles W. McCammon, Esq.                Richard Q. Whelan, Esq.
Ann-Michele G. Giggins, Esq.             William E. Ecenbarger, Jr., Esq.


Date: September 30, 2002                 PREPARED BY: /s/ Mark J. Armbruster
                                                      Deputy Clerk



*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT OF PENNSYLVANIA*
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*Divisional Offices:*

MARY E. D'ANDREA
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

*Harrisburg:    (717) 221-3920*
*Williamsport:  (570) 323-6380*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

**RE:**
**Phillips-Van Heusen Corp**
**Vs**
**Mitsui O.S.K. Lines Ltd., Dampskibsselskabet**
**AF 1912 Aktieselskab and Aktieselskabet**
**Dampskibsselskabet Svendborg,**

**Defendants/Third Party Plaintiffs**
**Vs**
**Kellaway Transportation, Inc., Kellaway Intermodal**
**& Distribution Systems, Kellaway Intermodal Services, Inc.,**
**and Kellaway Terminal Services, Inc.**

> **USDC NO: 1:00-CV-665**
> **USCA NO:**
> **E-mail Account: All correspondence should be sent to the e-mail account:**
> **PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____        **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

__X__        **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.**

       **The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.**

Very truly yours,

s/ Mark J. Armbruster_____
Deputy Clerk