IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHILLIPS-VAN HEUSEN CORP.,                    :        CIVIL ACTION

                      Plaintiff              :
            -against-                         :        NO. 1:CV00-0665
                                             :
J.V.E. Co., Inc.                             :
(a/k/a Japan Vehicle Equipment Co.,          :        (Judge Sylvia H. Rambo)
U.S.A., Inc.)                                :
                                             :
                      Defendant              :
                                             :
            and                              :        **THIRD CIRCUIT COURT OF**
                                             :        **APPEALS DOCKET NO. 02-3577**
MITSUI O.S.K. LINES LTD., and                :
                                             :
DAMPSKIBSSELSKABET AF 1912                   :
AKTIESELSKAB and AKTIESELSKABET              :
DAMPSKIBSSELSKABET SVENDBORG,                :
         Defendants/Third Party Plaintiffs,  :
                                             :
         - against -                         :        **FILED**
                                             :        HARRISBURG, PA
KELLAWAY TRANSPORTATION, INC.,               :
KELLAWAY INTERMODAL & DISTRIBUTION           :        SEP 2 7 2002
SYSTEMS, KELLAWAY INTERMODAL                 :
SERVICES, INC. and KELLAWAY TERMINAL         :        MARY E. D'ANDREA, CLER
SERVICES, INC.,                              :        Per _____
         Third Party Defendants.             :             Deputy Clerk


## NOTICE OF CROSS-APPEAL AND APPEAL OF MITSUI O.S.K. LINES, LTD.

        Third-party defendant Kellaway filed a Notice of Appeal in the captioned matter on

September 13, 2002, docketed at 02-3577.

0724310.01

Notice is hereby given that defendant and third party plaintiff Mitsui O.S.K. Lines, Ltd.

hereby cross-appeals and appeals to the United States Court of Appeals for the Third Circuit

from the Memorandum Findings of Fact and Conclusions of Law entered in this action on the

14th day of August 2002.

<div style="margin-left:40%">

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____

Ann-Michele G. Higgins
Charles W. McCammon
Attorneys for defendant/third party plaintiff
Mitsui O.S.K. Lines, Ltd.
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4000

</div>

0724310.01

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Cross-Appeal and

Appeal of defendant/ third party plaintiff Mitsui O.S.K. Lines Ltd. was served on all counsel of

record via first class mail postage pre-paid addressed as follows:

George R. Zacharkow, Esquire
Mattioni, Ltd.
399 Market Street
Second Floor
Philadelphia, PA 19106-2138

Patrick J. Keenan, Esquire
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA 19106

Richard Q. Whelan, Esquire
William E. Ecenbarger, Jr., Esquire
Palmer, Biezup and Henderson
956 Public Ledger building
620 Chestnut Street
Philadelphia, PA 19106

Carl H. Delacato, Jr., Esquire
Hecker, Brown, Sherry & Johnson
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Paul R. Walker, Esquire    **(via telefax)**
Thomas Thomas and Haffer
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108

Ann-Michele G. Higgins, Esquire

Date: 9/26/02

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PA

Phillips-Van Heusen Corp                          **DISTRICT COURT NO. 1:00-CV-665**

**Plaintiff**
                        **Vs**                    **CT. OF APPEALS NO. _____**
Mitsui O.S.K. Lines Ltd., Dampskibsselskabet
AF 1912 Aktieselskab and Aktieselskabet
Dampskibsselskabet Svendborg,

**Defendants/Third Party Plaintiffs**
                        **Vs**
Kellaway Transportation, Inc., Kellaway Intermodal
& Distribution Systems, Kellaway Intermodal Services, Inc.,
and Kellaway Terminal Services, Inc.

**Third Party Defendants**


**NOTICE OF APPEAL FILED**                        **COURT REPORTER(S) Vicki Fox**

**FILING FEE:**

**NOTICE OF APPEAL  X PAID  ___NOT PAID  ___SEAMAN**

**DOCKET FEE  X PAID  ___NOT PAID  ___USA**

**CJA APPOINTMENT: (Attach Copy of Order)**

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

**LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:**
            (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

**CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):**
            (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


**COPIES TO:**

| | |
|---|---|
| Judge Sylvia H. Rambo | James A. Wescoe, Esq. |
| Carl H. Delacato, Jr., Esq. | Eileen C. Tannenbaum, Esq. |
| George R. Zachardow, Esq. | Patrick J. Keenan, Esq. |
| David P. Thompson, Esq. | Douglas B. Marcello, Esq. |
| Charles W. McCammon, Esq. | Richard Q. Whelan, Esq. |
| Ann-Michele G. Giggins, Esq. | William E. Ecenbarger, Jr., Esq. |


**Date: September 30, 2002**              **PREPARED BY: /s/ Mark J. Armbruster**
                                               **Deputy Clerk**



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*Divisional Offices:*

MARY E. D'ANDREA
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

*Harrisburg:   (717) 221-3920*
*Williamsport: (570) 323-6380*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

**RE:**
**Phillips-Van Heusen Corp**
**Vs**
**Mitsui O.S.K. Lines Ltd., Dampskibsselskabet**
**AF 1912 Aktieselskab and Aktieselskabet**
**Dampskibsselskabet Svendborg,**

**Defendants/Third Party Plaintiffs**
**Vs**
**Kellaway Transportation, Inc., Kellaway Intermodal**
**& Distribution Systems, Kellaway Intermodal Services, Inc.,**
**and Kellaway Terminal Services, Inc.**

**USDC NO: 1:00-CV-665**
**USCA NO:**
**E-mail Account: All correspondence should be sent to the e-mail account:**
**PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

| | |
|---|---|
| _____ | **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.** |
| **X** | **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.** |

**The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.**

Very truly yours,

**s/ Mark J. Armbruster**
Deputy Clerk