

10-1-02

## Return Receipt

| | |
|---|---|
| Your document: | Appeal 1:00-CV-665 |
| was received by: | Nicole Bruno/CA03/03/USCOURTS |
| at: | 09/30/2002 10:59:41 AM |





FILED SEP 3 0 2002
PER
HARRISBURG, PA  DEPUTY CLERK