

## Return Receipt

| | |
|---|---|
| Your document: | Appeal 1:00-CV-665 |
| was received by: | Nicole Bruno/CA03/03/USCOURTS |
| at: | 09/30/2002 11:36:20 AM |

