OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>215-299-4922 |

October 2, 2002

### NOTICE OF DOCKETING OF APPEAL

**Phillips Van Heusen v. Mitsui OSK Lines**

**No. 00-cv-00665**

**(Honorable Sylvia H. Rambo)**



FILED OCT 0 4 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

An appeal by **(Dampskibsselskabet)** was filed in the above-caption case on 9/27/02 and docketed in this Court on 9/30/02, at No. **02-3707**.

Kindly use the Appeals Docket No. **02-3707** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Dana Moore** at Dana_Moore@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**