OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
215-299-4922

October 2, 2002

## NOTICE OF DOCKETING OF APPEAL

**Phillips Van Heusen v. Mitsui OSK Lines**

No. 00-cv-00665

(Honorable Sylvia H. Rambo)



FILED
OCT 0 4 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

An appeal by **(Mitsui OSK Lines Ltd)** was filed in the above-caption case on 9/27/02 and docketed in this Court on 9/30/02, at No. **02-3709**.

Kindly use the Appeals Docket No. **02-3709** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Dana Moore** at Dana_Moore@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**