IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIPS-VAN HEUSEN CORP., | CIVIL ACTION NO. 1:CV-00-0665 |
| Plaintiff | |
| v. | |
| MITSUI O.S.K. LINES LTD., *et al.*, | |
| Defendants | |



**ORDER**

**IT IS HEREBY ORDERED THAT** on November 19, 2002 at 9:30 a.m., the court will conduct oral argument with counsel representing Kellaway, Maersk, and Mitsui. The hearing will take place in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. At the hearing, the parties will present limited argument as to whether Maersk and Mitsui are entitled to recover attorney's fees resulting from their enforcement of the indemnification provision in the UIIA.[1] Also, no later than November 8, 2002, Kellaway shall provide to Maersk and Mitsui its specific objections regarding the unreasonableness of the monetary amount that Maersk and Mitsui claim for attorney's fees. Maersk and Mitsui should be prepared to offer a response at the hearing as to each of Kellaway's specific objections.

SYLVIA H. RAMBO
United States District Judge

Dated: October 25, 2002.

---

[1] The court will not entertain argument regarding Kellaway's liability for attorney's fees that Mitsui and Maersk incurred in defending the action against Philips Van-Heusen's claim.