109
11-19-02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Phillips-Van Heusen**              CASE NO. 1:00-CV-0665
          V.
**Mitsui O.S.K. Lines LTD.**         DATE: November 19, 2002

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Oral Argument re. negligence and liability of Kellaway; Attorney's fees

Time Commenced: 9:30 AM                Time Terminated: 10:28 AM

**Plaintiff's Counsel:**                **Defendant's Counsel:**

Ann-Michele Higgins (Mitsui)            Patrick Keenan (Kellaway)
Richard Whelan (DAADS/Maersk)
William Ecenbarger (DAADS/Maersk)
Charles McCammon (Mitsui

FILED
NOV 1 9 2002
PER
HARRISBURG, PA  DEPUTY CLERK

Plaintiff's Witnesses:    **Examined By:**      Defendant's Witnesses:    **Examined By:**
                          Dir   Cross                                     Dir   Cross

**Remarks**: Court opens with all counsel present; Judge opens with questions to counsel re Kellaway's liability, negligence and contract principles issues. Counsel respond; Kellaway's Objections to the billing/attorney's fees sought are addressed; Court takes under advisement and adjourns.

Courtroom Deputy:   Mark J. Armbruster                    Court Reporter: Vicki Fox