

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

——— MIDDLE DISTRICT OF PENNSYLVANIA ———
## JUDGMENT IN A CIVIL CASE

Phillips-Van Heusen Corporation
    Plaintiff

Case No: 1:00-CV-0665
Judge Sylvia H. Rambo

V.

Mitsui O.S.K. Lines Ltd.;
Dampskibsselskabet AF 1912 Aktieselskab;
Aktieselskab Dampskibsselskabet Svendborg,
    Defendants/3rd Party Plaintiffs/Cross Defendants

Mitsui O.S.K. Lines Ltd.;
Dampskibsselskabet AF 1912 Aktieselskab;
Aktieselskab Dampskibsselskabet Svendborg
d/b/a Maersk Line, Inc., d/b/a Maersk Line
    3rd Party Plaintiffs/Cross Defendants



Kellaway Intermodal & Distribution Systems, Inc.,
Kellaway Intermodal Services, Inc.
Kellaway Terminal Services, Inc.,
    3rd Party Defendants/Cross Claimants

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered as follows:

1) In favor of Mitsui O.S.K. Lines Ltd. and against Kellaway Transportation, Inc, in the sum of $64,717.86.

2) In favor of Dampskibsselskabet AF 1912 Aktieselskab and Aktieselskab Dampskibsselskabet Svendborg d/b/a Maersk Line, Inc. in the sum of $69,502.35

**Date:** December 10, 2002    Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk