AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

Phillips-Van Heusen Corporation
    Plaintiff

Case No: 1:00-CV-0665
Judge Sylvia H. Rambo

V.

Mitsui O.S.K. Lines Ltd.;
Dampskibsselskabet AF 1912 Aktieselskab;
Aktieselskab Dampskibsselskabet Svendborg,
    Defendants/3rd Party Plaintiffs/Cross Defendants

Mitsui O.S.K. Lines Ltd.;
Dampskibsselskabet AF 1912 Aktieselskab;
Aktieselskab Dampskibsselskabet Svendborg
d/b/a Maersk Line, Inc., d/b/a Maersk Line
    3rd Party Plaintiffs/Cross Defendants

Kellaway Intermodal & Distribution Systems, Inc.,
Kellaway Intermodal Services, Inc.
Kellaway Terminal Services, Inc.,
    3rd Party Defendants/Cross Claimants



FILED
DEC 13 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered as follows:

1) In favor of Plaintiff Philips-Van Heusen Corporation and against Defendant Mitsui O.S.K. Lines Ltd. in the amount of $182,990.85.

2) In favor of Philips-Van Heusen Corporation and against Defendant Dampskibssekskabet Af 1912 Aktieseskab and Aktieseskabet Dampskibssekskabet Svenborg in the amount of $81,835.39

3) In favor of Mitsui O.S.K. Lines Ltd. and against Third-Party Defendant Kellaway in the amount of $182,990.85.

4) In favor of Dampskibssekskabet Af 1912 Aktieseskab and Aktieseskabet Dampskibssekskabet Svenborg and against Kellaway in the amount of $81,835.39.

Date: December 13, 2002

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk