## Return Receipt

| | |
|---|---|
| Your document: | 1:CV-00-0665  Notice of Amended Cross Appeal and Appeal |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 01/14/2003 11:40:38 AM |

**FILED**
HARRISBURG, PA
JAN 1 4 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk