# TRANSCRIPT PURCHASE ORDER

117
RB1/16/0

| District Court | Court of Appeals Docket No. 02-3577(dxx) |
|---|---|
| USDC MIDDLE DIST. OF PA | District Court Docket No. 1:CV-00-0665 |

Short Case Title __Phillips Van Heusen Corp. v. Nissin & related actions__ J. Rambo-

Date Notice of Appeal Filed by Clerk of District Court __9/13/2002; Amended Joint Notice of Appeal 1/3/2003__

**PART I.** (To be completed by party responsible for ordering transcript)    NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

☐ None    ☐ Unnecessary for appeal purposes.
☒ Already on file in the D.C. Clerk's office. all transcripts relating to 2/12 & 13/2002 trial
☒ This is to order a transcript of the proceedings heard on the date listed below from __Vicki Fox__
(Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

__entire hearing on 11/19/2002__

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests, otherwise this material will NOT be included in trial transcripts.

Voir dire ☐ ; Opening statement of plaintiff ☒ defendant ☒
Closing argument of plaintiff ☒ defendant ☒
Jury instructions ☐    Sentencing Hearings ☐

**FILED**
HARRISBURG, PA
JAN 15 2003
MARY E. D'ANDREA, CLERK
Per ___

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Criminal Justice Act (Attach copy of CJA form 24)
☐ Motion for transcript has been submitted to DC Judge
☒ Private Funds

Signature ____    Date __1/13/2003__
Print Name __Paul R. Walker__    Counsel for __Kelleway Transp., Inc.,__
__Thomas, Thomas & Hafer, LLP__    et al.
Address __313 N. Front St., Harrisburg, PA 17103__    Telephone __237-7100__

**PART II.** COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

☐ Arrangements for payment were made on ____
☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

____ Date    ____ Signature of Court Reporter    ____ Telephone

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

____ Actual Number of Pages    ____ Actual Number of Volumes

____ Date    ____ Signature of Court Reporter

3CA (12/93)

Copy 6 — Appellant's Copy to be sent to the District Court upon completion of Part I.

## CERTIFICATE OF SERVICE

AND NOW, this 13th day of January, 2003, I hereby certify that I sent a true and correct copy of the foregoing document by placing a copy of the same in the United States Mail, postage prepaid, to the following:

>Carl H. Delacato, Jr.
>**Hecker, Brown, Sherry and Johnson**
>1700 Two Logan Square
>18th and Arch Streets
>Philadelphia, PA  19103
>*Attorneys for Plaintiff Philips-Van Heusen*
>
>George R. Zacharkow, Esquire
>**Mattioni, Ltd.**
>399 Market Street, 2nd Fl.
>Philadelphia, PA  19106
>*Attorneys for Plaintiff Philips-Van Heusen*
>
>Ann-Michele G. Higgins, Esquire
>Charles W. McCammon
>**Rawle & Henderson**
>The Widener Building, 16th Floor
>One S. Penn Square
>Philadelphia, PA  19107
>*Attorneys for Defendant and Third Party Plaintiff*
>*Mitsui O.S.K. Lines, Ltd.*
>
>Patrick J. Keenan, Esquire
>Eileen C. Tannenbaum, Esquire
>**Duffy & Keenan**
>The Curtis Center
>Suite 1150
>Independence Square West
>Philadelphia, PA  19106
>*Attorneys for Third Party Defendant and Cross-Claimant*
>*KellawayTransportation, Inc., et al.*

Richard Q. Whelan, Esquire
Wiliam E. Ecenbarger, Jr., Esquire
**Palmer, Biezup & Henderson**
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA  19106
*Attorneys for Defendant, Cross-Defendant*
*Dampskibsselskabet AF 1912 Aktieselskab and*
*Defendant and Third-Party Plaintiff*
*Aktieselskabet Dampskibsselskabet Svendborg*

**THOMAS, THOMAS & HAFER, LLP**

By: _____/s/ Paul R. Walker_____
Paul R. Walker, Esquire