120
1/21/03

## Return Receipt

| | |
|---|---|
| Your document: | 1:00cv0665 Notice of Amended Cross Appeal and Appeal or Cross Appeal and Appeal |
| was received by: | Nicole Bruno/CA03/03/USCOURTS |
| at: | 01/21/2003 08:43:04 AM |

**FILED**
HARRISBURG, PA
JAN 2 1 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk