121
1/21/03

## Return Receipt

| | |
|---|---|
| Your document: | 1:00cv0665 Notice of Amended Cross Appeal and Appeal |
| was received by: | Lynn Lopez/CA03/03/USCOURTS |
| at: | 01/21/2003 03:05:27 PM |

**FILED**
HARRISBURG, PA

JAN 2 1 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk