OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
215-299-4922

January 29, 2003

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG, PA
JAN 3 1 2003
MARY E. D'ANDREA, CLERK
Per ___

**Phillips-Van Heusen v. Mitsui OSK LInes**

No. 00-cv-00665

(Honorable Sylvia H. Rambo)

An appeal by **(Dampskibsselelskabet AF 1912)** was filed in the above-caption case on 1/13/03, and docketed in this Court on 1/29/03, at No. **03-1233**.

Kindly use the Appeals Docket No. **03-1233** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Dana Moore** at Dana_Moore@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**