OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
215-299-4922

January 29, 2003

**FILED**
HARRISBURG, P/
JAN 2 9 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

NOTICE OF DOCKETING OF APPEAL

**Phillips-Van Heusen v. Mitsui OSK LInes**

**No. 00-cv-00665**

**(Honorable Sylvia H. Rambo)**

An appeal by **(Phillips-Van Heusen Corp)** was filed in the above-caption case on 1/15/03, and docketed in this Court on 1/29/03, at No. **03-1234**.

Kindly use the Appeals Docket No. **03-1234** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Dana Moore** at Dana_Moore@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**