1 Cr                                                                                    127
                                                                                        1/31/03

**OFFICE OF THE CLERK**                                    **ORIGINAL**

MARCIA M. WALDRON          **UNITED STATES COURT OF APPEALS**          TELEPHONE
CLERK                              FOR THE THIRD CIRCUIT                215-597-2995
                              21400 UNITED STATES COURTHOUSE
                                    601 MARKET STREET
                                  PHILADELPHIA 19106-1790

_Harrisburg_____ Clerk of District Court         Date____1/29/03_____
(District)
                                                             02-3577, 02-3707
_Phillips Van Heusen v. Mitsui OSK Lines_        C. of A. No. _02-3708 & 02-3709_
(Caption)

_____
(Appellants)                                              **FILED**
                                                     HARRISBURG, PA
_00-cv-00665_____
(D.C. No.)                                             JAN 29 2003

Enclosures:                                        MARY E. D'ANDREA, CLERK

___1/29/03_____ Certified copy of C. of A. Order by the Court/Clerk Per _____
(Date)                                                              Deputy Clerk

_____ Released (Record) (Supplemental Record - First - Second - Third)

__XXXXX___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
           is recalled.

                                    _Dana M. Moore_____
                                    Dana M. Moore      (267)-299-__4927__
                                    Deputy Clerk        Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)
                                                         Rev. 3/13/00
                                    Appeals (Certified List in Lieu of Record)

N:\recrel.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 02-3577, 02-3707, 02-3708 & 02-3709

(Middle District of PA Nos. 00-cv-00665 & 00-cv-00691)

Phillips Van Heusen v. Mitsui OSK Lines

ORDER

By this Court's Order dated November 13, 2002, the above-captioned appeals were stayed pending proceedings in the District Court. It appearing that judgment has been entered in the District Court as of December 13, 2002, the stay issued in the above-captioned appeals is hereby lifted.

A TRUE COPY:

Kathleen Brouwer,
Chief Deputy Clerk

For the Court,

Clerk

Dated: January 29, 2003

DMM/cc: Carl H. Delacato Jr., Esq.
Ann-Michele G. Higgins, Esq.
Patrick J. Keenan, Esq.
Douglas B. Marcello. Esq.
Paul R. Walker, Esq.
Richard Q. Whelan, Esq.
George R. Zacharkow, Esq.