Tue Feb 11 11:31:10 2003

UNITED STATES DISTRICT COURT

SCRANTON          , PA
Receipt No.    111 138131
Cashier        pamela
Tender Type  CHECK
Check Number: 68405
Transaction Type   N
DO Code    Div No      Acct
  4667        1        086500
Amount            $    105.00
RAWLE HENDERSON ONE S PENN SQ PHILA
PA 19107
  NOA IN 00-CV-665
  bn