OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

___Harrisburg___  Clerk of District Court        Date___9/30/03___
(District)

___Phillips Van Heusen v. Mitsui OSK Lines___        C. of A. No. __02-3577 & 03-1232__
(Caption)

___Kellaway Intermodal & Distribution, et al.___
(Appellants)

___00-cv-0665___
(D.C. No.)

Enclosures:

___9/30/03___ Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

___XXXXX___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

                                    ___Dana M. Moore___  (267)-299-___4927___
                                       Deputy Clerk          Telephone Number
Receipt Acknowledge:

_____
(Name)

_____
(Date)

                                                          Rev. 3/13/00
                                    Appeals (Certified List in Lieu of Record)

N:\Backup\wp{wp}.bk2

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 02-3577 & 03-1232

Phillips Van Heusen

vs.

Mitsui OSK Lines, et al.

Kellaway Intermodal & Distribution Systems, Inc., Appellant

(Middle District of Pennsylvania Civil No. 00-cv-00665)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

Marcia M. Waldron,
Clerk

Marcia M. Waldron

Clerk
United States Court of Appeals
for the Third Circuit

Date: September 30, 2003

cc:
George R. Zacharkow, Esq.
Carl H. Delacato Jr., Esq.
Ann-Michele G. Higgins, Esq.
Richard Q. Whelan, Esq.
Paul R. Walker, Esq.
Douglas B. Marcello, Esq.