OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |
| | 21400 UNITED STATES COURTHOUSE | |
| | 601 MARKET STREET | |
| | PHILADELPHIA 19106-1790 | |

    Harrisburg        Clerk of District Court          Date    9/30/03
    (District)

   Phillips Van Heusen v. Mitsui OSK Lines          C. of A. No. 02-3707 & 03-1233
    (Caption)

   Dampskibsselskabet                                .
    (Appellants)

   00-cv-0665
    (D.C. No.)

Enclosures:

      9/30/03         Certified copy of C. of A. Order by the Court/**Clerk**
    (Date)


                 Released (Record) (Supplemental Record - First - Second - Third)


    XXXXX    Copy of this form to acknowledge receipt and return to C. of A.


                 Record not released at this time until appeal(s) closed at No.(s)


                 Please forward Certified List in Lieu of Record to this office.


                 The certified copy of order issued as the mandate on
              is recalled.


                                      Dana M. Moore    (267)-299-  4927
                                      Deputy Clerk       Telephone Number

Receipt Acknowledge:

    (Name)

    (Date)

                                                            Rev. 3/13/00
                                     Appeals (Certified List in Lieu of Record)

N:\Backup\wp{wp}.bk2

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Nos. 02-3707 & 03-1233

Phillips Van Heusen

vs.

Mitsui OSK Lines, et al.

Dampskibsselskabet AF 1912 Aktieselskab, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-00665)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

Marcia M. Waldron,
Clerk

Clerk
United States Court of Appeals
for the Third Circuit

Date: September 30, 2003

cc:
George R. Zacharkow, Esq.
Carl H. Delacato Jr., Esq.
Ann-Michele G. Higgins, Esq.
Richard Q. Whelan, Esq.
Paul R. Walker, Esq.
Patrick J. Keenan, Esq.