OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

___Harrisburg___ Clerk of District Court        Date ___9/30/03___
(District)

___Phillips Van Heusen v. Mitsui OSK Lines___   C. of A. No. ___02-3709 & 03-1235___
(Caption)

___Mitsui OSK Lines___.
(Appellants)

___00-cv-0665___
(D.C. No.)

Enclosures:

___9/30/03___ Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

___XXXXX___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
         is recalled.

                              ___Dana M. Moore___   (267)-299-___4927___
                              Deputy Clerk          Telephone Number
Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

N:\Backup\wp{wp}.bk2

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>Nos. 02-3709 & 03-1235</u>

Phillips Van Heusen

vs.

Mitsui OSK Lines, et al.

iMitsui OSK Lines, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-00665)

**O R D E R**

      In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

Marcia M. Waldron,
Clerk

Clerk
United States Court of Appeals
for the Third Circuit

Date: September 30, 2003

cc:
    George R. Zacharkow, Esq.
    Carl H. Delacato Jr., Esq.
    Ann-Michele G. Higgins, Esq.
    Richard Q. Whelan, Esq.
    Paul R. Walker, Esq.
    Patrick J. Keenan, Esq.